Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead*
*Plaintiff and for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET SCHAUB, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>              v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and OLEG FIRER,<br><br>                    Defendants. | Case No. 2:22-cv-03026-DMG-AGR<br><br>**MOTION OF DUY NGUYEN: CONSOLIDATING RELATED ACTIONS; APPOINTING LEAD PLAINTIFF; AND APPROVING SELECTION OF LEAD COUNSEL**<br><br>CLASS ACTION<br><br>JUDGE: Dolly M. Gee<br>Hearing Date: August 5, 2022<br>Time: 9:30 a.m.<br>CTRM: 8C – 1st Street Courthouse |

[Additional caption on next page]

1

MOTION OF DUY NGUYEN: CONSOLIDATING RELATED ACTIONS; APPOINTING LEAD PLAINTIFF; AND APPROVING SELECTION OF LEAD COUNSEL – Case No. 2:22-cv-03026-DMG-AGR

| | |
|---|---|
| DAVID GRU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and OLEG FIRER,<br><br>Defendants. | Case No. 8:22-cv-00976-DMG-AGR<br><br>CLASS ACTION |

PLEASE TAKE NOTICE that on Friday, August 5, 2022 at 9:30 a.m. before the Honorable Dolly M. Gee at the 1st Street Courthouse, 350 West 1st Street, Courtroom 8C, Los Angeles, California, 90012, Duy Nguyen ("Movant"), will and does move this Court for an order granting his Motion: (1) consolidating the related actions; (2) appointing Movant as Lead Plaintiff of the Class; and (3) approving Movant's selection of The Rosen Law Firm, P.A. ("Rosen Law") as Lead Counsel for Plaintiffs and the Class.

This Motion is brought pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B) and Federal Rule of Civil Procedure 42(a), on the grounds that: (1) the related actions should be consolidated as they involve common questions of law and fact and consolidation would promote judicial economy; (2) Movant should be appointed as Lead Plaintiff for the class of all purchasers or acquirers of Mullen Automotive, Inc. f/k/a Net Element, Inc. publicly traded securities during the period between June 15, 2020 and April 6, 2022, inclusive (the "Class Period"), as Movant has timely made this Motion, has the largest financial interest and otherwise satisfies

2

the pertinent requirements of Federal Rule of Civil Procedure 23; and (3) Movant's selection of Rosen Law as Lead Counsel should be approved as the firm is well-qualified and has extensive experience in cases of this type.

In support of this Motion, Movant files herewith a Memorandum of Points and Authorities, the Declaration of Laurence M. Rosen, and a Proposed Order.

Local Rule 7-3 requires a conference of counsel prior to filing motions. Due to the Private Securities Litigation Reform Act of 1995's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7-3 be waived.

Dated: July 5, 2022                        Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and for the Class*

3

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On July 5, 2022, I electronically filed the following **MOTION OF DUY NGUYEN: CONSOLIDATING RELATED ACTIONS; APPOINTING LEAD PLAINTIFF; AND APPROVING SELECTION OF LEAD COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 5, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen

MOTION OF DUY NGUYEN: CONSOLIDATING RELATED ACTIONS; APPOINTING LEAD PLAINTIFF; AND APPROVING SELECTION OF LEAD COUNSEL – Case No. 2:22-cv-03026-DMG-AGR