Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead*
*Plaintiff and for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET SCHAUB, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and OLEG FIRER,<br><br>        Defendants. | Case No. 2:22-cv-03026-DMG-AGR<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF DUY NGUYEN: CONSOLIDATING RELATED ACTIONS; APPOINTING LEAD PLAINTIFF; AND APPROVING SELECTION OF LEAD COUNSEL**<br><br>CLASS ACTION<br><br>JUDGE: Dolly M. Gee<br>Hearing Date: August 5, 2022<br>Time: 9:30 a.m.<br>CTRM: 8C – 1st Street Courthouse |

[Additional caption on next page]

1

| | |
|---|---|
| DAVID GRU, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and OLEG FIRER,<br><br>                    Defendants. | Case No. 8:22-cv-00976-DMG-AGR<br><br>CLASS ACTION |

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., counsel for Duy Nguyen ("Movant"). I make this declaration in support of Movant's motion: consolidating related actions; appointing Lead Plaintiff; and approving Movant's selection of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

          Exhibit 1:    PSLRA early notice;

          Exhibit 2:    Movant's PSLRA certification;

          Exhibit 3:    Movant's loss chart;

          Exhibit 4:    The Rosen Law Firm, P.A.'s firm resume

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF DUY NGUYEN: CONSOLIDATING RELATED ACTIONS; APPOINTING LEAD PLAINTIFF; AND APPROVING SELECTION OF LEAD COUNSEL –2:22-cv-03026-DMG-AGR

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 5th day of July, 2022.

/s/Laurence M. Rosen

Laurence M. Rosen

3

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On July 5, 2022, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF DUY NGUYEN: CONSOLIDATING RELATED ACTIONS; APPOINTING LEAD PLAINTIFF; AND APPROVING SELECTION OF LEAD COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 5, 2022.


                         /s/Laurence M. Rosen
                          Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF DUY NGUYEN: CONSOLIDATING RELATED ACTIONS; APPOINTING LEAD PLAINTIFF; AND APPROVING SELECTION OF LEAD COUNSEL –2:22-cv-03026-DMG-AGR