Robert V. Prongay (SBN 270796)
 *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
 *clinehan@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant*
*Mejgan Mirbaz*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET SCHAUB, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and OLEG FIRER,<br><br>            Defendants. | Case No. 2:22-cv-03026-DMG-AGR<br><br>**NOTICE OF MOTION AND MOTION OF MEJGAN MIRBAZ FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>Date:    August 5, 2022<br>Time:    9:30 a.m.<br>Crtrm.:  8C<br>Judge:   Hon. Dolly M. Gee |
| DAVID GRU, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and OLEG FIRER,<br><br>            Defendants. | Case No. 8:22-cv-00976-DMG-AGR |

**TO: THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, August 5, 2022, at 9:30 a.m., or as soon thereafter as the matter can be heard in the courtroom of the Honorable Dolly M. Gee, in Courtroom 8C of the United States Courthouse, 8th Floor, 350 West 1st Street, Los Angeles, California 90012, Mejgan Mirbaz ("Mirbaz") will move this Court for entry of an Order: (i) consolidating the above-captioned actions; (ii) appointing Mirbaz as Lead Plaintiff; (iii) approving the Mirbaz's selection of Glancy Prongay & Murray LLP as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper.

This motion is brought pursuant to the Federal Rules of Civil Procedure and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

In support of this Motion, Mirbaz submits a Memorandum of Law in support thereof and the Declaration of Charles H. Linehan and the exhibits attached thereto, and all of the prior pleadings and other files in this matter, and such other written or oral arguments as may be permitted by the Court.

## COMPLIANCE WITH CIVIL LOCAL RULE 7-3

This Motion is filed pursuant to Section 21D of the Exchange Act, as amended by the PSLRA. This Section provides that within 60 days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff, whether or not they have previously filed a complaint in the underlying action. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). Consequently, counsel for Mirbaz have no way of knowing with certainty who, if anyone, the competing lead plaintiff candidates will be at this time. As a result, counsel for Mirbaz is unable to conference with opposing counsel as prescribed by Local Rule 7-3, and therefore respectfully request that the conference requirement be waived for this motion.

Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II) of the Exchange Act, defendants do not have standing to oppose the appointment of Mirbaz as lead plaintiff. *See Takeda v. Turbodyne Techs., Inc.*, 67 F. Supp. 2d 1129, 1138 (C.D. Cal. 1999).

DATED:  July 5, 2022

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**
By:    */s/ Charles H. Linehan*
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  clinehan@glancylaw.com

*Counsel for Lead Plaintiff Movant Mejgan Mirbaz and Proposed Lead Counsel for the Class*

**<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On July 5, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 5, 2022, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan