Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Movant*
*Mejgan Mirbaz*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET SCHAUB, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and OLEG FIRER,<br><br>Defendants. | Case No. 2:22-cv-03026-DMG-AGR<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF THE MOTION OF MEJGAN MIRBAZ FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL** |
| DAVID GRU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and OLEG FIRER,<br><br>Defendants. | Case No. 8:22-cv-00976-DMG-AGR |

I, Charles H. Linehan, declare as follows:

1.      I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Mejgan Mirbaz ("Mirbaz"), and proposed Lead Counsel for the class in the above-captioned actions. I make this declaration in support of the Motion of Mejgan Mirbaz for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Notice published in *Business Wire* on May 5, 2022, announcing the pendency of the first-filed securities class action against the Defendants herein;

Exhibit B:    Signed PSLRA Certifications of Mirbaz;

Exhibit C:    Analysis of Mirbaz's financial interest; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of July 2022, at Los Angeles, California.

s/ *Charles H. Linehan*
Charles H. Linehan

---

DECLARATION OF CHARLES H. LINEHAN

1

**<u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On July 5, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 5, 2022, at Los Angeles, California.

*s/ Charles H. Linehan*
Charles H. Linehan