POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movant David Reed*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET SCHAUB, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and OLEG FIRER,<br><br>    Defendants. | Case No. 2:22-cv-03026-DMG-AGR<br><br>NOTICE OF MOTION OF DAVID REED FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL<br><br>DATE:  August 5, 2022<br>TIME:  9:30 a.m.<br>JUDGE:  Dolly M. Gee<br>CTRM:  8C, 8th Floor |
| DAVID GRU, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and OLEG FIRER,<br><br>                    Defendants. | Case No. 8:22-cv-00976-DMG-AGR |

NOTICE OF MOTION

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that David Reed ("Reed"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Reed as Lead Plaintiff on behalf of persons or entities who purchased or otherwise acquired Mullen Automotive, Inc. f/k/a Net Element, Inc. securities between June 15, 2020 and April 6, 2022, inclusive (the "Class"); and (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Reed submits a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Reed is aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution." Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is July 5, 2022, on which date any member of the putative class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i). Reed will thus not know the identities of the other putative class members, if any, who intend to file

NOTICE OF MOTION

1

competing Lead Plaintiff motions until July 6, 2022—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of Reed's motion papers impracticable. Under these circumstances, Reed respectfully requests that compliance with Local Civil Rule 7-3 be waived in this instance.

Dated: July 5, 2022                    POMERANTZ LLP

                                       */s/ Jennifer Pafiti*
                                       Jennifer Pafiti (SBN 282790)
                                       1100 Glendon Avenue, 15th Floor
                                       Los Angeles, California 90024
                                       Telephone: (310) 405-7190
                                       jpafiti@pomlaw.com

                                       *Counsel for Movant David Reed and*
                                       *Proposed Lead Counsel for the Class*

                                       BRONSTEIN, GEWIRTZ &
                                       GROSSMAN, LLC
                                       Peretz Bronstein
                                       (*pro hac vice* application forthcoming)
                                       60 East 42nd Street, Suite 4600
                                       New York, New York 10165
                                       Telephone: (212) 697-6484
                                       Facsimile: (212) 697-7296
                                       peretz@bgandg.com

                                       *Additional Counsel for David Reed*

NOTICE OF MOTION

2

CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Jennifer Pafiti
Jennifer Pafiti