POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movant David Reed*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET SCHAUB, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and OLEG FIRER,<br><br>Defendants. | Case No. 2:22-cv-03026-DMG-AGR<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF DAVID REED FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL<br><br>DATE:  August 5, 2022<br>TIME:  9:30 a.m.<br>JUDGE:  Dolly M. Gee<br>CTRM:  8C, 8th Floor |
| DAVID GRU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MULLEN AUTOMOTIVE, INC. F/K/A NET ELEMENT, INC., DAVID MICHERY, and OLEG FIRER,<br><br>Defendants. | Case No. 8:22-cv-00976-DMG-AGR |

DECLARATION

I, Jennifer Pafiti, hereby declare as follows:

1.     I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of David Reed ("Reed"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion by Reed for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.     Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Assignment of claims from Thi Bich Phuong Le to David Reed;

Exhibit B:   Chart reflecting the financial interest of Reed in this litigation;

Exhibit C:   Notice of pendency of the first-filed of the Related Actions;

Exhibit D:   Shareholder Certification executed by Reed;

Exhibit E:   Declaration executed by Reed; and

Exhibit F:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 5, 2022, at Calabasas, California.


/s/ Jennifer Pafiti
Jennifer Pafiti

DECLARATION
1

CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jennifer Pafiti
Jennifer Pafiti