# EXHIBIT B

**Mullen Automotive, Inc. (MULN)**
**Class Period: June 15, 2020 to April 6, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $1.3564 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Account 1** | | | | | | | | | | | |
| David Reed | 3/14/2022 | 3,630 | $1.9500 | ($7,079) | 3/14/2022 | (3,630) | $1.8200 | $6,607 | | | |
| David Reed | 3/21/2022 | 7,600 | $4.0400 | ($30,704) | | | | | | | |
| **David Reed** | | **11,230** | | **(37,783)** | | **(3,630)** | | **6,607** | **7,600** | **$10,309** | **($20,867)** |
| | | | | | | | | | | | |
| **Account 2** | | | | | | | | | | | |
| David Reed | 3/18/2022 | 2,777 | $2.6800 | ($7,442) | 3/18/2022 | (2,777) | $2.6800 | $7,442 | | | |
| David Reed | 3/18/2022 | 2,777 | $2.7000 | ($7,498) | 3/18/2022 | (2,777) | $2.7200 | $7,553 | | | |
| David Reed | 3/18/2022 | 2,777 | $2.6400 | ($7,331) | 3/18/2022 | (2,777) | $2.7400 | $7,609 | | | |
| David Reed | 3/21/2022 | 29,327 | $3.5600 | ($104,404) | | | | | | | |
| David Reed | 3/21/2022 | 8,117 | $3.5200 | ($28,572) | | | | | | | |
| **David Reed** | | **45,775** | | **($155,248)** | | **(8,331)** | | **$22,605** | **37,444** | **$50,791** | **($81,852)** |
| | | | | | | | | | | | |
| **Account 3** | | | | | | | | | | | |
| **David Reed** | **3/21/2022** | **1,515** | **$3.9800** | **($6,030)** | | | | | **1,515** | **$2,055** | **($3,975)** |
| | | | | | | | | | | | |
| **David Reed** | | **58,520** | | **($199,060)** | | **(11,961)** | | **$29,211** | **46,559** | **$63,155** | **($106,694)** |

*Avg Closing Prices from April 7, 2022 to July 1, 2022