Joseph N. Akrotirianakis (Bar No. 197971)
 jakro@kslaw.com
Zachary W. Byer (Bar No. 301382)
 zbyer@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

Brian P. Miller (admitted *pro hac vice*)
 bmiller@kslaw.com
Samantha J. Kavanaugh (admitted *pro hac vice*)
 skavanaugh@kslaw.com
Ross E. Linzer (admitted *pro hac vice*)
 rlinzer@kslaw.com
KING & SPALDING LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4700
Miami, Florida, 33131
Telephone:   (305) 462-6000
Facsimile:   (305) 462-6100

Attorneys for Defendants
MULLEN AUTOMOTIVE, INC.,
MULLEN TECHNOLOGIES, INC. AND DAVID MICHERY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>[Filed concurrently with Declaration of Zachary W. Byer and [Proposed] Order; Notice of Motion and Motion to Dismiss, Memorandum of Points and Authorities, and [Proposed] Order]<br><br>Honorable Dolly M. Gee<br><br>Date: April 14, 2023<br>Time: 9:30 a.m.<br>Courtroom No.: 8C<br><br>Consolidated Amended Class Action Complaint Filed: September 23, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on April 14, 2023, at 9:30 a.m. or as soon thereafter as the matter may be heard, before the Honorable Dolly M. Gee, in Courtroom 8C of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, California 90012, Defendants Mullen Automotive, Inc. ("Mullen Auto"), Mullen Technologies, Inc. ("Mullen Tech"), and David Michery ("Michery") (collectively, "Defendants") will, and hereby do, request that this Court take judicial notice of the following exhibits pursuant to Federal Rule of Evidence 201, which are attached to the Declaration of Zachary Byer, filed concurrently herewith:

- **Exhibit 2:** A copy of Mullen Auto's Form 10-K, filed on December 29, 2021 with the U.S. Securities and Exchange Commission ("SEC"), which is publicly available through the SEC's website (https://www.sec.gov).

- **Exhibit 3:** A copy of Net Element, Inc.'s ("Net Element") registration statement (Form S-4/A), filed on July 22, 2021 with the SEC, which is publicly available through the SEC's website (https://www.sec.gov/ 10713_s4a.htm).

- **Exhibit 4:** A copy of Net Element's June 15, 2020 Press Release titled, "Net Element Enters Into a Letter of Intent to Merge With Electric Vehicle Company Mullen Technologies," which is publicly available online at https://www.accesswire.com/593865/Net-Element-Enters-into-a-Letter-of-Intent-to-Merge-with-Electric-Vehicle-Company-Mullen-Technologies.

- **Exhibit 5:** A copy of Mullen Tech's June 16, 2020 Press Release titled, "NETE: Net Element Enters Into a Letter of Intent to Merge With Electric Vehicle Company Mullen Technologies," which is publicly available online at https://news.mullenusa.com/net-element-announces-loi-for-reverse-merger-with-mullen-technologies.

- **Exhibit 6:** A copy of Mullen Tech's August 10, 2020 Press Release, titled, "Mullen Technologies Announces Further Test Results Of Its Licensed Solid-

State Polymer Battery Technology," which is publicly available at (https://www.accesswire.com/600895/Mullen-Technologies-Announces-Further-Test-Results-of-Its-Licensed-Solid-State-Polymer-Battery-Technology).

- **Exhibit 7:**  A copy of Mullen Tech's September 24, 2020 Press Release, titled, "Mullen Technologies to Begin Construction of Electric Vehicle Pilot Facility, Pre-Orders Accepted Starting Oct. 1 for its MX-05 Fully Electric SUV," which is publicly available at https://www.globenewswire.com/en/news-release/2020/09/24/2098682/0/en/Mullen-Technologies-to-Begin-Construction-of-Electric-Vehicle-Pilot-Facility-Pre-Orders-Accepted-Starting-Oct-1-for-its-MX-05-Fully-Electric-SUV.html.

- **Exhibit 8:**  A copy of Mullen Tech's October 1, 2020 Press Release, titled, "Mullen Technologies is Now Accepting Pre-Orders for Its MX-05 Pure Electric All-Wheel Drive SUV," which is publicly available at https://www.globenewswire.com/en/news-release/2020/10/01/2102197/0/en/Mullen-Technologies-is-Now-Accepting-Pre-Orders-for-Its-MX-05-Pure-Electric-All-Wheel-Drive-SUV.html.

- **Exhibit 9:**  A copy of Mullen Tech's December 30, 2020 Press Release, titled, "Mullen Technologies Receives Letter of Intent for Purchase Order of 1,500 MX-05 Electric Vehicles," which is publicly available at https://news.mullenusa.com/mullen-technologies-receives-letter-of-intent-for-purchase-order-of-1500-mx-05-electric-vehicles.

- **Exhibit 10:**  A copy of Mullen Tech's March 8, 2021 Press Release, titled, "Mullen Technologies and Nextech Batteries Will Deliver the Most Advanced Lithium Sulphur Battery Technology Available Today," which is publicly available at https://news.mullenusa.com/mullen-and-nextech-batteries-will-deliver-the-most-advanced-lithium-sulfur-battery-technology-available-

today.

- **Exhibit 11:**  A copy of Mullen Tech's March 11, 2021 Press Release, titled, "Mullen Technologies Announces Purchase of Advanced Engineering and Manufacturing Center in Tunica, MS," which is publicly available at https://news.mullenusa.com/mullen-technologies-announces-purchase-of-advanced-engineering-and-manufacturing-center-in-tunica-ms.

- **Exhibit 12:**  A copy of Mullen Tech's March 18, 2021 Press Release, titled, "Mullen Set To Rock 'n' Roll In Memphis," which is publicly available at https://news.mullenusa.com/mullen-set-to-rock-n-roll-in-memphis.

- **Exhibit 13:**  A copy of Mullen Tech's August 3, 2021 Press Release, titled, "Heights Dispensary Enters Into $60 Million Agreement to Purchase 1,200 Mullen ONE Electric Delivery Vans," which is publicly available at https://www.globenewswire.com/en/news-release/2021/08/03/2273719/0/en/Heights-Dispensary-Enters-Into-60-Million-Agreement-to-Purchase-1-200-Mullen-ONE-Electric-Delivery-Vans.html.

- **Exhibit 14:**  A copy of Mullen Tech's September 21, 2021 Press Release, titled, "Mullen To Become Exclusive Manufacturer And Distributor Of EV Cargo Vans For Class 1 And Class 2 Segments For A Subsidiary Of The World's Largest Supplier Of Rail Transit Equipment," which is publicly available at https://news.mullenusa.com/mullen-and-ccrc-groups-subsidiary-tenglong-automotive-sign-definitive-agreement-for-class-1-and-class-2-ev-cargo-vans-for-assembly-and-sales-in-us-and-mexico-market.

- **Exhibit 15:**  A copy of Mullen Auto's February 28, 2022 Press Release titled, "EV Manufacturer Mullen Announces Progress on Solid-State Polymer Battery Pack Development," which is publicly available online at https://news.mullenusa.com/ev-manufacturer-mullen-announces-progress-on-solid-state-polymer-battery-pack-development.

3

- **Exhibit 16:** A copy of Mullen Auto's April 18, 2022 Press Release titled, "Mullen Automotive to Begin Construction for EV Battery Pack Production at High Voltage R&D Facility in Monrovia, California," which is publicly available online at https://news.mullenusa.com/mullen-automotive-to-begin-construction-for-ev-battery-pack-production-at-high-voltage-rd-facility-in-monrovia-california.

- **Exhibit 17:** A copy of David Michery's Form 4, filed with the SEC on January 19, 2022, which is publicly available through the SEC's website at https://www.sec.gov/Archives/edgar/data/1499961/000120919122003689/xslF345X03/doc4.xml.

- **Exhibit 18:** A copy of David Michery's Form 4, filed with the SEC on March 18, 2022, which is publicly available through the SEC's website at https://www.sec.gov/Archives/edgar/data/1499961/000120919122020108/xslF345X03/doc4.xml.

- **Exhibit 19:** A copy of David Michery's Form 4, filed with the SEC on March 31, 2022, which is publicly available through the SEC's website at https://www.sec.gov/Archives/edgar/data/1499961/000120919122021851/xslF345X03/doc4.xml.

Dated: November 22, 2022          **KING & SPALDING LLP**

By: */s/Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS
ZACHARY W. BYER
BRIAN P. MILLER
SAMANTHA J. KAVANAUGH
ROSS E. LINZER

Attorneys for Defendants
MULLEN AUTOMOTIVE, INC.,
MULLEN TECHNOLOGIES, INC. AND
DAVID MICHERY

4

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION

Rule 201(b)(2) of the Federal Rules of Evidence permits this Court to take judicial notice of facts that are "not subject to reasonable dispute" in that they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  In support of their Motion to Dismiss Plaintiff's Amended Complaint, Defendants respectfully seek judicial notice of the following exhibits attached to the Declaration of Zachary Byer, filed concurrently herewith:

- **Exhibit 2:** A copy of Mullen Auto's Form 10-K, filed on December 29, 2021 with the U.S. Securities and Exchange Commission ("SEC"), which is publicly available through the SEC's website at https://www.sec.gov.

- **Exhibit 3:**  A copy of Net Element, Inc.'s ("Net Element") registration statement (Form S-4/A), filed on July 22, 2021 with the SEC, which is publicly available through the SEC's website at https://www.sec.gov/10713_s4a.htm.

- **Exhibit 4:** A copy of Net Element's June 15, 2020 Press Release, titled, "Net Element Enters Into a Letter of Intent to Merge With Electric Vehicle Company Mullen Technologies," which is publicly available online at https://www.accesswire.com/593865/Net-Element-Enters-into-a-Letter-of-Intent-to-Merge-with-Electric-Vehicle-Company-Mullen-Technologies.

- **Exhibit 5:**  A copy of Mullen Tech's June 16, 2020 Press Release, titled, "NETE: Net Element Enters Into a Letter of Intent to Merge With Electric Vehicle Company Mullen Technologies," which is publicly available online at https://news.mullenusa.com/net-element-announces-loi-for-reverse-merger-with-mullen-technologies.

- **Exhibit 6:**  A copy of Mullen Tech's August 10, 2020 Press Release, titled, "Mullen Technologies Announces Further Test Results Of Its Licensed Solid-

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

State Polymer Battery Technology," which is publicly available at https://www.accesswire.com/600895/Mullen-Technologies-Announces-Further-Test-Results-of-Its-Licensed-Solid-State-Polymer-Battery-Technology.

- **Exhibit 7:** A copy of Mullen Tech's September 24, 2020 Press Release, titled, "Mullen Technologies to Begin Construction of Electric Vehicle Pilot Facility, Pre-Orders Accepted Starting Oct. 1 for its MX-05 Fully Electric SUV," which is publicly available at https://www.globenewswire.com/en/news-release/2020/09/24/2098682/0/en/Mullen-Technologies-to-Begin-Construction-of-Electric-Vehicle-Pilot-Facility-Pre-Orders-Accepted-Starting-Oct-1-for-its-MX-05-Fully-Electric-SUV.html.

- **Exhibit 8:** A copy of Mullen Tech's October 1, 2020 Press Release, titled, "Mullen Technologies is Now Accepting Pre-Orders for Its MX-05 Pure Electric All-Wheel Drive SUV," which is publicly available at https://www.globenewswire.com/en/news-release/2020/10/01/2102197/0/en/Mullen-Technologies-is-Now-Accepting-Pre-Orders-for-Its-MX-05-Pure-Electric-All-Wheel-Drive-SUV.html.

- **Exhibit 9:** A copy of Mullen Tech's December 30, 2020 Press Release, titled, "Mullen Technologies Receives Letter of Intent for Purchase Order of 1,500 MX-05 Electric Vehicles," which is publicly available at https://news.mullenusa.com/mullen-technologies-receives-letter-of-intent-for-purchase-order-of-1500-mx-05-electric-vehicles.

- **Exhibit 10:** A copy of Mullen Tech's March 8, 2021 Press Release, titled, "Mullen Technologies and Nextech Batteries Will Deliver the Most Advanced Lithium Sulphur Battery Technology Available Today," which is publicly available at https://news.mullenusa.com/mullen-and-nextech-batteries-will-

deliver-the-most-advanced-lithium-sulfur-battery-technology-available-today.

- **Exhibit 11:**  A copy of Mullen Tech's March 11, 2021 Press Release, titled, "Mullen Technologies Announces Purchase of Advanced Engineering and Manufacturing Center in Tunica, MS," which is publicly available at https://news.mullenusa.com/mullen-technologies-announces-purchase-of-advanced-engineering-and-manufacturing-center-in-tunica-ms.

- **Exhibit 12:**  A copy of Mullen Tech's March 18, 2021 Press Release, titled, "Mullen Set to Rock 'n' Roll in Memphis," which is publicly available at https://news.mullenusa.com/mullen-set-to-rock-n-roll-in-memphis.

- **Exhibit 13:**  A copy of Mullen Tech's August 3, 2021 Press Release, titled, "Heights Dispensary Enters Into $60 Million Agreement to Purchase 1,200 Mullen ONE Electric Delivery Vans," which is publicly available at https://www.globenewswire.com/en/news-release/2021/08/03/2273719/0/en/Heights-Dispensary-Enters-Into-60-Million-Agreement-to-Purchase-1-200-Mullen-ONE-Electric-Delivery-Vans.html.

- **Exhibit 14:**  A copy of Mullen Tech's September 21, 2021 Press Release, titled, "Mullen To Become Exclusive Manufacturer And Distributor Of EV Cargo Vans For Class 1 And Class 2 Segments For A Subsidiary Of The World's Largest Supplier Of Rail Transit Equipment," which is publicly available at https://news.mullenusa.com/mullen-and-ccrc-groups-subsidiary-tenglong-automotive-sign-definitive-agreement-for-class-1-and-class-2-ev-cargo-vans-for-assembly-and-sales-in-us-and-mexico-market.

- **Exhibit 15:**   A copy of Mullen Auto's February 28, 2022 Press Release, titled, "EV Manufacturer Mullen Announces Progress on Solid-State Polymer Battery Pack Development," which is publicly available online at

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

https://news.mullenusa.com/ev-manufacturer-mullen-announces-progress-on-solid-state-polymer-battery-pack-development.

- **Exhibit 16:** A copy of Mullen Auto's April 18, 2022 Press Release titled, "Mullen Automotive to Begin Construction for EV Battery Pack Production at High Voltage R&D Facility in Monrovia, California," which is publicly available online at https://news.mullenusa.com/mullen-automotive-to-begin-construction-for-ev-battery-pack-production-at-high-voltage-rd-facility-in-monrovia-california.

- **Exhibit 17:** A copy of David Michery's Form 4, filed with the SEC on January 19, 2022, which is publicly available through the SEC's website at https://www.sec.gov/Archives/edgar/data/1499961/000120919122003689/xslF345X03/doc4.xml.

- **Exhibit 18:** A copy of David Michery's Form 4, filed with the SEC on March 18, 2022, which is publicly available through the SEC's website at https://www.sec.gov/Archives/edgar/data/1499961/000120919122020108/xslF345X03/doc4.xml.

- **Exhibit 19:** A copy of David Michery's Form 4, filed with the SEC on March 31, 2022, which is publicly available through the SEC's website at https://www.sec.gov/Archives/edgar/data/1499961/000120919122021851/xslF345X03/doc4.xml.

## II.   ARGUMENT

### A.   Exhibits 2, 3, and 17 through 19: SEC Filings

Exhibits 2, 3, and 17 through 19 are true and correct copies of publicly issued SEC forms pertaining to Mullen Auto, its predecessor Net Element, or David Michery. These filings include Mullen Auto's 2021 Form 10-K (Exhibit 2), Net Element's Form S-4/A (Exhibit 3), and three Form 4's related to Defendant David Michery's trading of Mullen Auto stock (Exhibits 17-19).  Under Fed. R. Evid. 201(b), courts routinely take judicial notice of information from public sources such as documents filed with the

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

SEC. *See Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008); *Kramer v. Time Warner*, 937 F.2d 767, 774 (2d Cir. 1991) ("A district court may take judicial notice of the contents of relevant public disclosure documents required to be filed with the SEC as facts capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."); *see also Azar v. Yelp, Inc.*, 2018 WL 6182756, at *4 (N.D. Cal. Nov. 27, 2018) (rulings denying judicial notice of Forms 4 at the dismissal stage are "out of step with the weight of authority in the Ninth Circuit").

**B.    Exhibits 4 through 16.**

Exhibits 4 through 16 are true and correct copies of Mullen Auto's (or its predecessor, Net Element's) or Mullen Tech's publicly available press releases.

Exhibit 4 is a copy of Net Element's June 15, 2020 Press Release titled, "Net Element Enters Into a Letter of Intent to Merge With Electric Vehicle Company Mullen Technologies."  The press release is available online at www.accesswire.com/593865.

Exhibit 5 is a copy of Mullen Tech's June 16, 2020 Press Release, titled, "NETE: Net Element Enters Into a Letter of Intent to Merge With Electric Vehicle Company Mullen Technologies."   The   press   release   is   available   online   at https://news.mullenusa.com/net-element-announces-loi-for-reverse-merger-with-mullen-technologies.

Exhibit 6 is a copy of Mullen Tech's August 10, 2020 Press Release titled, "Mullen Technologies Announces Further Test Results Of Its Licensed Solid-State Polymer   Battery   Technology."     This   press   release   is   available   online   at https://www.accesswire.com/600895/Mullen-Technologies-Announces-Further-Test-Results-of-Its-Licensed-Solid-State-Polymer-Battery-Technology.

Exhibit 7 is a copy of Mullen Tech's September 24, 2020 Press Release, titled, "Mullen Technologies to Begin Construction of Electric Vehicle Pilot Facility, Pre-Orders Accepted Starting Oct. 1 for its MX-05 Fully Electric SUV."  The press release is     publicly     available     at     https://www.globenewswire.com/en/news-

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

release/2020/09/24/2098682/0/en/Mullen-Technologies-to-Begin-Construction-of-Electric-Vehicle-Pilot-Facility-Pre-Orders-Accepted-Starting-Oct-1-for-its-MX-05-Fully-Electric-SUV.html.

Exhibit 8 is a copy of Mullen Tech's October 1, 2020 Press Release, titled, "Mullen Technologies is Now Accepting Pre-Orders for Its MX-05 Pure Electric All-Wheel Drive SUV," which is publicly available at https://www.globenewswire.com/en/news-release/2020/10/01/2102197/0/en/Mullen-Technologies-is-Now-Accepting-Pre-Orders-for-Its-MX-05-Pure-Electric-All-Wheel-Drive-SUV.html.

Exhibit 9 is a copy of Mullen Tech's December 30, 2020 Press Release, titled, "Mullen Technologies Receives Letter of Intent for Purchase Order of 1,500 MX-05 Electric Vehicles," which is publicly available at https://news.mullenusa.com/mullen-technologies-receives-letter-of-intent-for-purchase-order-of-1500-mx-05-electric-vehicles.

Exhibit 10 is Mullen Tech's March 8, 2021 Press Release, titled, "Mullen Technologies and Nextech Batteries Will Deliver the Most Advanced Lithium Sulphur Battery Technology Available Today," which is publicly available at https://news.mullenusa.com/mullen-and-nextech-batteries-will-deliver-the-most-advanced-lithium-sulfur-battery-technology-available-today.

Exhibit 11 is a copy of Mullen Tech's March 11, 2021 Press Release, titled, "Mullen Technologies Announces Purchase of Advanced Engineering and Manufacturing Center in Tunica, MS," which is publicly available at https://news.mullenusa.com/mullen-technologies-announces-purchase-of-advanced-engineering-and-manufacturing-center-in-tunica-ms.

Exhibit 12 is a copy of Mullen Tech's March 18, 2021 Press Release, titled, "Mullen Set to Rock 'n' Roll in Memphis," which is publicly available at https://news.mullenusa.com/mullen-set-to-rock-n-roll-in-memphis.

Exhibit 13 is a copy of Mullen Tech's August 3, 2021 Press Release, titled, "Heights Dispensary Enters Into $60 Million Agreement to Purchase 1,200 Mullen ONE Electric Delivery Vans," which is publicly available at https://www.globenewswire.com/en/news-release/2021/08/03/2273719/0/en/Heights-Dispensary-Enters-Into-60-Million-Agreement-to-Purchase-1-200-Mullen-ONE-Electric-Delivery-Vans.html.

Exhibit 14 is a copy of Mullen Tech's September 21, 2021 Press Release, titled, "Mullen To Become Exclusive Manufacturer And Distributor Of EV Cargo Vans For Class 1 And Class 2 Segments For A Subsidiary Of The World's Largest Supplier Of Rail Transit Equipment," which is publicly available at https://news.mullenusa.com/mullen-and-ccrc-groups-subsidiary-tenglong-automotive-sign-definitive-agreement-for-class-1-and-class-2-ev-cargo-vans-for-assembly-and-sales-in-us-and-mexico-market.

Exhibit 15 is Mullen Auto's February 28, 2022 Press Release, titled, "EV Manufacturer Mullen Announces Progress on Solid-State Polymer Battery Pack Development."  This article is available online at https://news.mullenusa.com/ev-manufacturer-mullen-announces-progress-on-solid-state-polymer-battery-pack-development.

Exhibit 16 is Mullen Auto's April 18, 2022 Press Release, titled, "Mullen Automotive to Begin Construction for EV Battery Pack Production at High Voltage R&D Facility in Monrovia, California."  This article is available online at https://news.mullenusa.com/mullen-automotive-to-begin-construction-for-ev-battery-pack-production-at-high-voltage-rd-facility-in-monrovia-california.

These publicly available press releases are proper subjects of judicial notice. "Matters of public record, including documents available from the internet, may be the subject of judicial notice." *United States v. Shamir USA, Inc.*, 2020 WL 6152466, at *3 (C.D. Cal. Aug. 7, 2020).  Additionally, given that the Amended Complaint references and relies on each article attached as an exhibit here, the incorporation by reference

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

doctrine applies. *See Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018) (the incorporation-by-reference doctrine "treats certain documents as though they are part of the complaint itself.").

### III.    CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court grant its request for judicial notice of Exhibits 2 through 19 attached to the Declaration of Zachary Byer, filed concurrently herewith, in support of their motion to dismiss the Amended Complaint.

DATED:  November 22, 2022          **KING & SPALDING LLP**


By: */s/ Joseph N. Akrotirianakis*
JOSEPH N. AKROTIRIANAKIS
ZACHARY W. BYER
BRIAN P. MILLER
SAMANTHA J. KAVANAUGH
ROSS E. LINZER

Attorneys for Defendants Mullen Automotive, Inc., Mullen Technologies, Inc., and David Michery

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE