Joseph N. Akrotirianakis (Bar No. 197971)
 jakro@kslaw.com
Zachary W. Byer (Bar No. 301382)
 zbyer@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

Brian P. Miller (admitted *pro hac vice*)
 bmiller@kslaw.com
Samantha J. Kavanaugh (admitted *pro hac vice*)
 skavanaugh@kslaw.com
Ross E. Linzer (admitted *pro hac vice*)
 rlinzer@kslaw.com
KING & SPALDING LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4700
Miami, Florida, 33131
Telephone:   (305) 462-6000
Facsimile:   (305) 462-6100

Attorneys for Defendants
MULLEN AUTOMOTIVE, INC.,
MULLEN TECHNOLOGIES, INC. AND DAVID MICHERY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR **DECLARATION OF ZACHARY W. BYER IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** [Filed concurrently with Request for Judicial Notice and [Proposed] Order; Notice of Motion and Motion to Dismiss, Memorandum of Points and Authorities, and [Proposed] Order] Honorable Dolly M. Gee Date: April 14, 2023 Time: 9:30 a.m. Courtroom No.: 8C Consolidated Amended Class Action Complaint Filed: September 23, 2022 |

I, Zachary W. Byer, declare as follows:

1. I am a member of the California State Bar and the bar of this court, counsel in the law firm of King & Spalding LLP, and counsel of record to Defendants Mullen Automotive, Inc., Mullen Technologies, Inc., and David Michery. This Declaration is made in support of Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint. The matters set forth in this declaration are based upon my personal knowledge.

2. Attached hereto as **Exhibit 1** is a chart prepared for the convenience of the Court that summarizes the fourteen press releases and public statements challenged in the Amended Complaint and Defendants' asserted grounds for dismissal.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Mullen Auto's SEC Form 10-K, filed on December 29, 2021 with the U.S. Securities and Exchange Commission ("SEC"), which is publicly available through the SEC's website at https://www.sec.gov/ix?doc=/Archives/edgar/data/1499961/000110465921154243/muln-20210930x10k.htm).

4. Attached hereto as **Exhibit 3** is a true and correct copy of Net Element, Inc.'s ("Net Element") registration statement (Form S-4/A), filed on July 22, 2021 with the SEC, which is publicly available through the SEC's website athttps://www.sec.gov/10713_s4a.htm.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Net Element's June 15, 2020 Press Release titled, "Net Element Enters Into a Letter of Intent to Merge With Electric Vehicle Company Mullen Technologies," which is publicly available online at https://www.accesswire.com/593865/Net-Element-Enters-into-a-Letter-of-Intent-to-Merge-with-Electric-Vehicle-Company-Mullen-Technologies.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Mullen Tech's June 16, 2020 Press Release, titled, "NETE: Net Element Enters Into a Letter of Intent to Merge With Electric Vehicle Company Mullen Technologies." The press release is available online at https://news.mullenusa.com/net-element-announces-loi-for-reverse-

BYER DECL. IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

merger-with-mullen-technologies.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of Mullen Tech's August 10, 2020 Press Release, titled, "Mullen Technologies Announces Further Test Results Of Its Licensed Solid-State Polymer Battery Technology," which is publicly available at https://www.accesswire.com/600895/Mullen-Technologies-Announces-Further-Test-Results-of-Its-Licensed-Solid-State-Polymer-Battery-Technology.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of Mullen Tech's September 24, 2020 Press Release, titled, "Mullen Technologies to Begin Construction of Electric Vehicle Pilot Facility, Pre-Orders Accepted Starting Oct. 1 for its MX-05 Fully Electric SUV."   The press release is publicly available at https://www.globenewswire.com/en/news-release/2020/09/24/2098682/0/en/Mullen-Technologies-to-Begin-Construction-of-Electric-Vehicle-Pilot-Facility-Pre-Orders-Accepted-Starting-Oct-1-for-its-MX-05-Fully-Electric-SUV.html.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of Mullen Tech's October 1, 2020 Press Release, titled, "Mullen Technologies is Now Accepting Pre-Orders for Its MX-05 Pure Electric All-Wheel Drive SUV," which is publicly available at                                           https://www.globenewswire.com/en/news-release/2020/10/01/2102197/0/en/Mullen-Technologies-is-Now-Accepting-Pre-Orders-for-Its-MX-05-Pure-Electric-All-Wheel-Drive-SUV.html.

10.      Attached hereto as **Exhibit 9** is a true and correct copy of Mullen Tech's December 30, 2020 Press Release, titled,  "Mullen Technologies Receives Letter of Intent for Purchase Order of 1,500 MX-05 Electric Vehicles," which is publicly available at https://news.mullenusa.com/mullen-technologies-receives-letter-of-intent-for-purchase-order-of-1500-mx-05-electric-vehicles.

11.      Attached hereto as **Exhibit 10** is a true and correct copy of Mullen Tech's March 8, 2021 Press Release, titled, "Mullen Technologies and Nextech Batteries Will Deliver the Most Advanced Lithium Sulphur Battery Technology Available Today," which is publicly available at https://news.mullenusa.com/mullen-and-nextech-

2

batteries-will-deliver-the-most-advanced-lithium-sulfur-battery-technology-available-today.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Mullen Tech's March 11, 2021 Press Release, titled, "Mullen Technologies Announces Purchase of Advanced Engineering and Manufacturing Center in Tunica, MS," which is publicly available at https://news.mullenusa.com/mullen-technologies-announces-purchase-of-advanced-engineering-and-manufacturing-center-in-tunica-ms.

13. Attached hereto as **Exhibit 12** is a true and correct copy of Mullen Tech's March 18, 2021 Press Release, titled, "Mullen Set to Rock 'n' Roll in Memphis," which is publicly available at https://news.mullenusa.com/mullen-set-to-rock-n-roll-in-memphis.

14. Attached hereto as **Exhibit 13** is a true and correct copy of Mullen Tech's August 3, 2021 Press Release, titled, "Heights Dispensary Enters Into $60 Million Agreement to Purchase 1,200 Mullen ONE Electric Delivery Vans," which is publicly available at https://www.globenewswire.com/en/news-release/2021/08/03/2273719/0/en/Heights-Dispensary-Enters-Into-60-Million-Agreement-to-Purchase-1-200-Mullen-ONE-Electric-Delivery-Vans.html.

15. Attached hereto as **Exhibit 14** is a true and correct copy of Mullen Tech's September 21, 2021 Press Release, titled, "Mullen To Become Exclusive Manufacturer And Distributor Of EV Cargo Vans For Class 1 And Class 2 Segments For A Subsidiary Of The World's Largest Supplier Of Rail Transit Equipment," which is publicly available at https://news.mullenusa.com/mullen-and-ccrc-groups-subsidiary-tenglong-automotive-sign-definitive-agreement-for-class-1-and-class-2-ev-cargo-vans-for-assembly-and-sales-in-us-and-mexico-market.

16. Attached hereto as **Exhibit 15** is a true and correct copy of Mullen Auto's February 28, 2022 Press Release, titled, "EV Manufacturer Mullen Announces Progress on Solid-State Polymer Battery Pack Development," which is publicly available online at https://news.mullenusa.com/ev-manufacturer-mullen-announces-progress-on-solid-

state-polymer-battery-pack-development.

17.    Attached hereto as **Exhibit 16** is a true and correct copy of Mullen Auto's April 18, 2022 Press Release, titled, "Mullen Automotive to Begin Construction for EV Battery Pack Production at High Voltage R&D Facility in Monrovia, California," which is publicly available online at https://news.mullenusa.com/mullen-automotive-to-begin-construction-for-ev-battery-pack-production-at-high-voltage-rd-facility-in-monrovia-california.

18.    Attached hereto as **Exhibit 17** is a true and correct copy of David Michery's Form 4, filed with the SEC on January 19, 2022, which is publicly available through the SEC's website at https://www.sec.gov/Archives/edgar/data/1499961/000120919122003689/xslF345X03/doc4.xml.

19.    Attached hereto as **Exhibit 18** is a true and correct copy of David Michery's Form 4, filed with the SEC on March 18, 2022, which is publicly available through the SEC's website at https://www.sec.gov/Archives/edgar/data/1499961/000120919122020108/xslF345X03/doc4.xml.

20.    Attached hereto as **Exhibit 19** is a true and correct copy of David Michery's Form 4, filed with the SEC on March 31, 2022, which is publicly available through the SEC's website at https://www.sec.gov/Archives/edgar/data/1499961/000120919122021851/xslF345X03/doc4.xml.

I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct on this 22nd day of November 2022, at Los Angeles, California.

Respectfully submitted,

ZACHARY W. BYER

4

BYER DECL. IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE