# EXHIBIT 9

Register Now for the Mullen FIVE "Strikingly Different" Cross Test Drive Tour

# Mullen Technologies Receives Letter of Intent for Purchase Order of 1,500 MX-05 Electric Vehicles

## Mullen Technologies Receives Letter of Intent for Purchase Order of 1,500 MX-05 Electric Vehicles

Letter of Intent to serve as basis for definitive agreements for an initial purchase order of 1,500 MX-05s and up to and additional 8,500 by 2025.



**BREA, California, December 30, 2020** - Mullen Technologies Inc. ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, which previously announced a definitive agreement to merge with Net Element, Inc. (NASDAQ: NETE) in a stock-for-stock reverse merger in which Mullen's stockholders will receive a majority of the outstanding stock in the post-merger company, announced today that the Company has executed a non-binding Letter of Intent with Unlimited Electrical Contractors Corp (UEC) to enter definitive agreements for the purchase of up to 10,000 MX-05 electric vehicles.  UEC is a premiere electrical contractor based in Pompano Beach, Florida, specializing in commercial and residential projects in South Florida.

UEC's mission is to be the first electrical contractor with an all-electric service fleet and intends on executing a definitive agreement with the Company for the purchase of 1,500 MX-05 electric vehicles for its Florida operations.  To follow by up to an additional 8,500 by 2025 for its U.S. West Coast expansion. The initial purchase order is estimated at $75 million.  The vehicles are based on a modified variant of the MX-05, an electric crossover SUV based on a skateboard EV platform and a unibody frame that comes in a single or dual electric motor configuration.

"We're very excited to work with UEC and are very fortunate that they see the value in Mullen and the MX-05 for their business.  UEC's order is the first of many commercial fleet relationships we are currently working on.  The skateboard platform and low center of gravity of the MX-05 allows us to easily configure the vehicle for many different types of commercial trade use," said David Michery, CEO and Chairman of Mullen Technologies.

"We are pleased with the newly designed Mullen MX-05 SUV and are very excited to be working with Mullen on electrifying our fleet of service vehicles," commented Mark Petrich, CEO of Unlimited Electrical Contractors.

### About Mullen Technologies:

Mullen Technologies is a Southern California-based licensed vehicle manufacturer that operates in various verticals of the businesses, focusing in the automotive industry: Mullen Automotive, Mullen Energy, Mullen Auto Sales, Mullen Funding Corp. and CarHub. Each of these divisions provide Mullen with diversity of different products and services within the automotive industry. For more information, please visit: www.MullenUSA.com.

### About Unlimited Electrical Contractors:

Unlimited Electrical Contractors Corp. is one of South Florida's premiere electrical contractors based in Pompano Beach, FL since 1999, a multi-million dollar commercial electrical contractor that prides itself on being flexible enough to handle and do timely service calls and yet capable of performing the most complex and most prestigious multi-million dollar residential and commercial projects in South Florida and throughout the country.  For more information, please visit: www.unlimitedcompanies.com

Forward-Looking Statements
This press release contains "forward-looking statements." Words such as "may," "should," "could," "would," "predicts," "potential," "continue," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," and similar expressions, as well as statements in future tense, often signify forward-looking statements. These forward-looking statements include, without limitation, statements relating to the proposed production date of the MX-05 midsize and perceived advantages and future deployment of the solid-state polymer battery technology. These forward-looking statements are, by their nature, subject to significant risks and uncertainties.

Forward-looking statements should not be read as a guarantee of future performance or results and may not be accurate indications of when such performance or results will be achieved. Forward-looking statements are based on information that the Company has when those statements are made or management's good faith belief as of that time with respect to future events and are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in or suggested by the forward-looking statements, including any changes in the laws, rules and regulations relating to any aspects of the Company's business operations, general economic, market and business conditions, including capital market developments, the actions and developments of the Company's competitors and the effects of competition in the EV industry on the demand for, and price of, the Company's current and proposed products and services, various business opportunities that the Company, and factors beyond the Company's control. As a result of these and other risks, uncertainties and assumptions, forward-looking events and circumstances discussed herein might not occur in the way the Company expects, or at all. Accordingly, you should not place reliance on any forward-looking information or statements. The Company assumes no obligation to publicly update or revise its forward-looking statements as a result of new information, future events or otherwise. All forward-looking statements herein are qualified by reference to the cautionary statements set forth in this section.

563

**For Information, Please Contact:**

Mullen Technologies, Inc.
+1 (714) 613-1900
www.MullenUSA.com
marketing@mullenusa.com

Register Now for the Mullen FIVE "Strikingly
Different" Multi-City Test Drive Tour



MULLĒN

CONNECT        Email Address                                          SUBMIT

Terms of Use | Privacy Policy                                          Copyright © 2022 Mullen Automotive, Inc. All Rights Reserved.

564