# EXHIBIT 11

# Mullen Technologies Announces Purchase of Advanced Engineering and Manufacturing Center in Tunica, MS

## Mullen Technologies Announces Purchase of Advanced Engineering and Manufacturing Center in Tunica, MS

Built in 2016, the Tunica EV manufacturing facility is established and ready for Mullen to begin engineering and manufacturing efforts related to EV vehicle testing and production validation. Vehicle assembly line is slated to begin in Q3 2021.

**BREA, California, March 11, 2021 -** Mullen Technologies Inc. ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, which previously announced a definitive agreement to merge with Net Element, Inc. (NASDAQ: NETE) in a stock-for-stock reverse merger in which Mullen's stockholders will receive a majority of the outstanding stock in the post-merger company, has executed a purchase and sales agreement (PSA) and opened escrow to purchase a EV manufacturing facility in Tunica, Mississippi. This five-year-old, turn-key facility affords Mullen the opportunity to innovate its manufacturing processes, while having the availability to assemble vehicles now and optimize product design with simultaneous engineering efforts. Under Mullen ownership, the facility will be known as Mullen's Advanced Manufacturing Engineering Center (AMEC) and Proving Grounds.

Mullen will immediately begin efforts to reestablish the facility to build and support Mullen's platform of electric vehicles. Located just 50 miles from Memphis, Tennessee, the AMEC facility sits on 100 acres and will employ approximately 50+ people in the first year, with the objective of expanding to 200+ employees in three years.

"The opportunities for this site are endless when it comes to validating both engineering and manufacturing initiatives. Such a huge step forward in advancing our technology and getting it into the customers hands," said John Taylor, VP of Manufacturing.



"Our goal is to sustain 100% of our manufacturing processes in the US and by US workers. With the establishment of AMEC in Tunica, we are among the very few EV companies that have a manufacturing presence in the US," said David Michery, CEO and Chairman of Mullen Technologies.

"Tunica will allow us to perfect the engineering and manufacturing processes involved in building our EVs, while affording us the ability to assemble vehicles now. This facility is ideal for Mullen's upcoming initiatives and will be pivotal in allowing us to get to the production of our vehicles in less than typical time," said David.

Mullen is currently working on getting its first mid-size, all-electric SUV to market and is set to unveil the initial concept vehicle in the coming months. In anticipation of the vehicle, Mullen has already begun taking pre-orders with a refundable deposit of $100.

**Figure 1: Mullen's AMEC Facility**

 

**Figure 2: Mullen Executive Team at AMEC  Figure 3: AMEC Vehicle Assembly Line      Figure 4: AMEC Facility Aerial View**

**About Mullen Technologies:**

Mullen Technologies is a Southern California-based licensed vehicle manufacturer that operates in various verticals of the businesses, focusing on the automotive industry: Mullen Automotive, Mullen Energy, Mullen Auto Sales, Mullen Funding Corp. and CarHub. Each of these divisions provide Mullen with diversity of different products and services within the automotive industry. For more information, please visit: www.MullenUSA.com.

**Forward-Looking Statements:**

This press release contains "forward-looking statements." Words such as "may," "should," "could," "would," "predicts," "potential," "continue," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," and similar expressions, as well as statements in future tense, often signify forward-looking statements. These forward-looking statements include, without limitation, statements relating to the proposed production date of the MX-05 midsize and perceived advantages and future deployment of the solid-state polymer battery technology. These forward-looking statements are, by their nature, subject to significant risks and uncertainties.

Forward-looking statements should not be read as a guarantee of future performance or results and may not be accurate indications of when such performance or results will be achieved. Forward-looking statements are based on information that the Company has when those statements are made or management's good faith belief as of that time with respect to future events and are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in or suggested by the forward-looking statements, including any changes in the laws, rules and regulations relating to any aspects of the Company's business operations, general economic, market and business conditions, including capital market developments, the actions and developments of the Company's competitors and the effects of competition in the EV industry on the demand for, and price of, the Company's current and proposed products and services, various business opportunities that the Company, and factors beyond the Company's control. As a result of these and other risks, uncertainties and assumptions, forward-looking events and circumstances discussed herein might not occur in the way the Company expects, or at all. Accordingly, you should not place reliance on any forward-looking information or statements. The Company assumes no obligation to publicly update or revise its forward-looking statements as a result of new information, future events or otherwise. All forward-looking statements herein are qualified by reference to the cautionary statements set forth in this section.

**For Information, Please Contact:**

Mullen Technologies, Inc.
+1 (714) 613-1900

569

www.MullenUSA.com
marketing@mullenusa.com

Register Now for the Mullen FIVE "Strikingly Different" US Test Drive Tour



CONNECT

Email Address

SUBMIT

CONNECT WITH MULLEN AUTOMOTIVE

Terms of Use | Privacy Policy

Copyright © 2022 Mullen Automotive, Inc. All Rights Reserved.

570