# EXHIBIT 12

# Mullen Set to Rock 'n' Roll in Memphis

**Mullen Set to Rock 'n' Roll in Memphis**

Memphis, Tennessee, to Become US Manufacturing Hub for Mullen's EVs



**820,000-square-foot facility will create up to 800 jobs and become the primary U.S. manufacturing base for Mullen Automotive.**

**BREA, California, March 18, 2021 – via InvestorWire –** Mullen Technologies Inc. ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, which previously announced a definitive agreement to merge with Net Element, Inc. (NASDAQ: NETE) in a stock-for-stock reverse merger in which Mullen's stockholders will receive a majority of the outstanding stock in the post-merger company, announces its intent to execute a long-term lease on an 820,000-square-foot facility in Memphis, Tennessee. With the help of local and state incentives from the city of Memphis and the state of Tennessee, respectively, Mullen plans to create up to 800 jobs and deliver 100,000 vehicles over a five-year period, commencing in Q4 of 2023.

The $2P^6$ SUV crossover (formerly MX-05) will be the first in Mullen's line of fully electric vehicles that will be manufactured at this facility. Mullen is currently working on mid-stage design efforts for the $2P^6$ in Southern California. Once completed, Mullen will begin building prototype vehicles in its newly acquired facility in Tunica, Mississippi, for initial engineering development and certification. Simultaneously, Mullen will spend the next 33 months creating the necessary infrastructure and installing the required machinery and equipment for the Memphis facility to support large-scale EV production.

"Memphis moved the world when an alternative new sound known as rock 'n' roll came from a recording studio on Union Avenue, and we continue to move the world by positioning Memphis to be considered as the new home to an alternative electric vehicle manufacturer in Mullen Technologies," said Ted Townsend, chief economic development officer for the Greater Memphis Chamber. "This is only the beginning of fulfilling our promise to attract new businesses in innovative industry sectors that will bring good-paying jobs – 800 of them to be exact in this case – to the community. We will continue to aggressively seek this type of growth in advanced automotive manufacturing for Memphis and Shelby County, while at the same time continuing to pursue other industries that create good-paying, sustainable jobs."

"Tennessee Valley Authority (TVA) and Memphis Light, Gas & Water (MLGW) congratulate Mullen Technologies on the decision to locate its new electric vehicle operations in Memphis. Attracting quality jobs and investment from innovative companies like Mullen is central to TVA's mission to serve the people of the Valley. We are proud to partner with EDGE, City of Memphis, Shelby County and the Memphis Chamber to help further that mission and support economic growth in the region," said John Bradley, TVA senior vice president of economic development.

"Memphis' location makes it a primary logistical hub for distribution throughout the U.S. and will provide Mullen with key strategic advantages. The local and state-level administrations are both fully supportive of our manufacturing plan and are showcasing their commitment with significant financial incentives that will help us grow along with the city and state over the next decade," said John Taylor, VP of Manufacturing for Mullen.



"Shelby County is the home of hard work and innovation, and we are open for business. We are excited about the substantial announcement that Mullen Technologies is considering Memphis as the location for their electric vehicle manufacturing operation. We would be honored to welcome Mullen Technologies and hundreds of quality jobs to our community," said Lee Harris, mayor of Shelby County.

"Having a project of this magnitude and in the electric vehicle industry is extremely exciting for Memphis," said Mayor Jim Strickland. "I'm looking forward to working with the Mullen Technologies team to make this project happen and bring more good-paying jobs to our city."

"Our Tunica and Memphis facility arrives at a very important time for Mullen," said David Michery, CEO and chairman of Mullen Technologies. "Our pilot facility in Monrovia, California, has now been moved to Tunica, Mississippi. Tunica is more cost-effective and efficient, with close proximity to Memphis. Ultimately, this will produce significant savings in time and money."

"The Memphis factory provides us with the necessary manufacturing footprint to take Mullen to the next level while also helping us create an economic powerhouse in the region. This is a critical point for us and will be very mutually beneficial for Mullen, Memphis and the state of Tennessee," Michery added.

On March 11, 2021, Mullen announced the purchase of a facility located 50 miles away from Memphis, Tennessee, in Tunica, Mississippi, which will provide advanced engineering and manufacturing capabilities. Both facilities will support Mullen's manufacturing requirements for the next 10-plus years.

**About Mullen Technologies:**

Mullen Technologies is a Southern California-based licensed vehicle manufacturer that operates in various verticals, focusing on the automotive industry: Mullen Automotive, Mullen Energy, Mullen Auto Sales, Mullen Funding Corp. and CarHub. Each of these divisions provides Mullen with a diversity of products and services within the automotive industry. For more information, please visit: www.MullenUSA.com.

**Forward-Looking Statements:**

This press release contains "forward-looking statements." Words such as "may," "should," "could," "would," "predicts," "potential," "continue," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar expressions, as well as statements in future tense, often signify forward-looking statements. These forward-looking statements include, without limitation, statements relating to the proposed production date of the MX-05 midsize and perceived advantages and future deployment of the solid-state polymer battery technology. These forward-looking statements are, by their nature, subject to significant risks and uncertainties.

Forward-looking statements should not be read as a guarantee of future performance or results and may not be accurate indications of when such performance or results will be achieved. Forward-looking statements are based on information that the Company has when those statements are made or management's good faith belief as of that time with respect to future events and are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in or suggested by the forward-looking statements, including any changes in the laws, rules and regulations relating to any aspects of the Company's business operations; general economic, market and business conditions, including capital market developments; the actions and developments of the Company's competitors and the effects of competition in the EV industry on the demand for, and price of, the Company's current and proposed products and services; various business opportunities that the Company, and factors beyond the Company's control. As a result of these and other risks, uncertainties and assumptions, forward-looking events and circumstances discussed herein might not occur in the way the Company expects, or at all. Accordingly, you should not place reliance on any forward-looking information or statements. The Company assumes no obligation to publicly update or revise its forward-looking statements as a result of new information, future events or otherwise. All forward-looking statements herein are qualified by reference to the cautionary statements set forth in this section.

**For Information, Please Contact:**

Mullen Technologies, Inc.
+1 (714) 613-1900
www.MullenUSA.com
marketing@mullenusa.com

572

**MULLĒN**

Register Now for the Mullen FIVE "Strikingly Different" U.S. Test Drive Tour

CONNECT   Email Address   SUBMIT

CONNECT   RESERVE

Terms of Use | Privacy Policy

Copyright © 2022 Mullen Automotive, Inc. All Rights Reserved.

**MULLĒN**

Register Now for the Mullen FIVE "Strikingly Different" U.S. Test Drive Tour

CONNECT   Email Address   SUBMIT

Terms of Use | Privacy Policy

Copyright © 2022 Mullen Automotive, Inc. All Rights Reserved.

573