# EXHIBIT 14

Register Now for the Mullen FIVE "Strikingly Different" Test Drive Tour    CONNECT    RESERVE

# Mullen and CCRC Group's Subsidiary, Tenglong Automotive, Sign Definitive Agreement for Class 1 and Class 2 EV Cargo Vans for Assembly and Sales in US and Mexico Markets

**Mullen to become exclusive manufacturer and distributor of EV cargo vans for Class 1 and Class 2 segments for a subsidiary of the world's largest supplier of rail transit equipment.**



BREA, Calif., Sep. 21, 2021– via InvestorWire – Mullen Technologies Inc. ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, which previously announced a definitive agreement to merge with Net Element, Inc. (NASDAQ: NETE), announces today that it has entered into a definitive agreement with Tenglong Automotive, a subsidiary of CCRC Group, for manufacturing, distribution and retail sales of Class 1 and Class 2 EV Cargo Vans in the U.S. and Mexico. The agreement provides Mullen with an effective solution for the fast-developing EV cargo van market and its existing EV fleet van orders. Mullen will homologate and assemble the vans at its Advanced Manufacturing and Engineering Facility (AMEC), located in Tunica, Mississippi. Vehicles will be assembled in the United States and branded: "Assembled in the United States."

Mullen's Class 1 EV cargo van (CarGO®) is based on a 120-inch wheelbase, 40-kWh battery pack, rear-wheel drive, and modular 210 cubic feet cargo area. Vehicle range is estimated at 160 miles with a max payload of 2,249 lbs. Mullen's Class 2 EV van (ONE®) is based on a 144-inch wheelbase, 78.8-kWh battery pack, rear-wheel drive, and modular 460 cubic feet cargo area. Vehicle range is estimated at over 200 miles with a max payload of 3,296 lbs. Both EV vans are built on a similar skateboard platform that allows for modular cargo areas that can be easily adapted to different client configuration requirements.

"EV Cargo Vans are a natural segment for us and is a perfect fit for our Tunica AMEC facility. This is also a win-win for us and our investors. We can begin to fulfill existing fleet orders in the first quarter of 2022, which will generate revenue and begin our manufacturing process in Tunica, Mississippi. We expect to hire a significant number of Americans for the start of production at our AMEC facility," said David Michery, CEO and chairman of Mullen.

"We are very happy to work with our new North American Partner, Mullen Technologies. They have a great team and we know that they will be very successful in this market. We are looking forward to providing the best service and products for their rapidly expanding EV market," said Li Yongyan, director of International Trade for Tenglong.

**About Mullen Technologies:**

Mullen Technologies is a Southern California-based, licensed vehicle manufacturer that operates in various verticals of the businesses focusing on the automotive industry: Mullen Automotive, Mullen Energy, Mullen Auto Sales, Mullen Funding Corp., and CarHub. Each of these divisions provides Mullen with the diversity of different products and services within the automotive industry. For more information, please visit www.MullenUSA.com.

**About Tenglong Automotive (CRRC):**

Headquartered in Beijing, CRRC Corporation Limited (CRRC) has 46 wholly-owned and majority-owned subsidiaries with over 180,000 employees. CRRC is the world's largest supplier of rail transit equipment with the most complete product lines and leading technologies. Its main businesses cover the R&D, design, manufacture, repair, sale, lease, and technical services for rolling stock, urban rail transit vehicles, engineering machinery, all types of electrical equipment, electronic equipment, and parts, electric products, and environmental protection equipment, as well as consulting services, industrial investment and management, asset management, and import and export. For more information, please visit https://www.crrcgc.cc/ and https://www.tenglongauto.cn/.

**Forward-Looking Statements**
This press release contains "forward-looking statements." Words such as "may," "should," "could," "would," "predicts," "potential," "continue," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," and similar expressions, as well as statements in future tense, often signify forward-looking statements. These forward-looking statements include, without limitation, statements relating to the proposed production date of the FIVE midsize and perceived advantages and future deployment of the solid-state polymer battery technology. These forward-looking statements are, by their nature, subject to significant risks and uncertainties.

Forward-looking statements should not be read as a guarantee of future performance or results and may not be accurate indications of when such performance or results will be achieved. Forward-looking statements are based on information that the Company has when those statements are made or management's good faith belief as of that time with respect to future events and are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in or suggested by the forward-looking statements, including any changes in the laws, rules, and regulations relating to any aspects of the Company's business operations, general economic, market and business conditions, including capital market developments, the actions and developments of the Company's competitors and the effects of competition in the EV industry on the demand for, and price of, the Company's current and proposed products and services, various business opportunities that the Company, and factors beyond the Company's control. As a result of these and other risks, uncertainties, and assumptions, forward-looking events and circumstances discussed herein might not occur in the way the Company expects, or at all. Accordingly, you should not place reliance on any forward-looking information or statements. The Company assumes no obligation to publicly update or revise its forward-looking statements as a result of new information, future events or otherwise. All forward-looking statements herein are qualified by reference to the cautionary statements set forth in this section.

**Contact:**

Mullen Technologies, Inc.
+1 (714) 613-1900
www.MullenUSA.com



CONNECT    Email Address    SUBMIT