# EXHIBIT 15

  Register Now for the Mullen FIVE "Strikingly Different" U.S. Test Drive Tour      CONNECT          RESERVE

# EV Manufacturer Mullen Announces Progress on Solid-State Polymer Battery Pack Development

**Data collected from solid-state cell testing shows impressive results, including a range of 600-plus miles on a full charge and over 300 miles of range delivered in 18 minutes with DC fast charging. Solid-state polymer batteries are slated for the second generation of the Mullen FIVE EV Crossover.**

BREA, Calif., Feb. 28, 2022– via InvestorWire – Mullen Automotive, Inc. (NASDAQ: MULN) ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, announces an update on Mullen's next-generation solid-state polymer battery technology, which is a significant advancement over today's current lithium-ion batteries.

Mullen's testing of solid-state polymer cells reveals the potential for a 150-kilowatt-hour battery pack that delivers over 600-plus miles of range and highlights an 18-minute DC fast charge which can yield over 300 miles of range. Mullen is working towards utilizing solid-state polymer battery packs in its second generation Mullen FIVE EV Crossovers, with in-vehicle prototype testing set for 2025. Mullen's first-generation FIVE EV Crossover, due in late 2024, is planned to launch with traditional lithium-ion cell chemistry.

Mullen is also conducting extensive research and development into other advanced battery technologies, including lithium-sulfur and lithium-iron-phosphate. Mullen's ultimate goal is to deliver EV batteries that will surpass today's existing lithium-Ion technology and offer a host of benefits such as increased efficiency, energy density, and range while also lowering the cost, weight, thermal and environmental risks.

"We've conducted successful testing and will begin pack level development next," said David Michery, CEO and chairman of Mullen Automotive. "The test data collected shows an impressive outcome and future for solid-state batteries. To sum up, we tested our 300 Ah (ampere-hour) cell which yielded 343 Ah at 4.3 volts, and the results surpassed all expectations. We can say with almost certainty that this technology, once implemented on the Mullen FIVE, will deliver over 600 miles of range on a full charge. The future is bright for Mullen Automotive."

Mullen has recently announced a string of key partnerships with hofer powertrain, Comau, ARRK, Dürr, and DSA Systems for EV powertrain, engineering, manufacturing, vehicle production systems, and over-the-air (OTA) and vehicle system diagnostics, respectively. The Company expects these strategic developments to play a crucial role in bringing the FIVE to market with the latest technology and in the shortest amount of time. Mullen FIVE was also named "Top Zero Emission SUV" as part of the ZEVA® Awards at the Los Angeles International Auto Show in November 2021, where the vehicle made its debut.

The FIVE is built on an EV crossover skateboard platform that offers multiple powertrain configurations and trim levels in a svelte design that is "Strikingly Different™" and exciting to experience in person. Learn more about the Mullen FIVE at MullenUSA.com.

**About Mullen:**

Mullen is a Southern California-based automotive company that owns and partners with several synergistic businesses working toward the unified goal of creating clean and scalable energy solutions. Mullen has evolved over the past decade in sync with consumers and technology trends. Today, the Company is working diligently to provide exciting EV options built entirely in the United States and made to fit perfectly into the American consumer's life. Mullen strives to make EVs more accessible than ever by building an end-to-end ecosystem that takes care of all aspects of EV ownership. For more information, please visit www.MullenUSA.com.

**Forward-Looking Statements**

This press release contains "forward-looking statements." Words such as "may," "should," "could," "would," "predicts," "potential," "continue," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar expressions, as well as statements in the future tense, often signify forward-looking statements. These forward-looking statements include, without limitation, statements relating to the reverse merger, the Nasdaq approval process, and the proposed debut date of the Mullen FIVE (formerly MX-05) midsize crossover. These forward-looking statements are, by their nature, subject to significant risks and uncertainties.

Forward-looking statements should not be read as a guarantee of future performance or results and may not be accurate indications of when such performance or results will be achieved. Forward-looking statements are based on information that the Company has when those statements are made or management's good faith belief as of that time with respect to future events and are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in or suggested by the forward-looking statements, including factors beyond the Company's control. As a result of these and other risks, uncertainties, and assumptions, forward-looking events and circumstances discussed herein might not occur in the way the Company expects or at all. Accordingly, readers should not place reliance on any forward-looking information or statements. The Company assumes no obligation to publicly update or revise its forward-looking statements as a result of new information, future events, or otherwise. All forward-looking statements herein are qualified by reference to the cautionary statements set forth in this section.

**Contact:**

Mullen Automotive, Inc.
+1 (714) 613-1900
www.MullenUSA.com



CONNECT     Email Address                                              SUBMIT

**Register Now for the Mullen FIVE "Strikingly Different" U.S. Test Drive Tour**

Terms of Use | Privacy Policy

CONNECT          RESERVE

Copyright © 2022 Mullen Automotive, Inc. All Rights Reserved.

584