Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Garth A. Spencer (SBN 335424)
  *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff Mejgan Mirbaz*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR<br><br>Honorable Dolly M. Gee<br><br>**DECLARATION OF GARTH SPENCER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date: April 14, 2023<br>Time:  9:30 a.m.<br>Courtroom:  8C |

I, Garth Spencer, declare as follows:

1. I am a member in good standing of the bar of the State of California and the bar of this Court. I am an attorney with the law firm of Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Mejgan Mirbaz ("Plaintiff"). I make this declaration in support of Plaintiff's Opposition to Defendants' Motion To Dismiss. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the Form 10-K annual report for the period ended September 30, 2022 filed by Mullen Automotive Inc. with the Securities and Exchange Commission on January 13, 2023, obtained from the SEC's publicly available EDGAR database at https://www.sec.gov/Archives/edgar/data/1499961/000155837023000273/muln-20220930x10k.htm. Highlighting has been added to this exhibit for ease of reference.

3. Attached hereto as **Exhibit B** is a true and correct copy of a press release issued by Mullen Technologies, Inc. dated September 24, 2020 and titled "Mullen Technologies to Begin Construction of Electric Vehicle Pilot Facility, Pre-Orders Accepted Starting Oct. 1 for its MX-05 Fully Electric SUV", obtained from the website https://www.globenewswire.com/en/news-release/2020/09/24/2098682/0/en/Mullen-Technologies-to-Begin-Construction-of-Electric-Vehicle-Pilot-Facility-Pre-Orders-Accepted-Starting-Oct-1-for-its-MX-05-Fully-Electric-SUV.html. Highlighting has been added to this exhibit for ease of reference.

4. Attached hereto as **Exhibit C** is a true and correct copy of a press release issued by Mullen Technologies, Inc. dated October 1, 2020 and titled "Mullen Technologies is Now Accepting Pre-Orders for Its MX-05 Pure Electric All-Wheel Drive SUV", obtained from the website https://www.globenewswire.com/en/news-

release/2020/10/01/2102197/0/en/Mullen-Technologies-is-Now-Accepting-Pre-Orders-for-Its-MX-05-Pure-Electric-All-Wheel-Drive-SUV.html.

5.     Attached hereto as **Exhibit D** is a true and correct copy of a press release issued by Mullen Technologies, Inc. dated August 3, 2021 and titled "Heights Dispensary Enters Into $60 Million Agreement to Purchase 1,200 Mullen ONE Electric Delivery Vans", obtained from the website https://www.globenewswire.com/en/news-release/2021/08/03/2273719/0/en/Heights-Dispensary-Enters-Into-60-Million-Agreement-to-Purchase-1-200-Mullen-ONE-Electric-Delivery-Vans.html. Highlighting has been added to this exhibit for ease of reference.

6.     Attached hereto as **Exhibit E** is a true and correct copy of the Form 8-K current report filed by Net Element, Inc. with the Securities and Exchange Commission on August 5, 2020, obtained from the SEC's publicly available EDGAR database at https://www.sec.gov/Archives/edgar/data/1499961/000143774920016598/nete20200804_8k.htm. Highlighting has been added to this exhibit for ease of reference.

7.     Attached hereto as **Exhibit F** is a true and correct copy of Investor Bulletin: Reverse Mergers, dated June 2011, published by the Securities and Exchange Commission, and available at https://www.sec.gov/investor/alerts/reversemergers.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 13, 2023 at Wilmington, North Carolina.

*/s/ Garth Spencer*
Garth Spencer

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On January 13, 2023, I served true and correct copies of the foregoing document by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 13, 2023, at Wilmington, North Carolina.

*s/ Garth Spencer*
Garth Spencer