# Exhibit A

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# FORM 10-K

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended September 30, 2022

or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to ___

Commission file number: 001-34887

# MULLEN AUTOMOTIVE INC.

(Exact name of registrant as specified in its charter)

| **Delaware** | **86-3289406** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1405 Pioneer Street**
**Brea, California 92821**
(Address of principal executive offices)

Registrant's telephone number, including area code: (714) 613-1900

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, par value $0.001 | MULN | The Nasdaq Stock Market, LLC (Nasdaq Capital Market) |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. ☐ YES  ☒ NO

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. ☐ YES  ☒ NO

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ YES  ☐ NO

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒ YES  ☐ NO

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer ☒ | Smaller reporting company ☒ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). ☐ YES ☒ NO

The aggregate market value of the registrant's common equity, other than shares held by persons who may be deemed affiliates of the registrant, as of March 31, 2022 was approximately $656.8 million.

The registrant had 1,696,543,863 shares of common stock outstanding as of January 6, 2023.

Documents Incorporated by Reference: None

Table of Contents

**MULLEN AUTOMOTIVE, INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS**

|  | Year Ended September 30, | |
|  | 2022 | 2021 |
|---|---|---|
| **OPERATING EXPENSES** | | |
| Research and development | $ 21,650,840 | $ 3,009,027 |
| General and administrative | 75,338,256 | 19,393,141 |
| Total Operating Expense | 96,989,096 | 22,402,168 |
| Loss from Operations | (96,989,096) | (22,402,168) |
| | | |
| Loss on disposal of fixed assets | (50,574) | — |
| Other financing costs | — | (1,559,961) |
| Gain on extinguishment of indebtedness, net | 33,413 | 890,581 |
| Penalty for insufficient authorized shares | (3,495,000) | — |
| Revaluation of warrants liabilities | (122,803,715) | — |
| Other financing costs - initial recognition of warrant liabilities | (484,421,258) | — |
| Other income (expense), net | (5,647,841) | — |
| Interest expense | (26,949,081) | (21,168,232) |
| Net Loss before income taxes | (740,323,152) | (44,239,780) |
| | | |
| Provision for income tax | (1,600) | (800) |
| | | |
| Net Loss | (740,324,752) | (44,240,580) |
| | | |
| Net loss attributable to non-controlling interest | 791,946 | — |
| Net loss attributable to Mullen Automotive shareholders | (739,532,806) | (44,240,580) |
| | | |
| Less: Preferred dividends | (40,516,440) | - |
| | | |
| Net loss attributable to shareholders less preferred dividends | $ (780,049,246) | $ (44,240,580) |
| | | |
| Net Loss per Share | $ (2.80) | $ (8.56) |
| | | |
| Weighted average shares outstanding, basic and diluted | 278,219,500 | 5,171,144 |

F-5