# Exhibit C



*Source:* Mullen Technologies, Inc.

*October 01, 2020 08:30 ET*

# Mullen Technologies is Now Accepting Pre-Orders for Its MX-05 Pure Electric All-Wheel Drive SUV

**The Mullen MX-05 all electric SUV will debut in 2021**

BREA, Calif., Oct. 01, 2020 (GLOBE NEWSWIRE) -- **via NetworkWire – Mullen Technologies Inc.** ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, which previously announced a definitive agreement to merge with **Net Element, Inc.** (NASDAQ: **NETE**) in a stock-for-stock reverse merger in which Mullen's stockholders will receive a majority of the outstanding stock in the post-merger company, announced today that the Company has begun to accept pre-orders for the Mullen MX-05 Pure Electric all-wheel drive Sports Utility Vehicle (SUV).

Mullen announced earlier this month that development of its pre-production facility in Monrovia, California, will begin today, October 1. This facility will be fully operational in mid-2021 and is scheduled to begin the pre-production process of the MX-05 in the third quarter 2021. First deliveries to the public should be in the second quarter 2022.

The five passenger MX-05 pure electric all-wheel drive SUV, featuring a range of 325 miles with a 0 to 60 mph time of 3.2 seconds, is designed to outperform vehicles in its class. In order to reserve the MX-05, simply make the $100 deposit and review the terms and conditions at https://mullenusa.com/mullen-mx-05/.

To learn more about the revolutionary Mullen MX-05 Pure Electric all-wheel drive SUV, visit: https://mullenusa.com/mullen-mx-05-2/.

According to ResearchAndMarket.com, the global EV market in 2019 was $162.3 billion and is on pace to reach $716.8 billion by 2027. The EV market is driven by favorable government policies and subsidies, calls to reduce vehicle emissions, consumer demand and other factors.

**About Mullen Technologies:**
Mullen Technologies is a Southern California-based licensed vehicle manufacturer that operates in various verticals of the businesses, focusing in the automotive industry: Mullen Automotive, Mullen Energy, Mullen Auto Sales, Mullen Funding Corp. and CarHub. Each of these divisions provide Mullen with diversity of different products and services within the automotive industry. For more information, please visit: www.MullenUSA.com.

**Forward-Looking Statements**
This press release contains "forward-looking statements." Words such as "may," "should," "could," "would," "predicts," "potential," "continue," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," and similar expressions, as well as statements in future tense, often signify forward-looking statements. These forward-looking statements include, without limitation, statements relating to the proposed production date of the MX-05 midsize and perceived advantages and future deployment of the solid-state polymer battery technology. These forward-looking statements are, by their nature, subject to significant risks and uncertainties.

Forward-looking statements should not be read as a guarantee of future performance or results and may not be accurate indications of when such performance or results will be achieved. Forward-looking statements are based on information that the Company has when those statements are made or management's good faith belief as of that time with respect to future events and are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in or suggested by the forward-looking statements, including any changes in the laws, rules and regulations relating to any aspects of the Company's business operations, general economic, market and business conditions, including capital market developments, the actions and developments of the Company's competitors and the effects of competition in the EV industry on the demand for, and price of, the Company's current and proposed products and services, various business opportunities that the Company, and factors beyond the Company's control. As a result of these and other risks, uncertainties and assumptions, forward-looking events and circumstances discussed herein might not occur in the way the Company expects, or at all. Accordingly, you should not place reliance on any forward-looking information or statements. The Company assumes no obligation to publicly update or revise its forward-looking

statements as a result of new information, future events or otherwise. All forward-looking statements herein are qualified by reference to the cautionary statements set forth in this section.

**Contact:**

Mullen Technologies, Inc.
+1 (714) 613-1900
www.MullenUSA.com
marketing@mullenusa.com

**Corporate Communications:**
InvestorBrandNetwork (IBN)
Los Angeles, California
www.InvestorBrandNetwork.com
310.299.1717 Office
Editor@InvestorBrandNetwork.com

**SOURCE:** Mullen Technologies, Inc

**Attachments**

- Mullen MX-05
- Mullen MX-05 Reservations