# Exhibit D



*Source:* *Mullen Technologies, Inc.*

*August 03, 2021 08:30 ET*

# Heights Dispensary Enters Into $60 Million Agreement to Purchase 1,200 Mullen ONE Electric Delivery Vans

**Texas-based company names Mullen exclusive provider with initial 200 vans for Heights Dispensary's Houston and Dallas operations in third quarter 2023; Additional 1,000 Mullen ONEs to be delivered by second quarter 2025**

BREA, Calif., Aug. 03, 2021 (GLOBE NEWSWIRE) -- via InvestorWire – Mullen Technologies Inc. ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, which previously announced a definitive agreement to merge with Net Element, Inc. (NASDAQ: NETE) in a stock-for-stock reverse merger in which Mullen's stockholders will receive a majority of the outstanding stock in the post-merger company, announces today that the Company has entered into a Letter of Agreement with Height Dispensary, LTD., to purchase 1,200 Mullen One electric vans and has selected Mullen as its exclusive provider for electric vehicles. The total vehicle purchase order is valued at over $60 million. Heights is a Texas company specializing in high quality legal CBD and THCa8 products online, and soon through a retail cannabis dispensary.

The initial Mullen ONE vehicle order will consist of 200 EV vans for Heights Dispensary's Houston and Dallas operations, to be delivered on or before the end of third quarter 2023. Additionally, Heights will purchase 1,000 Mullen ONEs by second quarter 2025. The Mullen ONE EV Cargo Van vehicles are a modified variant of the Mullen FIVE, an electric crossover SUV based on a skateboard EV platform and unibody frame that will be available in a single or dual electric motor configuration.

"We're very excited that Heights Dispensary has selected Mullen to satisfy all its electric vehicle needs. The Heights order is the second, among many other companies we are currently working on, to select Mullen as their EV provider. The FIVE skateboard platform allows us to configure and offer the vehicle for many different types of commercial trade uses," said David Michery, CEO and chairman of Mullen Technologies.

"Heights Dispensary takes a serious ecological look at our business models' carbon footprint and we only work with sustainable growers in the industry. This responsibility stands especially true with our growth planning. This is why we're all extremely excited to be working with Mullen Technologies as part of our growth planning, with Mullen electric cars displacing what would amount to thousands of petrol cars across the United States. We can safely say that not only do we practice responsible capitalism now, we aggressively chart that path well into the future," said James Gooch, managing partner of Heights Dispensery.

### About Mullen Technologies:

Mullen Technologies is a Southern California-based, licensed vehicle manufacturer that operates in various verticals of the businesses focusing in the automotive industry: Mullen Automotive, Mullen Energy, Mullen Auto Sales, Mullen Funding Corp. and CarHub. Each of these divisions provide Mullen with diversity of different products and services within the automotive industry. For more information, please visit: www.MullenUSA.com.

### Forward-Looking Statements
This press release contains "forward-looking statements." Words such as "may," "should," "could," "would," "predicts," "potential," "continue," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," and similar expressions, as well as statements in future tense, often signify forward-looking statements. These forward-looking statements include, without limitation, statements relating to the proposed production date of the MX-05 midsize and perceived advantages and future deployment of the solid-state polymer battery technology. These forward-looking statements are, by their nature, subject to significant risks and uncertainties.

Forward-looking statements should not be read as a guarantee of future performance or results and may not be accurate indications of when such performance or results will be achieved. Forward-looking statements are

based on information that the Company has when those statements are made or management's good faith belief as of that time with respect to future events and are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in or suggested by the forward-looking statements, including any changes in the laws, rules and regulations relating to any aspects of the Company's business operations, general economic, market and business conditions, including capital market developments, the actions and developments of the Company's competitors and the effects of competition in the EV industry on the demand for, and price of, the Company's current and proposed products and services, various business opportunities that the Company, and factors beyond the Company's control. As a result of these and other risks, uncertainties and assumptions, forward-looking events and circumstances discussed herein might not occur in the way the Company expects, or at all. Accordingly, you should not place reliance on any forward-looking information or statements. The Company assumes no obligation to publicly update or revise its forward-looking statements as a result of new information, future events or otherwise. All forward-looking statements herein are qualified by reference to the cautionary statements set forth in this section.

## Contact:

Mullen Technologies, Inc.
+1 (714) 613-1900
www.MullenUSA.com

For more information, please visit https://www.mullenusa.com/

## Wire Service Contact
InvestorWire (IW)
Los Angeles, California
www.InvestorWire.com
212.418.1217 Office
Editor@InvestorWire.com

## Attachment

- Heights Dispensary EV Van by Mullen