Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Charles Linehan (SBN 307439)
  clinehan@glancylaw.com
Garth A. Spencer (SBN 335424)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff Mejgan Mirbaz*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR |
| | Honorable Dolly M. Gee |
| | **PLAINTIFF'S REQUEST FOR LEAVE TO FILE NOTICE OF RECENT DECISION** |
| | Hearing Date: April 14, 2023<br>Time: 9:30 a.m.<br>Courtroom: 8C |

Plaintiff seeks leave of the Court to file the notice of recent decision attached hereto as **Exhibit A**. That opinion, *In Re CCIV/Lucid Motors Securities Litigation*, N.D. Cal. Case No. 4:21-cv-09323-YGR (Jan. 11, 2023), analyzes standing under Exchange Act Section 10(b), an issue raised in Defendants' pending motion to dismiss (Dkt No. 52) and Plaintiff's opposition thereto (Dkt No. 56).

Although the *Lucid Motors* opinion was filed two days before the January 13, 2023 due date for Plaintiff's opposition brief, Plaintiff's counsel in the exercise of reasonable diligence were not aware of the *Lucid Motors* opinion as of January 13. To the best of Plaintiff's counsel's knowledge, *Lucid Motors* was not published to Westlaw or otherwise widely reported before the filing of Plaintiff's opposition.

Plaintiff's counsel has conferred with counsel for Defendants, and is informed that they do not oppose Plaintiff's request for leave to file this notice of recent decision.

Dated: January 20, 2023

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Garth Spencer*
Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Garth A. Spencer (SBN 335424)
  *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff*
*Mejgan Mirbaz*

## PROOF OF SERVICE BY ELECTRONIC POSTING

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On January 20, 2023, I served true and correct copies of the foregoing document by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 20, 2023, at Wilmington, North Carolina.

*s/ Garth Spencer*
Garth A. Spencer
