# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR<br><br>Honorable Dolly M. Gee<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE NOTICE OF RECENT DECISION** |

Having considered Plaintiff's Request For Leave To File Notice of Recent Decision dated January 20, 2023, and for good cause appearing, the Request is **GRANTED**, and the notice of recent decision attached as **Exhibit A** to the Request is deemed filed as of this day.

**IT IS SO ORDERED**.

DATED: _____          _____

The Honorable Dolly M. Gee

UNITED STATES DISTRICT JUDGE

1