**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. CV 22-3026-DMG (AGRx) |
| | **ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO FILE NOTICE OF RECENT DECISION [59]** |

Having considered Plaintiff's unopposed Request For Leave To File Notice of Recent Decision dated January 20, 2023, and for good cause appearing, the Request is **GRANTED**, and the notice of recent decision attached as **Exhibit A** to the Request is deemed filed as of this day.

**IT IS SO ORDERED**.

DATED: January 23, 2023

_____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE