# EXHIBIT 1

6

## Exhibit 1 – Summary of Arguments For Dismissal of Plaintiff's Claims
### (● = Ground for Dismissal)

| Statement No. | Date | Purported misstatement and/or omission (Public Company Statements are bolded) | No standing | Statement Accurate When Made | Puffery/Corporate Optimism | Forward-looking Statement/Bespeaks Caution | Adequate risk disclosures and/or cautionary language |
|---|---|---|---|---|---|---|---|
| 1. | 6/15/20 | **Net Element's press release announcing the planned reverse merger and that Mullen Tech "expects to launch the Dragonfly K50, a luxury sports car, in the first half of 2021 through ICI (Independent Commercial Importers)** | | ● | ● | ● | ● |
| 2. | 6/16/20 | Mullen Tech's press release announcing the reverse merger and that the company "plans to sell" a Chinese manufacturer's electric vehicle | ● | ● | ● | ● | ● |
| 3. | 8/10/20 | Mullen Tech's press release announcing battery testing results, including that the company's "licensed battery technology may be capable of enabling an electric vehicle to travel . . . for significantly longer driving distances on a single charge than commercially available lithium batteries offer today" | ● | ● | ● | ● | ● |
| 4. | 9/24/20 | Mullen Tech's press release announcing the company's plans to transform its Monrovia, California into a "state-of-the-art pilot facility for its line of fully electric SUVs" | ● | ● | ● | ● | ● |
| 6. | 12/30/20 | Mullen Tech's press release announcing letter of intent for a potential sale of "1,500 MX-05 Vehicles" | ● | ● | ● | ● | ● |
| 7. | 3/08/21 | Mullen Tech's press release announcing that the company "plans to produce more than 100,000 vehicles over 5 years" | ● | ● | ● | ● | ● |

7

| Statement No. | Date | Purported misstatement and/or omission (Public Company Statements are bolded) | No standing | Statement Accurate When Made | Puffery/Corporate Optimism | Forward-looking Statement/Bespeaks Caution | Adequate risk disclosures and/or cautionary language |
|---|---|---|---|---|---|---|---|
| | | using battery technology from its planned partnership with NexTech Batteries | | | | | |
| 8. | 3/11/21 | Mullen Tech's press release announcing the company's purchase of "a EV Manufacturing facility in Tunica, Mississippi" | ● | ● | ● | ● | ● |
| 9. | 3/18/21 | Mullen Tech's press release announcing the company's "intent to execute a long-term lease on a 820,000-square-foot facility in Memphis, Tennessee" | ● | ● | ● | ● | ● |
| 10. | 8/03/21 | Mullen Tech's press release announcing planned sale to customer of "1,200 Mullen One electric vans" | ● | ● | ● | ● | ● |
| 11. | 9/21/21 | Mullen Tech's press release announcing a commercial partnership with Tenglong Automotive to "manufacturing, distribution, and retail sales" of its electric vehicles | ● | ● | ● | ● | ● |
| | 11/5/21 | Reverse Merger Closed | | | | | |
| 12. | 2/28/22 | **Mullen Auto's press release announcing that the company has "conducted successful testing," and that the "data collected shows an impressive outcome and future for solid-state batteries"** | | ● | ● | ● | ● |
| 13. | 3/30/22 | **Michery's interview statements expressing that he is "excited" about Mullen Tech's "plan on announcing" an anticipated sale to a large potential client.** | | ● | ● | ● | ● |

2

8

| Statement No. | Date | Purported misstatement and/or omission (Public Company Statements are bolded) | No standing | Statement Accurate When Made | Puffery/Corporate Optimism | Forward-looking Statement/Bespeaks Caution | Adequate risk disclosures and/or cautionary language |
|---|---|---|---|---|---|---|---|
| | 4/06/22 | **Hindenburg Report Released** | | | | | |
| 14. | 4/18/22 | **Mullen Auto's press release announcing that it was "retrofitting its Monrovia, California to accommodate the production of EV battery packs".** | | ● | ● | ● | ● |

3

9