# EXHIBIT 6

548

 

ACCESSWIRE®

About    Products    Newsroom    Resources    Customer Reviews    Login    Contact Us

◁ Back to Newsroom

# Mullen Technologies Announces Further Test Results of Its Licensed Solid-State Polymer Battery Technology

Monday, August 10, 2020 8:00 AM

MULLĒN
Mullen Technologies, Inc.

Topic:    Company Update    Share this Article  in f 🐦    Ⓝ Visit Newsroom

*Independent Lab Provides Evidence that the Licensed Technology May Be Capable of Enabling Electric Vehicles to Travel in Excess of 600 Miles*

**BREA, CA / ACCESSWIRE / August 10, 2020** / Mullen Technologies, Inc. ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer and technology company, which previously announced a definitive agreement to merge with Net Element, Inc. (NASDAQ:NETE), in a stock-for-stock reverse merger in which Mullen's stockholders will receive a majority of the outstanding stock in the post-merger company, today announced results from the independent testing of its licensed solid-state polymer battery technology undertaken by EV Grid, Inc. (" EV Grid"), an independent lab based in San Dimas, California.

The results provided support that the Company's licensed battery technology may be capable of enabling an electric vehicle to travel 640 miles at a cruising speed of 55 mph on a flat surface, and 550 miles at a cruising speed of 75 mph, which could allow for significantly longer driving distances on a single charge than commercially available lithium batteries offer today.



The Company plans to use this technology in its 150 kWh battery pack in its MX-05 midsize SUV which is anticipated to be in production in 2022.

The Company licensed the battery technology through a partnership with BOAO Navigator Battery Holding, Ltd. Beijing, a R & D Solid State Battery Developer ("BOAO"). Further to the agreement with BOAO, Mullen holds the exclusive rights to utilize, sell or repack in any configuration, known or unknown, the Linghang BOAO solid state polymer BO360GN battery cell (the "Cell") in North America and to register patents on behalf of the Company and BOAO for the Cell in North America.

Previous testing results from tests conducted by BOAO indicated that the Cell suffered no degradation when operating from -40 degrees Celsius to 60 degrees Celsius. In addition, under extreme driving conditions the battery pack suffered less than 2% degradation over 10,000 charge/discharge cycles. Charging from empty to full takes approximately 35 minutes utilizing a fast charger.

"We believe our licensed solid-state battery technology should provide us with an advantage over many other companies in the EV space as it could have the ability to provide vehicle owners with significantly increased range from a single charge," said David Michery, Mullen's Chief Executive Officer. "We believe the launch of our MX-05 will change the way that owners think about EVs and their capabilities."

The Solid State battery pack is lighter than a typical lithium battery pack and while commercially offered lithium batteries require a cooling system, these solid-state batteries are naturally cooled, reducing additional energy usage and eliminating the requirement for an added cooling system. The technology is also safe and green, as it contains no combustible materials, unlike commercially available lithium batteries.

**About Mullen Technologies:**

Mullen Technologies is a Southern California-based licensed vehicle manufacturer that operates in various verticals of the businesses focusing in the automotive industry: Mullen Automotive, Mullen Energy, Mullen Auto Sales, Mullen Funding Corp., and CarHub. Each of these divisions provide Mullen with diversity of different products and services within the automotive industry. For more information, please visit: www.MullenUSA.com.

**Forward-Looking Statements**

This press release contains "forward-looking statements." Words such as "may," "should," "could," "would," "predicts," "potential," "continue," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," and similar expressions, as well as statements in future tense, often signify forward-looking statements. These forward-looking statements include, without limitation, statements relating the proposed production date of the MX-05 midsize and perceived advantages and future deployment of the solid-state polymer battery technology. These forward-looking statements are, by their nature, subject to significant risks and uncertainties.

Forward-looking statements should not be read as a guarantee of future performance or results and may not be accurate indications of when such performance or results will be achieved. Forward-looking statements are based on information that the Company has when those statements are made or management's good faith belief as of that time with respect to future events and are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in or suggested by the forward-looking statements,including any changes in the laws, rules and regulations relating to any aspects of the Company's business operations, general economic, market and business conditions, including capital market developments, the actions and developments of the Company's competitors and the effects of competition in the EV industry on the demand for, and price of, the Company's current and proposed products and services, various business opportunities that the Company, and factors beyond the Company's control. As a result of these and other risks, uncertainties and assumptions, forward-looking events and circumstances discussed herein might not occur in the way the Company expects, or at all. Accordingly, you should not place reliance on any forward-looking information or statements. The Company assumes no obligation to publicly update or revise its forward-looking statements as a result of new information, future events or otherwise. All forward-looking statements herein are qualified by reference to the cautionary statements set forth in this section.

**Contact:**

Mullen Technologies, Inc.
+1 (714) 613-1900
www.MullenUSA.com
marketing@mullenusa.com

**SOURCE:** Mullen Technologies, Inc.

Topic:  Company Update

◁ Back to Newsroom



Drop us a line:  888.952.4446    Email:  Sales   Editorial   Content licensing

🐦 f 📷

Email *

Join Newsletter

Copyright 2023 © ACCESSWIRE. All rights reserved. Privacy Policy | Terms of Service | Responsible Disclosure Guidelines | Status