# EXHIBIT 7

550

 MULLEN

Mullen Technologies to Begin Construction of Electric Vehicle Pilot Facility, Pre-Orders Accepted Starting Oct. 1 for its MX-05 Fully...                    SIGN IN ≡

 MULLEN

## Mullen Technologies to Begin Construction of Electric Vehicle Pilot Facility, Pre-Orders Accepted Starting Oct. 1 for its MX-05 Fully Electric SUV

Pilot facility, designed to assemble Mullen's MX-05 fully electric SUV, is scheduled for completion by April 2021

September 24, 2020 08:30 ET | Source: Mullen Technologies, Inc.

BREA, Calif., Sept. 24, 2020 (GLOBE NEWSWIRE) -- **via NetworkWire** – Mullen Technologies, Inc. ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer and technology company, which previously announced a definitive agreement to merge with Net Element, Inc. (NASDAQ:NETE), in a stock-for-stock reverse merger in which Mullen's stockholders will receive a majority of the outstanding stock in the post-merger company, today announces it will begin build-out of its pilot manufacturing facility and start taking pre-orders of its MX-05 fully electric SUV on Oct. 1, 2020.

Mullen Technologies' high voltage battery R&D center in Monrovia, California, begins its transformation into a state-of-the-art pilot facility for its line of fully electric SUVs on the first of October. The construction is slated for completion by April 2021 with the first MX-05 SUVs, each assembled in America by American workers, expected to be delivered to customers by the second quarter of 2022.

Mullen will begin taking pre-orders for the MX-05 model, at a base starting price of $55,000, on Oct. 1, 2020, through its website www.mullenusa.com or at any Mullen retail location in the U.S. Pre-orders continue as well for the Company's Dragonfly K50, a limited production super sports car being imported under Independent Commercial Importers ("ICIs").

The pilot facility will be used to assemble up to 1,000 MX-05 fully electric vehicles per year and subsequently for all other upcoming models such as the MX-07 and MX-03. The operation consists of general assembly, battery assembly, R&D facility and warehouse. Mullen expects to add up to 100 new employees to its manufacturing and logistics team in Monrovia, California.

"We are excited to begin the build-out of our pilot facility and pre-sales of our MX-05 SUV in October. We plan on completing the build-out by April 2021 and to begin assembly of certification prototypes by July 2021. These vehicles will be used for homologation which is expected to take 16 months and be completed by May of 2022, at which time we expect to begin delivering the first vehicles to the public," commented David Michery, chairman and CEO of Mullen Technologies Inc.

**About Mullen Technologies:**

Mullen Technologies is a Southern California-based licensed vehicle manufacturer that operates in various verticals of the businesses focusing in the automotive industry: Mullen Automotive, Mullen Energy, Mullen Auto Sales, Mullen Funding Corp., and CarHub. Each of these divisions provide Mullen with diversity of different products and services within the automotive industry. For more information, please visit: www.MullenUSA.com.

**Forward-Looking Statements**

This press release contains "forward-looking statements." Words such as "may," "should," "could," "would," "predicts," "potential," "continue," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," and similar expressions, as well as statements in future tense, often signify forward-looking statements. These forward-looking statements include, without limitation, statements relating to the proposed production date of the MX-05 midsize and perceived advantages and future deployment of the solid-state polymer battery technology. These forward-looking statements are, by their nature, subject to significant risks and uncertainties.

Forward-looking statements should not be read as a guarantee of future performance or results and may not be accurate indications of when such performance or results will be achieved. Forward-looking statements are based on information that the Company has when those statements are made or management's good faith belief as of that time with respect to future events and are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in or suggested by the forward-looking statements,including any changes in the laws, rules and regulations relating to any aspects of the Company's business operations, general economic, market and business conditions, including capital market developments, the actions and developments of the Company's competitors and the effects of competition in the EV industry on the demand for, and price of, the Company's current and proposed products and services, various business opportunities that the Company, and factors beyond the Company's control. As a result of these and other risks, uncertainties and assumptions, forward-looking events and circumstances discussed herein might not occur in the way the Company expects, or at all. Accordingly, you should not place reliance on any forward-looking information or statements. The Company assumes no obligation to publicly update or revise its forward-looking statements as a result of new information, future events or otherwise. All forward-looking statements herein are qualified by reference to the cautionary statements set forth in this section.

**Contact:**

Mullen Technologies, Inc.

+1 (714) 613-1900

www.MullenUSA.com

marketing@mullenusa.com

**SOURCE:** Mullen Technologies, Inc.

**Wire Service Contact:**
NetworkWire (NW)
New York, New York
www.NetworkWire.com
212.418.1217 Office
Editor@NetworkWire.com



**Mullen's fully electric SUV, the MX-05.**

"Pre-orders for Mullen's fully electric SUV MX-05 model, at a base starting price of $55,000, are av...



**Mullen Technologies' pilot manufacturing facility**

"Mullen Technologies' pilot facility will be used to assemble up to 1,000 MX-05 fully electric vehic...

 MULLEN

Mullen Technologies to Begin Construction of Electric Vehicle Pilot Facility, Pre-Orders Accepted Starting Oct. 1 for its MX-05 Fully...

SIGN IN ☰

## Recommended Reading

January 26, 2023 10:30 ET

Source:  Mullen Automotive, Inc.

**Mullen Announces Key Hires Across EV Programs**

BREA, Calif., Jan. 26, 2023 (GLOBE NEWSWIRE) — via InvestorWire -- Mullen Automotive, Inc. (NASDAQ: MULN) ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, announces...



January 25, 2023 14:30 ET

Source:  Mullen Automotive, Inc.

**Mullen Announces Result of Special Meeting of Shareholders**

BREA, Calif., Jan. 25, 2023 (GLOBE NEWSWIRE) — via InvestorWire — Mullen Automotive, Inc. (NASDAQ: MULN) ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, announces...



## Explore



**College of Charleston Strategic Investment Symposi...**

January 30, 2023 16:47 ET



**Éco Entreprises Québec réagit au bilan 2019-2021 d...**

January 30, 2023 16:45 ET

GlobeNewswire
by notified

**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:   in  🐦

**Newswire Distribution Network & Management**

· Home          · RSS Feeds

· Newsroom       · Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2023 GlobeNewswire, Inc. All Rights Reserved.