# EXHIBIT 8

553



ESG NEWS   COVID-19 NEWS   SERVICES⌄   CONTACT US   FRANÇAIS   SIGN IN   REGISTER

MULLEN

## Mullen Technologies is Now Accepting Pre-Orders for Its MX-05 Pure Electric All-Wheel Drive SUV

The Mullen MX-05 all electric SUV will debut in 2021

October 01, 2020 08:30 ET | Source: Mullen Technologies, Inc.

BREA, Calif., Oct. 01, 2020 (GLOBE NEWSWIRE) -- **via NetworkWire** – **Mullen Technologies Inc.** ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, which previously announced a definitive agreement to merge with **Net Element, Inc.** (NASDAQ: **NETE**) in a stock-for-stock reverse merger in which Mullen's stockholders will receive a majority of the outstanding stock in the post-merger company, announced today that the Company has begun to accept pre-orders for the Mullen MX-05 Pure Electric all-wheel drive Sports Utility Vehicle (SUV).

Mullen announced earlier this month that development of its pre-production facility in Monrovia, California, will begin today, October 1. This facility will be fully operational in mid-2021 and is scheduled to begin the pre-production process of the MX-05 in the third quarter 2021. First deliveries to the public should be in the second quarter 2022.

The five passenger MX-05 pure electric all-wheel drive SUV, featuring a range of 325 miles with a 0 to 60 mph time of 3.2 seconds, is designed to outperform vehicles in its class. In order to reserve the MX-05, simply make the $100 deposit and review the terms and conditions at https://mullenusa.com/mullen-mx-05/.

To learn more about the revolutionary Mullen MX-05 Pure Electric all-wheel drive SUV, visit: https://mullenusa.com/mullen-mx-05-2/.

According to ResearchAndMarket.com, the global EV market in 2019 was $162.3 billion and is on pace to reach $716.8 billion by 2027. The EV market is driven by favorable government policies and subsidies, calls to reduce vehicle emissions, consumer demand and other factors.

**About Mullen Technologies:**

Mullen Technologies is a Southern California-based licensed vehicle manufacturer that operates in various verticals of the businesses, focusing in the automotive industry: Mullen Automotive, Mullen Energy, Mullen Auto Sales, Mullen Funding Corp. and CarHub. Each of these divisions provide Mullen with diversity of different products and services within the automotive industry. For more information, please visit: www.MullenUSA.com.

**Forward-Looking Statements**

This press release contains "forward-looking statements." Words such as "may," "should," "could," "would," "predicts," "potential," "continue," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," and similar expressions, as well as statements in future tense, often signify forward-looking statements. These forward-looking statements include, without limitation, statements relating to the proposed production date of the MX-05 midsize and perceived advantages and future deployment of the solid-state polymer battery technology. These forward-looking statements are, by their nature, subject to significant risks and uncertainties.

Forward-looking statements should not be read as a guarantee of future performance or results and may not be accurate indications of when such performance or results will be achieved. Forward-looking statements are based on information that the Company has when those statements are made or management's good faith belief as of that time with respect to future events and are subject to risks and uncertainties that could cause actual performance or results to differ materially from those expressed in or suggested by the forward-looking statements, including any changes in the laws, rules and regulations relating to any aspects of the Company's business operations, general economic, market and business conditions, including capital market developments, the actions and developments of the Company's competitors and the effects of competition in the EV industry on the demand for, and price of, the Company's current and proposed products and services, various business opportunities that the Company, and factors beyond the Company's control. As a result of these and other risks, uncertainties and assumptions, forward-looking events and circumstances discussed herein might not occur in the way the Company expects, or at all. Accordingly, you should not place reliance on any forward-looking information or statements. The Company assumes no obligation to publicly update or revise its forward-looking statements as a result of new information, future events or otherwise. All forward-looking statements herein are qualified by reference to the cautionary statements set forth in this section.

**Contact:**

Mullen Technologies, Inc.

+1 (714) 613-1900

www.MullenUSA.com

marketing@mullenusa.com

**Corporate Communications:**

InvestorBrandNetwork (IBN)

Los Angeles, California

www.InvestorBrandNetwork.com

310.299.1717 Office

Editor@InvestorBrandNetwork.com

**SOURCE:** Mullen Technologies, Inc



**Mullen MX-05**

"The revolutionary Mullen MX-05 pure electric all-wheel drive Sports Utility Vehicle."



**Mullen MX-05 Reservations**

"Reservations for the Mullen MX-05 SUV are now being accepted."

**Tags**

electric vehicles    EV market    energy conservation    California EV market    vehicle emissions

## Recommended Reading

554

 
ESG NEWS     COVID-19 NEWS     SERVICES ▾     CONTACT US     FRANÇAIS     **SIGN IN**     REGISTER

**Programs**

BREA, Calif., Jan. 26, 2023 (GLOBE NEWSWIRE) -- via InvestorWire -- Mullen Automotive, Inc. (NASDAQ: MULN) ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, announces...



**Meeting of Shareholders**

BREA, Calif., Jan. 25, 2023 (GLOBE NEWSWIRE) -- via InvestorWire -- Mullen Automotive, Inc. (NASDAQ: MULN) ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, announces...

## Explore



**College of Charleston Strategic Investment Symposi...**

**Éco Entreprises Québec réagit au bilan 2019-2021 d...**

GlobeNewswire
by notified

**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:   in  🐦

**Newswire Distribution Network & Management**

· Home                    · RSS Feeds
· Newsroom              · Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2023 GlobeNewswire, Inc. All Rights Reserved.

 GlobeNewswire
by notified

ESG NEWS     COVID-19 NEWS     SERVICES ▾     CONTACT US     FRANÇAIS     **SIGN IN**     REGISTER

**Programs**

BREA, Calif., Jan. 26, 2023 (GLOBE NEWSWIRE) -- via InvestorWire -- Mullen Automotive, Inc. (NASDAQ: MULN) ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, announces...

**Meeting of Shareholders**

BREA, Calif., Jan. 25, 2023 (GLOBE NEWSWIRE) -- via InvestorWire -- Mullen Automotive, Inc. (NASDAQ: MULN) ("Mullen" or the "Company"), an emerging electric vehicle ("EV") manufacturer, announces...