# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' CORRECTED REQUEST FOR JUDICIAL NOTICE** |
| | Honorable Dolly M. Gee |
| | Date: April 14, 2023<br>Time: 9:30 a.m.<br>Courtroom No.: 8C |
| | Consolidated Amended Class Action Complaint Filed: September 23, 2022 |

Having considered Defendants' Corrected Request for Judicial Notice in Support of Defendants' Motion to Dismiss Plaintiff's Consolidated Amended Class Action Complaint (the "Request") and all pleadings, papers, arguments of counsel, and other matters presented to this Court, and good cause appearing, it is **HEREBY ORDERED** that Defendants' Request is **GRANTED**.

The Court takes judicial notice of Exhibits 2-19 to the Declaration of Ross E. Linzer.  Exhibits 2, 3, and 17 through 19 are true and correct copies of public documents filed with the U.S. Securities and Exchange Commission ("SEC"), of which the Court can properly take judicial notice.  *See Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008); *Kramer v. Time Warner*, 937 F.2d 767, 774 (2d Cir. 1991); *Azar v. Yelp, Inc.*, 2018 WL 6182756, at *4 (N.D. Cal. Nov. 27, 2018).

Exhibits 4 through 16 are Defendants Mullen Automotive, Inc.'s (or its predecessor, Net Element Inc.'s) and Mullen Technologies, Inc.'s publicly filed press releases, which Plaintiff relies on in her Amended Complaint.  These publicly available press releases are proper subjects of judicial notice.  *See United States v. Shamir USA, Inc.*, 2020 WL 6152466, at *3 (C.D. Cal. Aug. 7, 2020); *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018).

**IT IS SO ORDERED.**

DATED: _____          _____

                                        The Honorable Dolly M. Gee
                                        UNITED STATES DISTRICT JUDGE