Joseph N. Akrotirianakis (Bar No. 197971)
 jakro@kslaw.com
Jenny Pelaez (Bar No. 326765)
 jpelaez@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:   (213) 443-4355
Facsimile:   (213) 443-4310

Brian P. Miller (admitted *pro hac vice*)
 bmiller@kslaw.com
Samantha J. Kavanaugh (admitted *pro hac vice*)
 skavanaugh@kslaw.com
Ross E. Linzer (admitted *pro hac vice*)
 rlinzer@kslaw.com
KING & SPALDING LLP
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 4700
Miami, Florida, 33131
Telephone:   (305) 462-6000
Facsimile:   (305) 462-6100

Attorneys for Defendants
MULLEN AUTOMOTIVE INC.,
MULLEN TECHNOLOGIES, INC. AND DAVID MICHERY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR **DEFENDANTS' REQUEST FOR LEAVE TO FILE NOTICE OF RECENT DECISION** [Filed concurrently with [Proposed] Order] Honorable Dolly M. Gee Date: April 14, 2023 Time: 9:30 a.m. Courtroom No.: 8C Consolidated Am. Class Action Complaint Filed: September 23, 2022 |

Defendants seek leave of the Court to file the notice of recent decisions attached hereto as **Exhibit A**. The two opinions attached as **Exhibit A** are *In re CarLotz, Inc. Securities Litig.*, 21-CV-5906 (RA), 2023 WL 2744064 (S.D.N.Y. Mar. 31, 2023), and *In re: Alibaba Group Holding Ltd. Securities Litig.*, 20 CIV. 9568 (GBD), 2023 WL 2601472 (S.D.N.Y. Mar. 22, 2023). Both opinions, issued in March 2023, analyze standing under Exchange Act Section 10(b) and the recent decision, *Menora Mivtachim Insurance Ltd. v. Frutarom Industries Ltd.*, 54 F.4th 82 (2d Cir. 2022), a key issue Defendants raised in their pending motion to dismiss (Dkt No. 52) and Plaintiff's opposition thereto (Dkt No. 56). Defendants' counsel has conferred with counsel for Plaintiff and is informed that Plaintiff does not oppose Defendants' request for leave to file this Notice of Recent Decisions.

Dated: April 5, 2023                    **KING & SPALDING LLP**

                                        By: */s/Jenny Pelaez*
                                        JOSEPH N. AKROTIRIANAKIS
                                        JENNY PELAEZ
                                        BRIAN P. MILLER
                                        SAMANTHA J. KAVANAUGH
                                        ROSS E. LINZER

                                        Attorneys for Defendants
                                        MULLEN AUTOMOTIVE INC.,
                                        MULLEN TECHNOLOGIES, INC. AND
                                        DAVID MICHERY