# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE NOTICE OF RECENT DECISIONS** |
| | Honorable Dolly M. Gee |
| | Date: April 14, 2023<br>Time: 9:30 a.m.<br>Courtroom No.: 8C |
| | Consolidated Amended Class Action Complaint Filed: September 23, 2022 |

Having considered Defendants' Request for Leave to File Notice of Recent Decisions dated April 5, 2023, the Request is **GRANTED**, and the Notice of Recent Decisions attached as **Exhibit A** to the Request is deemed filed.

**IT IS SO ORDERED.**


DATED: _____          _____

The Honorable Dolly M. Gee
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO FILE NOTICE OF RECENT DECISIONS