# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. CV 22-3026-DMG (AGRx) |
| | **ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO FILE NOTICE OF RECENT DECISIONS [65]** |

Having considered Defendants' unopposed Request for Leave to File Notice of Recent Decisions dated April 5, 2023, the Request is **GRANTED**, and the Notice of Recent Decisions attached as **Exhibit A** to the Request is deemed filed.

IT IS SO ORDERED.

DATED:  April 7, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-