Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Charles Linehan (SBN 307439)
  clinehan@glancylaw.com
Garth Spencer (SBN 335424)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff Mejgan Mirbaz*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR<br><br>Honorable Dolly M. Gee<br><br>**PLAINTIFF'S NOTICE OF INTENT NOT TO AMEND THE COMPLAINT IN RESPONSE TO MOTION TO DISMISS ORDER** |

    Lead Plaintiff Mejgan Mirbaz hereby notifies the Court that she does not intend to amend the Consolidated Amended Class Action Complaint For Violations Of The Federal Securities Laws (Dkt No. 42) in response to the Court's Order Granting In Part And Denying In Part Motion To Dismiss (Dkt No. 68). Therefore, Lead Plaintiff respectfully requests that a Scheduling Conference be set at the Court's earliest convenience.

Case 2:22-cv-03026-DMG-AGR   Document 69   Filed 10/02/23   Page 2 of 3   Page ID #:1978

| | |
|---|---|
| Dated: October 2, 2023 | **GLANCY PRONGAY & MURRAY LLP**<br><br>By: *s/ Garth Spencer*<br>Robert V. Prongay (SBN 270796)<br>  *rprongay@glancylaw.com*<br>Charles Linehan (SBN 307439)<br>  *clinehan@glancylaw.com*<br>Garth Spencer (SBN 335424)<br>  *gspencer@glancylaw.com*<br>GLANCY PRONGAY & MURRAY LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br><br>*Lead Counsel for Lead Plaintiff Mejgan Mirbaz* |

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On October 2, 2023, I served true and correct copies of the foregoing document by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 2, 2023, at Wilmington, North Carolina.

                                                *s/ Garth Spencer*
                                                Garth Spencer