Name, Address and Telephone Number of Attorney(s):

Garth Spencer, Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angles, CA 90067
310-201-9150

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION<br><br>v.<br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:22-cv-03026-DMG-AGR<br><br>**REQUEST:**<br>**ADR PROCEDURE SELECTION** |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☑ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: November 17, 2023    */s/ Garth Spencer*

Attorney for Plaintiff  Mejgan Mirbaz

Dated: _____

Attorney for Plaintiff

Dated: November 17, 2023    */s/ Brian P. Miller*

Attorney for Defendant  Mullen Automotive, Inc.; Mullen Technologies, Inc.; and David Michery

Dated: _____

Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (04/18)    REQUEST: ADR PROCEDURE SELECTION    Page 1 of 1

## **ATTESTATION**

     I, Garth Spencer, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 17, 2023         *s/ Garth Spencer*
                                                 Garth Spencer

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

     I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On November 17, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

     I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 17, 2023, at Wilmington, North Carolina.

                                                 *s/ Garth Spencer*
                                                 Garth Spencer