Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Charles Linehan (SBN 307439)
  clinehan@glancylaw.com
Garth Spencer (SBN 335424)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff Mejgan Mirbaz*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR <br> Honorable Dolly M. Gee <br> **JOINT NOTICE OF SETTLEMENT** |
|---|---|

Lead Plaintiff Mejgan Mirbaz ("Lead Plaintiff") and Defendants Mullen Automotive Inc., Mullen Technologies, Inc., and David Michery (collectively, "Defendants," and together with Lead Plaintiff, the "Parties") by and through their undersigned counsel, hereby jointly inform the Court that on May 16, 2024, the Parties reached an agreement in principle to settle all claims, subject to, among other terms, definitive documentation and the Court's approval. The Parties are proceeding to document the settlement and Lead Plaintiff anticipates filing a motion for preliminary approval of the settlement within approximately 45 days from May 16 (*i.e.*, by July 1, 2024). Accordingly, the Parties respectfully request that, pending Lead Plaintiff's submission of the preliminary approval motion, the Court suspend all deadlines and further proceedings in this action. If the Parties cannot meet the July 1, 2024, deadline, the Parties will jointly provide the Court with an update at that time.

GLANCY PRONGAY & MURRAY LLP

By: */s/ Garth Spencer*
    Robert V. Prongay
    Charles Linehan
    Garth Spencer

*Lead Counsel for Lead Plaintiff Mejgan Mirbaz*

KING & SPALDING LLP

By: */s/ Samantha J. Kavanaugh*
    Brian P. Miller
    Samantha J. Kavanaugh
    Joseph N. Akrotirianakis
    Jenny Pelaez

*Attorneys for Defendants Mullen Automotive Inc., Mullen Technologies, Inc. and David Michery*

# **ATTESTATION**

I, Garth Spencer, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 21, 2024              */s/ Garth Spencer*
                                  Garth Spencer