Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Charles Linehan (SBN 307439)
  clinehan@glancylaw.com
Garth Spencer (SBN 335424)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff Mejgan Mirbaz*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR<br><br>Honorable Dolly M. Gee<br><br>**LEAD PLAINTIFF'S NOTICE AND UNOPPOSED MOTION TO INCREASE WORD LIMIT FOR PRELIMINARY SETTLEMENT APPROVAL MOTION**<br><br>Hearing Date: June 28, 2024<br>Time: 9:30 a.m.<br>Location: 350 West 1st Street<br>Courtroom: 8C |

PLEASE TAKE NOTICE that on June 28, 2024 at 9:30 a.m., or as soon thereafter as the Parties may be heard in the courtroom of the Honorable Dolly M. Gee, courtroom 8C, located at the United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Lead Plaintiff Mejgan Mirbaz ("Lead Plaintiff") will, and hereby does, move the Court for the entry of an order permitting her to file a brief in support of her anticipated motion for preliminary settlement approval, not to exceed 8,400 words and 25 pages.

Local Rule 11-6.1 provides that "[e]xcept as otherwise provided in this rule or ordered by a judge, no memorandum of points and authorities . . . may exceed 7,000 words." The current version of the Court's Standing Order[1] provides that "[m]emoranda of points and authorities shall not exceed 7,000 words and 25 pages," and "[o]nly in rare instances and for good cause shown will the Court grant an application to extend these page limitations."

Lead Plaintiff respectfully submits that good cause exists to increase the word limit for her forthcoming motion in support of preliminary settlement approval to 8,400 words, while remaining within the 25-page limit. Lead Plaintiff's preliminary approval motion will address several topics, including: (i) the history of this litigation; (ii) the factors in Fed. R. Civ. P. 23(e)(2) and related case law, to show that the Settlement is fair, reasonable and adequate; (iii) the factors in Fed. R. Civ. P. 23(a)-(b) relating to certification of the Settlement Class; (iv) the form and method of notice to the Settlement Class; and (v) Lead Plaintiff's proposed schedule of Settlement-related events including the filing and hearing of her planned motion for final approval of the Settlement. Therefore, due to the multiple issues and factors to be discussed, Lead Plaintiff respectfully requests an extension of the 7,000 word limit to 8,400, to allow space to sufficiently address all of the foregoing subjects.

---

[1] https://www.cacd.uscourts.gov/sites/default/files/documents/DMG/AD/Initial%20Standing%20Order-DMG.032724.pdf (last visited May 24, 2024)

Lead Counsel conferred with Defendants' counsel with respect to this motion. Defendants' counsel has authorized Lead Counsel to represent that Defendants do not oppose this motion. As this motion is unopposed, Lead Plaintiff respectfully requests that the Court consider this motion on the papers at this time.

Dated: May 30, 2024          **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Garth Spencer*
Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Garth Spencer (SBN 335424)
  *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff Mejgan Mirbaz*

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Lead Plaintiff Mejgan Mirbaz, certifies that this brief contains 373 words, which complies with the word limit of L.R. 11-6.1.

DATED: May 30, 2024              *s/ Garth Spencer*
                                 Garth Spencer

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On May 30, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 30, 2024.

*s/ Garth Spencer*
Garth Spencer