Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Charles Linehan (SBN 307439)
  clinehan@glancylaw.com
Garth Spencer (SBN 335424)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff Mejgan Mirbaz*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR<br><br>Honorable Dolly M. Gee<br><br>**SECOND JOINT STATUS REPORT REGARDING SETTLEMENT** |

Lead Plaintiff Mejgan Mirbaz ("Lead Plaintiff") and Defendants Mullen Automotive Inc., Mullen Technologies, Inc., and David Michery (collectively, "Defendants," and together with Lead Plaintiff, the "Parties") by and through their undersigned counsel, hereby jointly write to update the Court concerning their agreement in principle to settle the action as described in their Joint Notice of Settlement filed May 21, 2024 (ECF No. 82) and in their first Joint Status Report Regarding Settlement filed July 1, 2024 (ECF No. 86), pursuant to the Court's minute order dated July 10, 2024 (ECF No. 87).

The Parties have made further substantial progress documenting the settlement, and believe they are close to executing a definitive agreement. Lead Plaintiff currently anticipates filing a motion for preliminary approval of the settlement by August 30, 2024. If a motion for preliminary approval has not been filed by that time, the Parties will file a joint status report updating the Court on the status of the settlement.

Dated: August 1, 2024

| GLANCY PRONGAY & MURRAY LLP | KING & SPALDING LLP |
|---|---|
| By: */s/ Garth Spencer* <br>    Robert V. Prongay <br>    Charles Linehan <br>    Garth Spencer <br><br> *Lead Counsel for Lead Plaintiff Mejgan Mirbaz* | By: */s/ Brian P. Miller* <br>    Brian P. Miller <br>    Samantha J. Kavanaugh <br>    Joseph N. Akrotirianakis <br>    Jenny Pelaez <br><br> *Attorneys for Defendants Mullen Automotive Inc., Mullen Technologies, Inc. and David Michery* |

## **ATTESTATION**

I, Garth Spencer, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 1, 2024           */s/ Garth Spencer*
                                Garth Spencer