# Exhibit 3

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-Q

☒ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended June 30, 2024

or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to ___

Commission file number: 001-34887

## MULLEN AUTOMOTIVE INC.
(Exact name of registrant as specified in its charter)

| **Delaware** | **86-3289406** |
|:---:|:---:|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1405 Pioneer Street**
**Brea, California 92821**
(Address of principal executive offices)

Registrant's telephone number, including area code: (714) 613-1900

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading symbol(s)** | **Name of each exchange on which registered** |
|:---:|:---:|:---:|
| Common Stock, par value $0.001 | MULN | The Nasdaq Stock Market, LLC (Nasdaq Capital Market) |
| Rights to Purchase Series A-1 Junior Participating Preferred Stock | None | The Nasdaq Stock Market, LLC (Nasdaq Capital Market) |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ YES   ☐ NO

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒ YES ☐ NO

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐                                        Accelerated filer ☐
Non-accelerated filer ☒                                          Smaller reporting company ☒

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). ☐ YES ☒ NO

As of August 9, 2024, a total of  40,141,186 shares of the Registrant's common stock, par value $0.001 per share, were issued and outstanding.

**TABLE OF CONTENTS**

|  |  |  | Page |
|---|---|---|---|
| **PART I.** | **FINANCIAL INFORMATION** | | |
| Item 1. | Financial Statements: | | 3 |
| | Consolidated Balance Sheets as of June 30, 2024 (unaudited) and September 30, 2023 | | 3 |
| | Consolidated Statements of Operations and Comprehensive Loss for the three and nine months ended June 30, 2024 and 2023 (unaudited) | | 4 |
| | Consolidated Statements of Stockholders Equity for the three and nine months ended June 30, 2024 and 2023 (unaudited) | | 5 |
| | Consolidated Statements of Cash Flows for the nine months ended June 30, 2024 and 2023 (unaudited) | | 7 |
| | Notes to Unaudited Consolidated Financial Statements | | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | | 50 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | | 60 |
| Item 4. | Controls and Procedures | | 61 |
| **PART II.** | **OTHER INFORMATION** | | |
| Item 1. | Legal Proceedings | | 62 |
| Item 1A. | Risk Factors | | 62 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | | 64 |
| Item 3. | Defaults Upon Senior Securities | | 64 |
| Item 4. | Mine Safety Disclosures | | 64 |
| Item 5. | Other Information | | 65 |
| Item 6. | Exhibits | | 66 |
| **SIGNATURES** | | | 67 |

2

**PART I. FINANCIAL INFORMATION**
**Item 1. Financial Statements**

**MULLEN AUTOMOTIVE INC.**
**CONSOLIDATED BALANCE SHEETS**
(unaudited)

| | June 30, 2024 | September 30, 2023 |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $ 3,549,367 | $ 155,267,098 |
| Restricted cash | 414,536 | 429,372 |
| Inventory | 37,834,884 | 16,807,013 |
| Prepaid expenses and prepaid inventories | 25,759,754 | 24,955,223 |
| Accounts receivable | — | 671,750 |
| **TOTAL CURRENT ASSETS** | **67,558,541** | **198,130,456** |
| | | |
| Property, plant, and equipment, net | 83,254,664 | 82,032,785 |
| Intangible assets, net | 27,939,106 | 104,235,249 |
| Right-of-use assets | 11,787,983 | 5,249,417 |
| Related party receivable | — | 2,250,489 |
| Goodwill, net | — | 28,846,832 |
| Other noncurrent assets | 1,789,472 | 960,502 |
| **TOTAL ASSETS** | **$ 192,329,766** | **$ 421,705,730** |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **CURRENT LIABILITIES** | | |
| Accounts payable | $ 29,247,841 | $ 13,175,504 |
| Accrued expenses and other current liabilities | 43,378,664 | 41,610,788 |
| Warrant liabilities | 25,778,961 | — |
| Series E Preferred Stock (76,950 authorized, 76,923 shares issued and outstanding with redemption value of $41 per share) | 8,605,241 | — |
| ELOC commitment fee liability | 6,000,000 | — |
| Derivative liabilities | 3,751,217 | 64,863,309 |
| Liability to issue shares | 4,416,255 | 9,935,950 |
| Lease liabilities, current portion | 2,226,906 | 2,134,494 |
| Notes payable, current portion | 2,732,390 | 7,461,492 |
| Refundable deposits | 421,772 | 429,372 |
| **TOTAL CURRENT LIABILITIES** | **126,559,247** | **139,610,909** |
| Liability to issue shares, net of current portion | 437,358 | 1,827,889 |
| Lease liabilities, net of current portion | 12,338,011 | 3,566,922 |
| Deferred tax liability | — | 3,891,900 |
| **TOTAL LIABILITIES** | **$ 139,334,616** | **$ 148,897,620** |
| Contingencies and claims (Note 19) | | |
| | | |
| **STOCKHOLDERS' EQUITY** | | |
| Preferred stock; $0.001 par value; 126,263,156 preferred shares authorized; | | |
| Preferred Series D; 84,572,538 shares authorized; 363,097 and 363,097 shares issued and outstanding at June 30, 2024 and September 30, 2023, respectively (preference in liquidation of $159,000 and $159,000 at June 30, 2024 and September 30, 2023, respectively) | 363 | 363 |
| Preferred Series C; 24,874,079 shares authorized; 458 and 1,211,757 shares issued and outstanding at June 30, 2024 and September 30, 2023, respectively (preference in liquidation of $4,049 and $10,696,895 at June 30, 2024 and September 30, 2023, respectively) | — | 1,212 |
| Preferred Series A; 83,859 shares authorized; 648 and 648 shares issued and outstanding at June 30, 2024 and September 30, 2023, respectively (preference in liquidation of $836 and $836 at June 30, 2024 and September 30, 2023, respectively) | 1 | 1 |

| | | |
|---|---:|---:|
| Common stock; $0.001 par value; 5,000,000,000 and 5,000,000,000 shares authorized at June 30, 2024 and September 30, 2023, respectively; 16,058,994 and 2,871,707 shares issued and outstanding at June 30, 2024 and September 30, 2023 respectively (*) | 16,059 | 2,872 |
| Additional paid-in capital (*) | 2,178,269,431 | 2,071,110,126 |
| Accumulated deficit | (2,143,349,712) | (1,862,162,037) |
| **TOTAL STOCKHOLDERS' EQUITY ATTRIBUTABLE TO THE COMPANY'S STOCKHOLDERS** | **34,936,142** | **208,952,537** |
| Noncontrolling interest | 18,059,008 | 63,855,573 |
| **TOTAL STOCKHOLDERS' EQUITY** | **52,995,150** | **272,808,110** |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | **$ 192,329,766** | **$ 421,705,730** |

(*) Adjusted retroactively for reverse stock splits, see *Note 1 - Description of Business and Basis of Presentation*

See accompanying notes to these unaudited consolidated financial statements.

3

**MULLEN AUTOMOTIVE INC.**
**CONSOLIDATED STATEMENTS OF OPERATIONS**
(unaudited)

| | Three months ended June 30, | | Nine months ended June 30, | |
|---|---|---|---|---|
| | 2024 | 2023 | 2024 | 2023 |
| **Revenue** | | | | |
| Vehicle sales | $ 65,235 | $ 308,000 | $ 98,570 | $ 308,000 |
| | | | | |
| **Costs and expenses applicable to sales and revenues** | | | | |
| Cost of goods sold | 26,222 | 248,669 | $ 34,962 | 248,669 |
| Other inventory costs and expenses | 9,786 | — | 14,486 | — |
| Total cost of goods sold and other inventory expenses | 36,008 | 248,669 | 49,448 | 248,669 |
| **Gross profit / (loss)** | **29,227** | **59,331** | **49,122** | **59,331** |
| | | | | |
| **Operating expenses:** | | | | |
| General and administrative | $ 47,477,377 | $ 31,777,812 | $ 138,615,121 | $ 144,186,161 |
| Research and development | 14,292,744 | 22,088,011 | 54,486,237 | 51,188,991 |
| Impairment of goodwill | — | — | 28,846,832 | — |
| Impairment of right-of-use assets | 30,060 | — | 3,197,668 | — |
| Impairment of intangible assets | — | — | 73,447,067 | — |
| **Loss from operations** | **(61,770,954)** | **(53,806,492)** | **(298,543,803)** | **(195,315,821)** |
| | | | | |
| **Other income (expense):** | | | | |
| Other financing costs - initial recognition of derivative liabilities | (4,261,718) | (248,413,090) | (4,261,718) | (504,373,115) |
| Other financing costs - ELOC commitment fee | (6,000,000) | — | (6,000,000) | — |
| Other financing costs - initial recognition of warrants | (13,652,762) | — | (13,652,762) | — |
| Gain/(loss) on derivative liability revaluation | 2,218,148 | (241,168) | (888,075) | (89,462,559) |
| Gain/(loss) on other warrants revaluation | 82,938 | — | 82,938 | — |
| Gain/(loss) on extinguishment of debt | (690,346) | 206,081 | (655,721) | (6,246,089) |
| Loss on financing | — | (8,934,892) | — | (8,934,892) |
| Gain/(loss) on disposal of fixed assets | (103,973) | 1,346 | (477,838) | 386,377 |
| Interest expense | (8,277,802) | (608,332) | (8,795,525) | (5,414,185) |
| Other income, net | 829,056 | 826,378 | 2,318,164 | 2,044,258 |
| Total other income (expense) | (29,856,459) | (257,163,677) | (32,330,537) | (612,000,205) |
| **Net loss before income tax benefit** | **$(91,627,413)** | **$(310,970,169)** | **$(330,874,340)** | **$(807,316,026)** |
| | | | | |
| Income tax benefit/ (provision) | (1,200) | (456,191) | 3,890,100 | 520,385 |
| **Net loss** | **(91,628,613)** | **(311,426,360)** | **(326,984,240)** | **(806,795,641)** |
| | | | | |
| Net loss attributable to noncontrolling interest | (4,267,796) | (2,568,126) | (45,796,565) | (6,748,302) |
| **Net loss attributable to stockholders** | **$(87,360,817)** | **$(308,858,234)** | **$(281,187,675)** | **$(800,047,339)** |
| | | | | |
| Waived/(accrued) accumulated preferred dividends and other capital transactions with Preferred stock owners | (8,627,095) | (13,125) | (8,670,441) | 7,387,811 |
| | | | | |
| **Net loss attributable to common stockholders after preferred dividends and other capital transactions with Preferred stock owners** | **$(95,987,912)** | **$(308,871,359)** | **$(289,858,116)** | **$(792,659,528)** |
| | | | | |
| Net Loss per Share (*) | $ (7.91) | $ (1,114.23) | $ (37.92) | $ (5,544.35) |
| | | | | |
| Weighted average shares outstanding, basic and diluted (*) | 12,134,899 | 277,205 | 7,644,049 | 142,967 |

(*) Adjusted retroactively for reverse stock splits, see *Note 1 - Description of Business and Basis of Presentation*

See accompanying notes to these unaudited consolidated financial statements.

4

Table of Contents

**MULLEN AUTOMOTIVE INC.**
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 2 – LIQUIDITY, CAPITAL RESOURCES, AND GOING CONCERN**

These consolidated financial statements have been prepared on the basis that assumes the Company will continue as a going concern which contemplates the realization of assets and satisfaction of liabilities and commitments in the ordinary course of business.

During the nine months ended June 30, 2024, the COVID-19 pandemic did not have a material impact on our operating results. The Company has not observed any impairments of its assets or a significant change in the fair value of its assets due to the COVID-19 pandemic. At this time, it is not possible for the Company to predict the duration or magnitude of the adverse results of the outbreak and its effects on the Company's business or results of operations, financial condition, or liquidity.

The Company evaluated whether there are any conditions and events, considered in the aggregate, that raise substantial doubt about its ability to continue as a going concern over the next twelve months from the date of filing this report. The Company's principal source of liquidity consists of existing cash and restricted cash of approximately $4.0 million as of June 30, 2024. During the nine months ended June 30, 2024, the Company used approximately $145.2 million of cash for operating activities. The net working capital deficit on June 30, 2024 amounted to approximately $59.0 million, or $10.4 million after excluding derivative and warrant liabilities, Series E Preferred Stock liability, ELOC commitment fees, and liabilities to issue stock that may be settled by issuing common stock, rather than cash. For the nine months ended June 30, 2024, the Company incurred a net loss of $327.0 million and, and as of June 30, 2024, our accumulated deficit was $2,143.3 million. There is substantial doubt about the Company's ability to continue as a going concern because the cash on hand is insufficient to meet its working capital and capital expenditure requirements for a period of at least twelve months from the date of the filing of this Form 10-Q.

If the Company does not secure adequate funding to fulfill its current liabilities, it anticipates seeking bankruptcy protection in various jurisdictions within 30 days of publishing these financial statements. The Company is actively pursuing additional funds. However, there is no guarantee that the Company will be able to restructure its debts and/or secure the necessary financing on favorable terms.

**NOTE 3 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

Significant accounting policies are defined as those that reflect significant judgments and uncertainties, and potentially result in materially different results under different assumptions and conditions. See our 2023 Annual Report for a detailed discussion of our significant accounting policies.

*Use of Estimates*

The preparation of our financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities at the dates of the consolidated financial statements and the reported amounts of total expenses in the reporting periods. Estimates are used for, but not limited to, cash flow projections and discount rates for the calculation of goodwill impairment, fair value, and impairment of long-lived assets, including intangible assets, inventory reserves, accrued expenses, fair value of financial instruments, depreciable lives of property and equipment, income taxes, contingencies, valuation of preferred stock and warrants. Additionally, the rates of interest on several debt agreements have been imputed where there was no stated interest rate within the original agreement. Management bases its estimates on historical experience and on various other assumptions believed to be reasonable, the results of which form the basis for carrying values of assets and liabilities and the recording of costs and expenses that are not readily apparent from other sources. The actual results may differ materially from these estimates.

10