UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| Case No. | LA CV 22-03026-DMG (AGRx) | Date | September 13, 2024 |
|---|---|---|---|

| Title | *In re Mullen Automotive Inc Securities Litigation* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable    DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| Kelly Davis | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Garth Spencer | Brian Miller |
| Casey Sadler | Jenny Pelaez |

**Proceedings:** Motion for Settlement Approval of Preliminary Approval of Class Action Settlement filed by Lead Plaintiff Mejgan Mirbaz [89]

The cause is called and counsel state their appearance. The Court confers with counsel regarding the Motion for Settlement Approval of Preliminary Approval of Class Action Settlement filed by Lead Plaintiff Mejgan Mirbaz [89]. The Court grants the Motion. The Final Approval hearing is set for April 4, 2025, at 10:00 a.m. A written order will issue.

0:17

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KD |
|---|---|---|