Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Casey Sadler (SBN 274241)
  *csadler@glancylaw.com*
Garth Spencer (SBN 335424)
  *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff Mejgan Mirbaz*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR<br><br>Honorable Dolly M. Gee<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Hearing Date: January 3, 2024<br>Time:          9:30 a.m.<br>Location:     350 West 1st Street<br>Courtroom:   8C |

NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on January 3, 2025 at 9:30 a.m., or as soon thereafter as the Parties may be heard by the Honorable Dolly M. Gee courtroom 8C, located at the United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Court-appointed lead plaintiff Mejgan Mirbaz ("Lead Plaintiff") will, and hereby does, move the Court (the "Motion") for the entry of an order enforcing the Stipulation and Agreement of Settlement dated August 14, 2024 (the "Settlement Agreement"; ECF No. 91-1), and requiring all unpaid portions of the Settlement Amount[1] to be paid into the Escrow Account no later than two business days after entry of a Court order granting the Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 22, 2024.

Dated: November 22, 2024      **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Garth Spencer*
Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Casey Sadler (SBN 274241)
  *csadler@glancylaw.com*
Garth Spencer (SBN 335424)
  *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff*
*Mejgan Mirbaz*

---

[1] Unless otherwise defined, all capitalized terms used but not defined herein have the same meanings as in the Settlement Agreement.

## <u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On November 22, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 22, 2024, at Wilmington, North Carolina.

*/s/ Garth Spencer*
Garth Spencer