Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Casey Sadler (SBN 274241)
  *csadler@glancylaw.com*
Garth Spencer (SBN 335424)
  *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff Mejgan Mirbaz*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR<br><br>Honorable Dolly M. Gee<br><br>**DECLARATION OF GARTH SPENCER IN SUPPORT OF LEAD PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br><br>Hearing Date: January 3, 2024<br>Time:        9:30 a.m.<br>Location:   350 West 1st Street<br>Courtroom: 8C |

DECLARATION OF GARTH SPENCER ISO MOTION TO ENFORCE SETTLEMENT

I, Garth Spencer, hereby declare as follows:

1.      I am an attorney duly licensed to practice law before all of the courts of the State of California, and I am admitted to practice in the United States District Court for the Central District of California. I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel of record for lead plaintiff Mejgan Mirbaz ("Lead Plaintiff") in the above-entitled action.[1] I make this Declaration in support of Lead Plaintiff's Motion to Enforce Settlement Agreement. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Lead Plaintiff and Defendants, through their respective counsel, executed the Stipulation and Agreement of Settlement dated August 14, 2024 (the "Settlement Agreement"), which was subsequently filed with the Court in conjunction with Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and supporting papers. *See* ECF No. 91-1 (Settlement Agreement); *see also* ECF Nos. 89-91 (motion and supporting papers).

3.      The "Settlement Amount" is defined in the Settlement Agreement as "$7,250,000.00 (Seven Million, Two Hundred and Fifty Thousand U.S. Dollars) in cash to be paid by check or wire transfer to the Escrow Agent pursuant to ¶ 2.1 hereof." Settlement Agreement at ¶1.43.

4.      The timing of funding of the $7.25 million Settlement Amount was tied to Lead Counsel providing certain funding and tax information to Defendants' Counsel, as well as entry of the Preliminary Approval Order. More specifically, as set forth in the Settlement Agreement:

> Defendants and/or their D&O Insurers shall pay or cause to be paid the Settlement Amount into the Escrow Account no later than thirty (30)

---

[1] All capitalized terms, unless otherwise defined herein, have the same meaning as set forth in the Stipulation and Agreement of Settlement dated August 14, 2024 (ECF No. 91-1) (the "Settlement Agreement").

calendar days after the later of: (a) the date of entry by the Court of an order preliminarily approving this Settlement; or (b) Defendants' counsel's receipt from Lead Counsel of (i) the information necessary to effectuate a transfer of funds to the Escrow Account, including wiring instructions that include the bank name and ABA routing number, account name and number, as well as the name and phone number of a person who can verify the wire instructions; and (ii) a signed W-9 reflecting a valid taxpayer identification number for the qualified settlement fund in which the Settlement Amount is to be deposited.

ECF No. 91-1 at ¶2.1.

5. On September 3, 2024, Lead Counsel provided to Defendants' Counsel the information necessary to effectuate a transfer of funds to the Escrow Account and a signed W-9 form. Defendants' Counsel confirmed receipt that same day.

6. The Court entered the original Order Preliminarily Approving Settlement and Providing for Notice dated September 13, 2024 and docketed on September 18, 2024, which was subsequently revised to correct a date typo in an order dated September 13, 2024 and docketed on September 23, 2024 ("Preliminary Approval Order"; ECF Nos. 98 and 99). Upon entry of the Preliminary Approval Order, all conditions precedent to funding the Settlement Amount had been met.

7. In fact, because the Preliminary Approval Order was dated September 13, 2024, but docketed on September 18, 2024, the Parties specifically agreed that the funding date would be October 18, 2024. Attached hereto as **Exhibit A** is a true and correct copy of the email memorializing that agreement.

8. On October 16, 2024, the Escrow Agent informed Lead Counsel that it had received a wire in the amount of $1,812,500. On October 18, 2024, the Escrow Agent counsel informed Lead Counsel that it had received a wire in the amount of $500,000. That same day, Lead Counsel informed Defendants' Counsel that the Escrow Agent had received a total of $2,312,500, and that $4,937,500 remained outstanding.

9. On October 24, 2024, Defendants caused an additional $37,500 to be

paid into the Escrow Account, bringing total payments to $2,350,000, with a remaining outstanding balance of $4,900,000.

10.    As of the execution of this declaration, $2,350,000 has been paid into the Escrow Account, out of the $7.25 million total Settlement Amount, and there is a remaining outstanding balance of $4,900,000.

11.    Attached as **Exhibit B** is a true and correct copy of a Mullen Auto press release dated October 2, 2024, and entitled Mullen Announces Significant Revenue Increase and Reduction in Spending.

12.    Attached as **Exhibit C** is a true and correct copy of a Mullen Auto press release dated October 28, 2024, and entitled Mullen Automotive Announces Robert Bollinger Provides Bollinger Motors $10M Financing.

13.    Attached as **Exhibit D** is a true and correct excerpt of a Mullen Auto proxy statement dated January 18, 2024, reflecting Defendant Michery's $750,000 salary and $48.9 million of stock awards in 2023.

14.    Attached as **Exhibit E** is a true and correct copy of an SEC Form 4 dated February 17, 2023, reflecting Defendant Michery's sale of over 14.9 million Mullen Auto shares on February 16, 2023 at $0.3164 per share, implying total proceeds of over $4.7 million.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 22nd day of November, 2024, at Wilmington, North Carolina.

*s/ Garth Spencer*
Garth Spencer

DECLARATION OF GARTH SPENCER ISO MOTION TO ENFORCE SETTLEMENT

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On November 22, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.   Executed on November 22, 2024, at Wilmington, North Carolina.

*/s/ Garth Spencer*
Garth Spencer