# Exhibit A

| | |
|---|---|
| **From:** | Samantha Kavanaugh |
| **To:** | Garth Spencer; Brian Miller |
| **Cc:** | Joseph Cohen |
| **Subject:** | Re: Mullen |
| **Date:** | Wednesday, September 18, 2024 5:55:05 PM |
| **Attachments:** | image001.png |

We agree.  Thanks for confirming Garth.

**From:** Garth Spencer <GSpencer@glancylaw.com>
**Sent:** Wednesday, September 18, 2024 5:53:45 PM
**To:** Brian Miller <BMiller@KSLAW.com>
**Cc:** Samantha Kavanaugh <SKavanaugh@KSLAW.com>; Joseph Cohen <JCohen@glancylaw.com>
**Subject:** RE: Mullen

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

We are OK to treat today as the date of entry under section 2.1. As such we calculate the funding deadline as October 18, please let us know if you disagree.


Best,
Garth

_____

Garth Spencer
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047


**From:** Brian Miller <BMiller@KSLAW.com>
**Sent:** Wednesday, September 18, 2024 2:04 PM
**To:** Garth Spencer <GSpencer@glancylaw.com>
**Cc:** Samantha Kavanaugh <SKavanaugh@KSLAW.com>
**Subject:** Mullen


Garth,

We see the court entered the preliminary approval order today, although she dated it 9-13.  We are working on being able to provide Mullen's shareholder information by September 25.  Also, Just so there is no confusion, per Section 2.1 of the stipulation, the escrow account funding deadline is 30 days from today as the "date of entry" of the order.  We already have your payment instructions and W-9.


Thanks.

Brian

___

**Brian Miller**

*Partner*

T: +1 305 462 6028  |  E: BMiller@KSLAW.com  |  Bio  |  vCard

King & Spalding LLP
Southeast Financial Center
200 S Biscayne Boulevard
Suite 4700
Miami, FL 33131

King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006



kslaw.com

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.