# Exhibit D

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of**
**the Securities Exchange Act of 1934**
**(Amendment No.     )**

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐ Preliminary Proxy Statement

☐ Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))

☒ Definitive Proxy Statement

☐ Definitive Additional Materials

☐ Soliciting Material under §240.14a-12

# MULLEN AUTOMOTIVE INC.

(Name of registrant as specified in its charter)

**N/A**

(Name of person(s) filing proxy statement, if other than the registrant)

Payment of Filing Fee (Check the appropriate box):

☒ No fee required.

☐ Fee paid previously with preliminary materials.

☐ Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a6(i)(1) and 0-11.

**MULLEN AUTOMOTIVE INC.**
**1405 Pioneer Street**
**Brea, California 92821**

**NOTICE OF ANNUAL MEETING OF STOCKHOLDERS**
**To Be Held on February 29, 2024**
**9:30 A.M. (Pacific Time)**

To Our Stockholders:

You are cordially invited to attend the Annual Meeting of Stockholders (the "**Meeting**") of MULLEN AUTOMOTIVE INC. ("**Mullen**," "**we**," "**our**," "**us**," or the "**Company**"), a Delaware corporation, to be held on February 29, 2024 at 9:30 a.m. Pacific Standard Time, in a virtual meeting format. You will be able to attend the Meeting, ask questions and vote online during the Meeting by accessing https://www.cstproxy.com/mullenautomotive/2024 and follow the instructions provided to you with these proxy materials. You will also be able to attend the Meeting via teleconference, ask questions and to vote during the Meeting using the following dial-in information:

Telephone access (listen-only):
Within the U.S. and Canada: 1 800-450-7155 (toll-free)
Outside of the U.S. and Canada: +1 857-999-9155 (standard rates apply)
Meeting ID#: 2480789#

The annual meeting of stockholders is being held for the following purposes:

(1)  Proposal 1 — To elect two Class III Directors to serve for a three-year term ending as of the annual meeting in 2027;

(2)  Proposal 2 — To ratify the appointment of RBSM LLP as the independent registered public accounting firm of the Company for the fiscal year ending September 30, 2024;

(3)  Proposal 3 — To approve the adjournment of the Meeting from time to time, to a later date or dates, if necessary or appropriate, under certain circumstances, including for the purpose of soliciting additional proxies in favor one or more of the foregoing proposals, in the event the Company does not receive the requisite stockholder vote to approve such proposal(s) or establish a quorum; and

(4)  Proposal 4 — To transact such other business as may properly come before the Meeting or any adjournments or postponements thereof.

The Board of Directors has fixed the close of business on January 12, 2024 as the record date for the Meeting and only holders of shares of record at that time will be entitled to vote and participate at the Meeting and any postponements, adjournments or continuations thereof. A list of stockholders will be available at our offices at 1405 Pioneer Street, Brea, CA 92821 for a period of at least 10 days prior to the Meeting.

---

**Important Notice Regarding the Availability of Proxy Materials for the Stockholder Meeting to Be Held on February 29, 2024: The 2024 Proxy Statement and the Annual Report to Stockholders for the fiscal year ended September 30, 2023 are available at https://www.cstproxy.com/mullenautomotive/2024**

You are cordially invited to attend the Meeting. However, if you do not expect to attend or if you plan to attend but desire the proxy holders to vote your shares, please promptly date and sign your proxy card and return it in the enclosed postage paid envelope or you may also instruct the voting of your shares over the Internet or by telephone by following the instructions on your proxy card. Voting by written proxy, over the Internet, or by telephone will not affect your right to vote in person in the event you find it convenient to attend.

By order of the Board of Directors

/s/ David Michery

David Michery
Chief Executive Officer

Date: January 18, 2024

**EXECUTIVE COMPENSATION**

Our policies with respect to the compensation of our executive officers is administered by the Compensation Committee. The compensation policies are intended to provide for compensation that is sufficient to attract, motivate, and retain executives and potentially other individuals and to establish an appropriate relationship between executive compensation and the creation of stockholder value.

<u>Summary Compensation Table</u>

The following table sets forth certain information about the compensation earned during the years ended September 30, 2023 and 2022 to our Chief Executive Officer and each of our two most highly compensated executive officers other than our Chief Executive Officer who were serving as executive officers at September 30, 2023, and whose annual compensation exceeded $100,000 during such year or would have exceeded $100,000 during such year if the executive officer were employed by the Company for the entire fiscal year (collectively the "**named executive officers**" or "**NEOs**")

| Name and Principal Position | Year | Salary ($) | Bonus ($) | Stock Awards ($) Common Shares[1] | All Other Compensation | Total ($) |
|---|---|---|---|---|---|---|
| David Michery | 2023 | $ 750,000 | $ - | $ 48,879,463 | $ - | $ 49,629,463 |
| *Chief Executive Officer* | 2022 | 721,154 | 750,000 | 10,053,286 | - | 11,524,440 |
| Jonathan New[2] | 2023 | 425,000 | 10,000 | 198,300 | | 633,300 |
| *Chief Operating Officer* | | | | | | |
| Calin Popa | 2023 | 304,000 | | 1,199,201 | | 1,503,201 |
| *President – Ottava Automotive* | | | | | | |
| *officers").* | 2022 | 304,000 | | 1,323,001 | | 1,627,001 |

(1) Represents share-based compensation based on the grant date fair value of common stock earned and accounted for in accordance with FASB ASC Topic 718, i.e. for common stock earned per labor contract — market price of the shares on the date immediately preceding the employment contract date, for common stock earned by CEO per Award Incentive Plans — market price of the shares on the date immediately preceding the date when the shares have been issued (see the list of performance awards in the *CEO Performance Award* section, and the list of achieved milestones in the *CEO Performance Award Table* below). The stock-based compensation to Mr. Michery for the year ended September 30, 2023 in the enclosed financial statements is higher by $7.6 million due to a liability accrued per ASC 718 that have not been earned and paid by September 30, 2023, but will probably be earned and paid later. Comparatives in this table have been restated to correctly reflect awards calculated in accordance with ASC 718. During the year ended September 30, 2023 and 2022, Mr. Michery earned 113,531 shares and 526 shares of common stock, respectively; Mr. New earned 13 shares of common stock, and Mr. Popa earned 18 shares and 7 shares of common stock, respectively (giving effect to reverse stock splits).

(2) Mr. New was appointed Chief Financial Officer effective September 19, 2022.

*Narrative Disclosure to Summary Compensation Table*

The primary elements of compensation for the Company's named executive officers are base salary, bonus and equity-based compensation awards. The named executive officers also participate in employee benefit plans and programs that we offer to our other full-time employees on the same basis.

*Base Salary*

The base salary payable to our named executive officers is intended to provide a fixed component of compensation that reflects the executive's skill set, experience, role, and responsibilities.