# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR<br><br>Honorable Dolly M. Gee<br><br>**REVISED [PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

Having reviewed Lead Plaintiff's Motion To Enforce Settlement Agreement and its supporting papers (ECF Nos. 102-104) (the "Enforcement Motion"),[1] Defendants' opposition thereto (ECF No. 106), Lead Plaintiff's reply in support thereof, and any other argument or filings submitted in connection with the Enforcement Motion, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1.    The Enforcement Motion is GRANTED.

2.    Defendants shall comply with the terms of the Settlement Agreement.

3.    Defendants and/or their D&O Insurers shall pay or cause to be paid, on behalf of Defendants, any unpaid portion of the Settlement Amount into the Escrow Account no later than two business days after entry of this Order.

4.    In the event that Defendants and/or their D&O Insurers do not fully fund the Settlement Amount within two business days after entry of this Order, Lead Plaintiff may take discovery from Defendants and their D&O Insurers to identify and aid in collection of assets and sources of funds that may be used to satisfy the outstanding portion of the Settlement Amount, including, but not limited to, the deposition of Defendant Michery.

5.    The following scheduled dates shall be continued:

| Event | Prior Date | New Date |
|---|---|---|
| Lead Counsel's fee and expense application | Thursday, January 16, 2025 | Friday, March 21, 2025 |
| Deadline to submit Settlement claims, objections, and exclusion requests | Thursday, February 6, 2025 | Friday, April 11, 2025 |

[1] Unless otherwise defined, all capitalized terms used but not defined herein have the same meanings as in the Stipulation And Agreement Of Settlement dated August 14, 2024 (ECF No. 91-1) ("Settlement Agreement").

REVISED [PROPOSED] ORDER
1

| Lead Plaintiff's motion for final approval of Settlement | Friday, February 21, 2025 | Friday, April 25, 2025 |
|---|---|---|
| Replies in support of motion for final approval of Settlement and fee and expense application | Friday, March 21, 2025 | Friday, May 23, 2025 |
| Settlement hearing | Friday, April 4, 2025, at 10:00 a.m. | Friday, June 6, 2025, at 10:00 a.m. |

6.   Lead Plaintiff shall cause this order to be posted to the Settlement Website, and shall cause the dates reflected on the Settlement Website to be updated accordingly.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT COURT JUDGE