Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Casey Sadler (SBN 274241)
  csadler@glancylaw.com
Garth Spencer (SBN 335424)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff Mejgan Mirbaz*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR |
| | Honorable Dolly M. Gee |
| | **DECLARATION OF GARTH SPENCER IN SUPPORT OF LEAD PLAINTIFF'S REPLY BRIEF FOR MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| | Hearing Date: January 10, 2024<br>Time: 9:30 a.m.<br>Location: 350 West 1st Street<br>Courtroom: 8C |

I, Garth Spencer, hereby declare as follows:

1.    I am an attorney duly licensed to practice law before all of the courts of the State of California, and I am admitted to practice in the United States District Court for the Central District of California.  I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel of record for lead plaintiff Mejgan Mirbaz ("Lead Plaintiff") in the above-entitled action.[1]  I make this Declaration in support of Lead Plaintiff's concurrently filed Reply Memorandum In Support Of Motion to Enforce Settlement Agreement.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    On November 22, 2024, Lead Plaintiff filed her Motion To Enforce Settlement Agreement (ECF No. 102) ("Enforcement Motion"), and noticed the motion hearing for January 3, 2025. Therefore, under L.R. 7-9, Defendants' opposition was due by December 13, 2024.

3.    On December 13, 2024, counsel for Defendants contacted Lead Counsel for Lead Plaintiff, requested an extension of Defendants' date to oppose the Enforcement Motion, and offered that Mullen Auto would make a supplemental payment towards the outstanding balance of the Settlement Amount. Lead Counsel agreed, and accordingly filed an amended notice of motion (ECF No. 105), re-noticing the hearing on the Enforcement Motion for January 10, 2024, to allow additional time for further negotiations. Under L.R. 7-9 Defendants' opposition was then due by December 20, 2024.

4.    On December 18, 2024, counsel for Defendants advised Lead Counsel that Mullen Auto was now requesting a further extended payment schedule to fund the outstanding balance of the Settlement Amount. Counsel for Defendants proposed

---

[1] All capitalized terms, unless otherwise defined herein, have the same meaning as set forth in the Stipulation and Agreement of Settlement dated August 14, 2024 (ECF No. 91-1) (the "Settlement Agreement").

the same payment schedule reflected in Defendants' Response To Lead Plaintiff's Motion To Enforce Settlement Agreement (ECF No. 106). On December 19, 2024, Lead Counsel responded with a counterproposal for a faster, but still extended, payment schedule. Defendants did not agree to the counterproposal.

5.      On December 20, 2024, Defendants caused an additional $900,000 to be paid into the Escrow Account, bringing total payments to $3,250,000, with a remaining outstanding balance of $4,000,000.

6.      As of the execution of this declaration, $3,250,000 has been paid into the Escrow Account, out of the $7.25 million total Settlement Amount, and there is a remaining outstanding balance of $4,000,000.

7.      Attached as **Exhibit A** is a true and correct copy of a Form 8-K Current Report filed by Mullen Auto with the Securities and Exchange Commission's online EDGAR database on December 13, 2024.

8.      Attached as **Exhibit B** is a true and correct copy of a Mullen Auto press release dated December 18, 2024, and entitled Mullen Announces 100 Class 1 and Class 3 EV Shipments with Sales Totaling $5.5M Through Dec. 18, While Reducing Company Burn to $5.3M Monthly Compared to $16.8M in August 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 27th day of December, 2024.

_s/ Garth Spencer_
Garth Spencer