# Exhibit B



**Source:** *Mullen Automotive, Inc.*

*December 18, 2024 09:20 ET*

# Mullen Announces 100 Class 1 and Class 3 EV Shipments with Sales Totaling $5.5M Through Dec. 18, While Reducing Company Burn to $5.3M Monthly Compared to $16.8M in August 2024

*Company has reduced monthly burn from $16.8M in August 2024 to $11.8M in September 2024 and to $5.3M in October and November 2024*

*Since Sept. 30, 2024, Mullen has sold and delivered 57 Class 3 and 43 Class 1 EV cargo vans and trucks for a total of 100 vehicles and $ 5.5 million; these numbers exclude sales and expenses by Bollinger Motors*

*Orders continue to build as Mullen moves forward efforts with government agencies, universities and large fleets to expand adoption of EV vehicles across America and abroad*

*BREA, Calif., Dec. 18, 2024 (GLOBE NEWSWIRE)* -- via IBN – [Mullen Automotive, Inc](). (NASDAQ: [MULN]) ("Mullen" or the "Company"), an electric vehicle ("EV") manufacturer, announces today a commercial vehicle sales update since Sept. 30, 2024, with a total of 100 Class 1 and Class 3 EV cargo vans and trucks sold for sales totaling $5.5 million. The Company has also significantly reduced its monthly burn from $16.8 million in August 2024 to $11.8 million in September 2024 and to $5.3 million in October and November 2024.

The growing demand for sustainable commercial transportation solutions is driving significant sales momentum for Mullen Commercial electric vehicles across multiple industries. Mullen is in continued discussions with government agencies, universities and large fleets to expand adoption of EV vehicles across America. The total of 100 all-electric vehicles sold since Sept. 30, 2024, includes 57 Class 3 and 43 Class 1 EV cargo vans and trucks.

"We are working diligently to expand our efforts both domestically and internationally and being considerate of current market conditions on a global level, while managing the risk and expectations of placing our products in different use case scenarios," said David Michery, CEO and chairman of Mullen Automotive. "Our sales continue to grow as we build positive traction step by step for both Mullen and Bollinger Motors."

Mullen's commercial EV lineup includes the Mullen ONE, Class 1 EV cargo van, and the Mullen THREE, Class 3 EV cab chassis truck, purpose-built to meet the demands of urban last-mile applications. Both vehicles are available for sale and in full compliance with U.S. Federal Motor Vehicle Safety Standards, the Environmental Protection Agency, and the California Air Resources Board ("CARB") certifications denoting strict adherence to clean air emissions standards.

The Mullen THREE qualifies for a $15,000 incentive through the State of Massachusetts MOR-EV program and a $45,000 cash rebate voucher through the California Hybrid and Zero-Emission Truck and Bus Voucher Incentive Program (HVIP). The Mullen ONE is also eligible for a $3,500 MOR-EV incentive in Massachusetts.  Both vehicles also qualify for a $7,500 federal tax incentive.

**About Mullen**

Mullen Automotive (NASDAQ: MULN) is a Southern California-based automotive company building the next generation of commercial electric vehicles ("EVs") with two United States-based vehicle plants located in Tunica, Mississippi, (120,000 square feet) and Mishawaka, Indiana (650,000 square feet). In August 2023, Mullen began commercial vehicle production in Tunica. In September 2023, Mullen received IRS approval for federal EV tax credits on its commercial vehicles with a Qualified Manufacturer designation that offers eligible customers up to $7,500 per vehicle. As of January 2024, both the Mullen ONE, a Class 1 EV cargo van, and Mullen THREE, a Class 3 EV cab chassis truck, are California Air Resource Board ("CARB") and EPA certified and available for sale in the U.S. Recently, CARB issued HVIP approval on the Mullen THREE, Class 3 EV truck, providing up to $45,000 cash voucher at time of vehicle purchase. The Company has also recently expanded its commercial dealer network to seven dealers, which includes Papé Kenworth, Pritchard EV, National Auto Fleet Group, Ziegler Truck Group, Range Truck Group, Eco Auto, and Randy Marion Auto Group, providing sales and service coverage in key West Coast, Midwest, Pacific Northwest, New England and Mid-Atlantic markets.

To learn more about the Company, visit www.MullenUSA.com.

**Mullen Forward-Looking Statements**

Certain statements in this press release that are not historical facts are forward-looking statements within the meaning of Section 27A of the Securities Exchange Act of 1934, as amended. Any statements contained in this press release that are not statements of historical fact may be deemed forward-looking statements. Words such as "continue," "will," "may," "could," "should," "expect," "expected," "plans," "intend," "anticipate," "believe," "estimate," "predict," "potential" and similar expressions are intended to identify such forward-looking statements. All forward-looking statements involve significant risks and uncertainties that could cause actual results to differ materially from those expressed or implied in the forward-looking statements, many of which are generally outside the control of Mullen and are difficult to predict. Examples of such risks and uncertainties include, but are not limited to, the Company's prospects of future orders and sales and how long local and federal governmental incentives for electric vehicles will be available. Additional factors that could cause actual results to differ materially from those expressed or implied in the forward-looking statements can be found in the most recent annual report on Form 10-K, quarterly reports on Form 10-Q and current reports on Form 8-K filed by Mullen with the Securities and Exchange Commission. Mullen anticipates that subsequent events and developments may cause its plans, intentions and expectations to change. Mullen assumes no obligation, and it specifically disclaims any intention or obligation, to update any forward-looking statements, whether as a result of new information, future events or otherwise, except as expressly required by law. Forward-looking statements speak only as of the date they are made and should not be relied upon as representing Mullen's plans and expectations as of any subsequent date.

**Contact**:
Mullen Automotive, Inc.
+1 (714) 613-1900
www.MullenUSA.com

**Corporate Communications:**
InvestorBrandNetwork (IBN)
Los Angeles, California
www.InvestorBrandNetwork.com
310.299.1717 Office
Editor@InvestorBrandNetwork.com