UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| Case No. | **CV 22-03026-DMG(AGRx)** | Date | January 10, 2025 |
|---|---|---|---|

| Title | ***In re Mullen Automotive Inc Securities Litigation*** | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| Derek Davis | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Casey Sadler | Brian Miller |
| Garth Spencer | Jenny Pelaez, via Zoom |

**Proceedings:  Motion to Enforce Settlement Agreement filed by Lead Plaintiff Mejgan Mirbaz [102]**

The cause is called and counsel state their appearance.  The Court invites counsel to respond to the tentative ruling.  Following oral argument, the Court advises counsel that the motion shall be taken under submission and a written order will issue.

0:15

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk DD |
|---|---|---|