# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR<br><br>Honorable Dolly M. Gee<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S *EX PARTE* APPLICATION FOR EXPEDITED DISCOVERY PURSUANT TO COURT ORDER (ECF NO. 114)** |

Having reviewed Lead Plaintiff's *Ex Parte* Application for Expedited Discovery Pursuant To Court Order (ECF No. 114) and its supporting papers (the "Application"), any opposition thereto, and any other argument or filings submitted in connection with the Application, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. By February 7, 2025, Defendant Michery shall produce the documents requested in the January 13, 2025, email from Lead Plaintiff's counsel to Defendants' counsel that was submitted with the Application as Exhibit A.

3. Defendant Michery shall make himself available for a deposition concerning his assets and sources of funds, to take place on or before February 28, 2025. The Parties shall cooperate to schedule the deposition for a mutually convenient date.

4. Any failure by Defendant Michery to comply with this order may result in the imposition of appropriate sanctions.

IT IS SO ORDERED.

Dated: _____, 2025

THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER