Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Casey Sadler (SBN 274241)
  *csadler@glancylaw.com*
Garth Spencer (SBN 335424)
  *gspencer@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff Mejgan Mirbaz*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR |
|---|---|
| | Honorable Dolly M. Gee |
| | **DECLARATION OF GARTH SPENCER IN SUPPORT OF LEAD PLAINTIFF'S *EX PARTE* APPLICATION FOR EXPEDITED DISCOVERY PURSUANT TO COURT ORDER (ECF NO. 114)** |

DECLARATION OF GARTH SPENCER ISO *EX PARTE* APPLICATION FOR DISCOVERY

I, Garth Spencer, hereby declare as follows:

1.      I am an attorney duly licensed to practice law before all of the courts of the State of California, and I am admitted to practice in the United States District Court for the Central District of California.  I am a partner with the law firm of Glancy Prongay & Murray LLP, counsel of record for lead plaintiff Mejgan Mirbaz ("Lead Plaintiff") in the above-entitled action.[1]  I make this Declaration in support of Lead Plaintiff's concurrently filed *Ex Parte* Application For Expedited Discovery Pursuant To Court Order (ECF No. 114).  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      To date, only $3.25 million of the Settlement Amount has been funded, with $4 million outstanding.

3.      On January 15, 2025, pursuant to the Court's Order Re Plaintiff's Motion To Enforce Settlement Agreement (ECF No. 114) (the "Order"), counsel for the Parties met and conferred by telephone. Since then, the Parties have exchanged multiple emails regarding Lead Plaintiff's information requests, and Defendants have responded with certain financial information regarding Mullen Auto and Mullen Tech, and Mullen Auto's D&O Insurers.

4.      Despite repeated requests from counsel for Lead Plaintiff, Defendant Michery has provided no information pursuant to the Order.

5.      Attached as **Exhibit A** is a true and correct copy of an email chain between counsel for Lead Plaintiff and counsel for Defendants, with subject "Mullen" and emails dating from January 13, 2025 to January 14, 2025.

---

[1] All capitalized terms, unless otherwise defined herein, have the same meaning as set forth in the Stipulation and Agreement of Settlement dated August 14, 2024 (ECF No. 91-1) (the "Settlement Agreement").

DECLARATION OF GARTH SPENCER ISO *EX PARTE* APPLICATION FOR DISCOVERY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this, the 23rd day of January, 2025.

*s/ Garth Spencer*
Garth Spencer

DECLARATION OF GARTH SPENCER ISO *EX PARTE* APPLICATION FOR DISCOVERY