# Exhibit A

| | |
|---|---|
| **From:** | Garth Spencer |
| **To:** | Brian Miller; Samantha Kavanaugh; Jenny Pelaez |
| **Cc:** | Joseph Cohen; Casey Sadler |
| **Subject:** | RE: Mullen |
| **Date:** | Tuesday, January 14, 2025 1:03:00 PM |

Thanks, let's plan on 2:30 pm ET / 11:30 am PT tomorrow, I'll send around a meeting invite and dial in

_____

Garth Spencer
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047

**From:** Brian Miller <BMiller@KSLAW.com>
**Sent:** Tuesday, January 14, 2025 12:43 PM
**To:** Garth Spencer <GSpencer@glancylaw.com>; Samantha Kavanaugh <SKavanaugh@KSLAW.com>; Jenny Pelaez <JPelaez@KSLAW.com>
**Cc:** Joseph Cohen <JCohen@glancylaw.com>; Casey Sadler <CSadler@glancylaw.com>
**Subject:** RE: Mullen

Hi Garth.

We are discussing this with our client.  Can we set a call tomorrow afternoon to discuss?  I'm free other than a 3:30 p.m. Eastern call.  Thanks.

Brian

**From:** Garth Spencer <GSpencer@glancylaw.com>
**Sent:** Monday, January 13, 2025 8:43 PM
**To:** Brian Miller <BMiller@KSLAW.com>; Samantha Kavanaugh <SKavanaugh@KSLAW.com>; Jenny Pelaez <JPelaez@KSLAW.com>
**Cc:** Joseph Cohen <JCohen@glancylaw.com>; Casey Sadler <CSadler@glancylaw.com>
**Subject:** RE: Mullen

**CAUTION: MAIL FROM OUTSIDE THE FIRM**

Brian,

In light of the Court's recently entered order on our motion to enforce the settlement agreement, please let us know when you are available this week to meet and confer "to discuss potential assets and sources of funds that Defendants could use to meet their settlement obligations." Please be prepared to provide information at the meet and confer along the lines of the document requests in my previous email.

Best,
Garth

_____
Garth Spencer
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047

---

**From:** Garth Spencer
**Sent:** Monday, January 13, 2025 12:09 PM
**To:** Brian Miller <BMiller@KSLAW.com>; Samantha Kavanaugh <SKavanaugh@KSLAW.com>; Jenny Pelaez <JPelaez@KSLAW.com>
**Cc:** Joseph Cohen <JCohen@glancylaw.com>; Casey Sadler <CSadler@glancylaw.com>
**Subject:** Mullen

Brian,

Nice seeing you at the hearing on Friday. I'm writing to follow up on Judge Gee's instructions for the parties to confer on defendants' production of attorneys eyes only information about their financial condition and purported inability to fund the outstanding $4 million of the settlement amount.

Please produce by Friday January 17 documents showing the most up to date assets and liabilities of each defendant (Mullen Automotive, Mullen Technologies, and David Michery), and any communications with Defendants' D&O Insurers concerning coverage for the settlement amount.

For Mullen Auto and Mullen Tech please ensure that the documents reflect up to date information about their cash and cash equivalents, restricted cash, and any liquidity available under financing arrangements. Please also provide information about any aircraft (including Mullen Auto's jet with FAA N-Number 878EM) sufficient to determine the approximate value that could be realized upon a sale, and the ongoing costs to maintain and operate such aircraft.

For Mr. Michery, please ensure that the documents reflect up to date information about the identity, composition and value of his:
- Sources of income
- Bank accounts, savings accounts, certificates of deposit, etc.
- Investment accounts
- Interests in Mullen Tech and Mullen Auto
- Retention or use of the $4.7 million he obtained from selling 14.9 Mullen Auto shares on February 16, 2023

- Interests in any other business
- Cryptocurrency
- Any other investments
- Real estate
- Vehicles (cars, trucks, motorcycles, boats, aircraft, etc.)
- Other high value items including artwork, jewelry, collectibles, etc.

Please also provide any other information that Defendants contend supports their claim to be presently unable to fund the outstanding $4 million.

We intend to file an update with the Court by the end of the week about the information provided by defendants, so please get back to us soon regarding these requests.

Best,
Garth

_____

Garth Spencer
Glancy Prongay & Murray LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047

---

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message or attachments and we ask that you please comply with any additional instructions from the sender regarding deletion of messages or attachments sent in error. Click here to view our Privacy Notice.