Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Casey Sadler (SBN 274241)
  csadler@glancylaw.com
Garth Spencer (SBN 335424)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff Mejgan Mirbaz*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR |
|---|---|
| | Honorable Dolly M. Gee |
| | **LEAD PLAINTIFF'S NOTICE OF OBJECTION TO SETTLEMENT RECEIVED BY THE CLAIMS ADMINISTRATOR FROM ERIC NELSON GARNET** |

Lead Plaintiff Mejgan Mirbaz ("Lead Plaintiff") hereby files with the Court the objection received by the Court-appointed Claims Administrator from Eric Nelson Garnet.[1] A copy of Mr. Garnet's objection was also received in the mail by Lead Counsel. Pursuant to the Court-approved Notice, objections were to be submitted to the Claims Administrator on or before February 6, 2025, and served on Lead Counsel and Defendants' Counsel postmarked no later than February 6, 2025. Pursuant to the Court's Order Re Plaintiff's Motion To Enforce Settlement Agreement (ECF No. 114), the deadline to object to the Settlement was extended to April 25, 2025. Lead Counsel has provided a copy of the objection to Defendants' Counsel, and has redacted certain personal information from the publicly-filed version of the objection, including Mr. Garnet's address, telephone number, account numbers, and trading or account information that does not relate to Mullen Auto or Mullen Tech securities. The redacted objection is attached hereto as Exhibit 1.

Lead Counsel will respond to Mr. Garnet's objection when filing Lead Plaintiff's reply memorandum in support of the Settlement on June 6, 2025.

---

[1] Unless otherwise defined, all capitalized terms used but not defined herein have the same meanings as in the Stipulation and Agreement of Settlement dated August 14, 2024 (ECF No. 91-1).

Dated: January 27, 2025

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Garth Spencer*
Robert V. Prongay (SBN 270796)
 *rprongay@glancylaw.com*
Garth Spencer (SBN 335424)
 *gspencer@glancylaw.com*
Casey Sadler (SBN 274241)
 *csadler@glancylaw.com*
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff*
*Mejgan Mirbaz*

NOTICE OF OBJECTION TO SETTLEMENT

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On January 27, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 27, 2025.

*s/ Garth Spencer*
Garth Spencer