# Exhibit 1

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

IN RE MULLEN AUTOMOTIVE, INC.SECURITIES LITIGATION

Case No. cv 22-3026-DMG (AGRx)

Honorable Dolly M. Gee

## NOTICE OF OBJECTION

### DETAILS ABOUT THE SETTLEMENT CLASS MEMBER

Name: Eric Nelson Garnet

Claim Number: 684292272

Address: █████████████████████████████████

Phone number: █████████████

## OBJECTIONS

I, Eric Nelson Garnet, object to the proposed Settlement payment of $7,250,000.00 and the Proposed Plan of Allocation. Specifically, paragraphs 1 and 2 provided below.

1) If all the Settlement Class Members elect to participate in the Settlement, Lead Plaintiff estimates that the average cash recovery per eligible share of Mullen Common Stock will be approximately $0.03, before the deduction of any Court-approved fees, expenses, and costs.

2) The Recognized Loss is not intended to estimate the amount a Settlement Class member might have been able to recover at a trial, nor to estimate the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants.

1

**REASON FOR OBJECTION**

- Mullen Automotive Inc. and David Michery misled their investors during the settlement period and the 90-day look back period. During that time, I held Mullen Common stock that experienced unprecedented losses due to misleading statements and omissions made by David Michery. These misleading statements included Solid State battery technology, purchase orders, American built vehicles and Fortune 500 companies that never came to fruition. These false statements caused the share price to plummet.

- During the settlement period, I purchased 137,329 Mullen Common Stock and sold 106,110 Mullen common stock ranging $2.509USD to $3.359USD. Losses were a result of Mullen Automotive Inc's misstatements and omissions. Please see attached **EXHIBIT A**.

- I purchased/held 31,669 Common Mullen Stock April 4, 2022, at $3.05 per share, for a total of $96,600.44USD. Please see attached **EXHIBIT A**.

- April 22, 2022, I sold 450 Common Mullen stock for $1.53USD per share. I held 31,219 Common Mullen Stock until I was forced to sell, September 17, 2024. Please see attached **EXHIBIT A**.

- As of July 17, 2022, the share price was approximately $1.05. This represents approximately a 65% loss per Common Mullen Stock or a loss of approximately $61,898.07USD. Please see attached **EXHIBIT A**.

- In three months of ownership, I lost approximately $61,898.07USD, while holding 31,219 Common Mullen Stocks. Please see attached **EXHIBIT A**.

- 05/4/2023: Mullen Automotive initiates 1 for 25 Reverse splits

- 8/11/2023: Mullen Automotive initiates 1 for 9 Reverse splits

- 12/21/2023: Mullen Automotive initiates 1 for 100 Reverse splits. 31,219 Mullen Common Stock purchased April 4, 2022, was now equivalent to 2 Common Mullen Stock.

- 9/16, 2024, my investment was worth $0.24USD. In total, I lost $95,227.56USD investing in Mullen Automotive Inc. Please see attached **EXHIBIT A**.

2

- 9/16,2024, the share price lost 100% of its value during ownership, showing no signs of recovering.

- 9/17/2024: I sold the remaining 2 shares, for a total of $0.24. This was prior to the 1 for 100 reverse splits, that occurred same day. This represents a total loss of $95,227.56USD. My remaining two shares would have been sold or converted to fractional shares. My fractional share would be worth $0.0048USD. Please see attached **EXHIBIT A.**

- 9/17/2024: Mullen Automotive initiates 1 for 100 Reverse splits at 12:01 a.m. Eastern Time.

**Misleading information by Mullen Automotive, that caused the share price to fall.**

- February 28, 2022, Mullen Automotive announced battery results, yielding "343 Ah at 4.3 volts, and the results surpassed all expectations."
- David Michery said in a February press release. "We can say with almost certainty that this technology, once implemented on the Mullen FIVE, will deliver over 600 miles of range on a charge."
- The announcement sent the stocks soaring 145%
- Claims were made by David Michery in a February press release, that a joint venture with Ukrainian fire NextMetals Ltd. was made.
- Next Metals confirmed that a joint venture "didn't exist"

- March 30, 2022, David Michery said in a Benzinga interview "No, no, we're actually building for them. So, we're, we're excited. We're going to deliver the pilot vehicles to them in the second quarter, as we stated, and we're excited about it. This is a major major Fortune 500 company, I'll put it that way."
- The announcement caused the shares to spike around 35% intraday.

- June 3, 2022, in another Benzinga interview, David Michery was asked about the mysterious fortune 500 client. He said that "everything has been going exactly as planned.
  "It's a pilot program and I can say that we initiated that program – meaning we made the delivery – on May 12 and the customer put the van in its pilot program and reported to us that they were pleased with the performance to date"
  "We made a statement that we would announce this by the end...within the completion of the second quarter and we fully intend to do that," he added.

3

- Mullen Automotive, claims they have a $60M purchase order for 1,200 commercial EV fleet vans by a Colorado cannabis retailer. Heights Dispensary is in a strip mall and has a preference for mail product delivery according to its website.

- May 23, 2022, David Michery sold 750,000 shares at $1.0145USD, right before the BIC battery test results were released.

## New Proposed Settlement

It is fair and reasonable that the court orders full compensation, for my losses suffered as a direct result of Mullen Automotive Inc's misstatements and omissions.

**Request that the Court orders the following:** Mullen Automotive Inc. provide a minimum payment in the amount of $95,227.56USD to Eric Nelson Garnet for the 31,219 common Mullen Stock purchased April 4, 2022, at $3.05 per share. These shares were purchased April 4, 2022, and sold September 17, 2024, prior to a 1 for 100 reverse stock splits. $95,227.56USD represents the losses suffered, during ownership.

In addition, Mullen Automotive Inc. will compensate the losses suffered on 106,110 Common Mullen Stock purchased and sold, during the Settlement Class Period. 106,110 shares were purchased prior to acquiring the 31,219 Common Mullen stock mentioned above.

The payment shall be in addition to the final proposed settlement and allocated to Eric Nelson Garnet.

January 12/2025

_____

Date of Signature

Claimant Signature

4

**EXHIBIT A**

**Common Mullen Stock transaction history, for Eric Nelson Garnet.**

| Date | BUY | SELL | Price ($) | AMOUNT ($) | Reverse Split |
|---|---|---|---|---|---|
| 3/22/2022 | 24,600 | | 2.509 | | |
| 3/22/2022 | 2,200 | | 2.925 | -61,753.53 | |
| 3/22/2022 | 23,600 | | 2.93 | -75,592.99 | |
| 3/22/2022 | | -24,600 | 2.98 | 73,300.09 | |
| 3/22/2022 | 160 | | 2.885 | -471.61 | |
| 3/23/2022 | 21,800 | | 3.359 | -73,253.63 | |
| 3/28/2022 | | -10 | 3.17 | | |
| 3/28/2022 | | -4,390 | 3.17 | | |
| 3/28/2022 | | -9,600 | 3.175 | 44,417.78 | |
| 4/4/2022 | | -100 | 2.93 | | |
| 4/4/2022 | | -33,200 | 2.93 | 97,561.83 | |
| 4/4/2022 | 33,300 | | 2.98 | -99,243.99 | |
| 4/4/2022 | | -200 | 3.16 | | |
| 4/4/2022 | | -29,090 | 3.17 | | |
| 4/4/2022 | | -4,470 | 3.175 | 107,029.03 | |
| 4/4/2022 | 31,669 | | 3.05 | -96,600.44 | |
| 4/22/2022 | | -450 | 1.53 | 645.54 | |
| 5/4/2023 | | | | | 1 for 25 |
| 8/11/2023 | | | | | 1 for 9 |
| 12/21/2023 | | | | | 1 for 100 |
| 9/17/2024 | | 2 | 0.127 | 0.24 | |
| 9/17/2024 | | | | | 1 for 100 |



**TD Direct Investing**

# Your investment account statement

January 1, 2022 to March 31, 2022

MR ERIC NELSON GARNET

Account number: ███████
Account type: Direct Trading - US
Account currency: US dollars

## Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

> ⓘ **You need to know**
>
> Please see **page 9** for important information about your account.

| | This period (Jan 1 - Mar 31, 2022) | Last period (Dec 1 - Dec 31, 2021) | Year to date (Jan 1 - Mar 31, 2022) |
|---|---|---|---|
| Beginning balance | ███ | | |
| Change in your account balance | ███ | | |
| Ending balance | ███ | | |

## Holdings in your account

on March 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | | ███ | | |
| **COMMON SHARES** | | | | | | |
| ███ | | | | | | |
| MULLEN AUTOMOTIVE INC (MULN) | 33,729 SEG | 2.980 | 105,451.31 | 100,512.42 | -4,938.89 | |
| MULLEN AUTOMOTIVE INC (MULN) | 31 | 2.980 | 96.92 | 92.38 | -4.54 | |
| **Total Portfolio** | | | | ███ | | |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

✧ **IIROC** | **Regulated by**
Investment Industry Regulatory
Organization of Canada



## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | | Beginning cash balance | | | | |

(continued on next page)

*Order-Execution-Only Account.*

Page **2** of 10



## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|

(continued on next page)

*Order-Execution-Only Account.*



## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|

(continued on next page)

*Order-Execution-Only Account.*



Account number: ▓▓▓▓
Account type: Direct Trading - US
Your investment account statement: Mar 31, 2022

## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | | | | | | |

(continued on next page)

*Order-Execution-Only Account.*





## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Mar 22 | Buy | MULLEN AUTOMOTIVE INC NV-505299 | 24,600 | 2.509 | -61,753.53 | 2,955.50 |

(continued on next page)

*Order-Execution-Only Account.*



## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Mar 22 | Buy | MULLEN AUTOMOTIVE INC | 2,200 | 2.925 | 0.00 | 2,955.50 |
| Mar 22 | Buy | MULLEN AUTOMOTIVE INC CM-506787 | 23,600 | 2.930 | -75,592.99 | -72,637.49 |
| Mar 22 | Sell | MULLEN AUTOMOTIVE INC FQ-504798 | -24,600 | 2.980 | 73,300.09 | 662.60 |
| Mar 22 | Buy | MULLEN AUTOMOTIVE INC RN-506329 | 160 | 2.885 | -471.61 | 190.99 |
| Mar 23 | Buy | MULLEN AUTOMOTIVE INC SW-504796 | 21,800 | 3.359 | -73,253.63 | -1,076.00 |
| Mar 28 | Sell | MULLEN AUTOMOTIVE INC | -10 | 3.170 | 0.00 | -41,255.99 |
| Mar 28 | Sell | MULLEN AUTOMOTIVE INC | -4,390 | 3.170 | 0.00 | -41,255.99 |
| Mar 28 | Sell | MULLEN AUTOMOTIVE INC UD-507026 | -9,600 | 3.175 | 44,417.78 | 3,161.79 |

**Mar 31    Ending cash balance**

*Order-Execution-Only Account.*



## Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|---|---|---|---|---|---|
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -100 | 2.930 | 0.00 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC LN-509339 | -33,200 | 2.930 | 97,561.83 |
| Apr 4 | Buy | MULLEN AUTOMOTIVE INC HT-513749 | 33,300 | 2.980 | -99,243.99 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -200 | 3.160 | 0.00 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -29,090 | 3.170 | 0.00 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC YK-509514 | -4,470 | 3.175 | 107,029.03 |
| Apr 4 | Buy | MULLEN AUTOMOTIVE INC VG-509950 | 31,669 | 3.050 | -96,600.44 |

## Details of investment income

| Earnings/Expenses | This period (Jan 1 - Mar 31, 2022) | Year to date (Jan 1 - Mar 31, 2022) |
|---|---|---|
| Interest | | |
| **Total** | | |

*Order-Execution-Only Account.*



ⓘ **Important information about your account**

If you hold mutual funds with TD Direct Investing, there are regulatory changes being implemented that will impact funds you can buy, sell, and hold. For more information, go to **td.com/mutualfundsdiy**

*Order-Execution-Only Account.*



# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book-cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

## Corporate Information

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your investment account statement

April 1, 2022 to April 30, 2022

Account number: ▮▮▮▮
Account type: Direct Trading - US
Account currency: US dollars

MR ERIC NELSON GARNET

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

| (i) **You need to know** Please see **page 3** for important information about your account. | | **This period** (Apr 1 - Apr 30, 2022) | **Last period** (Jan 1 - Mar 31, 2022) | **Year to date** (Jan 1 - Apr 30, 2022) |
|---|---|---|---|---|
| | Beginning balance | ▮ | ▮ | ▮ |
| | Change in your account balance | ▮ | ▮ | ▮ |
| | **Ending balance** | ▮ | ▮ | ▮ |

## Holdings in your account
on April 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| **COMMON SHARES** | | | | | | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| MULLEN AUTOMOTIVE INC (**MULN**) | 31,219 SEG | 1.320 | 95,227.80 | 41,209.08 | -54,018.72 | ▮ |
| **Total Portfolio** | | | | ▮ | | |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 4



## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | | Beginning cash balance | | | | |

(continued on next page)

*Order-Execution-Only Account.*



## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -100 | 2.930 | 0.00 | -9,370.43 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -33,200 | 2.930 | 97,561.83 | 88,191.40 |
| Apr 4 | Buy | MULLEN AUTOMOTIVE INC | 33,300 | 2.980 | -99,243.99 | -11,052.59 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -200 | 3.160 | 0.00 | -11,052.59 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -29,090 | 3.170 | 0.00 | -11,052.59 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -4,470 | 3.175 | 107,029.03 | 95,976.44 |
| Apr 4 | Buy | MULLEN AUTOMOTIVE INC | 31,669 | 3.050 | -96,600.44 | -624.00 |
| Apr 22 | Sell | MULLEN AUTOMOTIVE INC CREDIT SELLOUT - WK | -450 | 1.530 | 645.54 | -2.77 |
| Apr 30 | Ending cash balance | | | | | |

## Details of investment income

| Earnings/Expenses | This period (Apr 1 - Apr 30, 2022) | Year to date (Jan 1 - Apr 30, 2022) |
|-------------------|-----------------------------------|-------------------------------------|
| Interest | | |
| Total | | |

## ⓘ Important information about your account

If you hold mutual funds with TD Direct Investing, there are regulatory changes being implemented that will impact funds you can buy, sell, and hold. For more information, go to **td.com/mutualfundsdiy**

*Order-Execution-Only Account.*



# Disclosures

### Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

### Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

### Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

### Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

### Corporate Information

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your investment account statement

June 1, 2022 to June 30, 2022

Account number: ███████
Account type: Direct Trading - US
Account currency: US dollars

MR ERIC NELSON GARNET
███████

## Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| English: | 1-800-465-5463 |
| French: | 1-800-361-2684 |
| Cantonese: | 1-800-838-3223 option 1 |
| Mandarin: | 1-800-838-3223 option 2 |

## Your account at a glance

> **ⓘ You need to know**
> Please see page 2 for important information about your account.

| | This period (Jun 1 - Jun 30, 2022) | Last period (May 1 - May 31, 2022) | Year to date (Jan 1 - Jun 30, 2022) |
|---|---|---|---|
| Beginning balance | ███ | | |
| Change in your account balance | ███ | | |
| Ending balance | ███ | | |

## Holdings in your account
on June 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | ███ | | | | | |
| **COMMON SHARES** | | | | | | |
| ███ | | | | | | |
| MULLEN AUTOMOTIVE INC (MULN) | 31,219 SEG | 1.020 | 95,227.80 | 31,843.38 | -63,384.42 | |
| **Total Portfolio** | ███ | | | | | |



## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Details of investment income

| Earnings/Expenses | This period (Jun 1 - Jun 30, 2022) | Year to date (Jan 1 - Jun 30, 2022) |
|---|---|---|
| Interest | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |
| **Total** | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ |

## ⓘ Important information about your account

If you hold mutual funds with TD Direct Investing, there are regulatory changes being implemented that will impact funds you can buy, sell, and hold. For more information, go to **td.com/mutualfundsdiy**

*Order-Execution-Only Account.*



# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

## Corporate Information

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.



**TD Direct Investing**

# Your investment account statement

July 1, 2022 to October 31, 2022

Account number: ▮▮▮▮
Account type: Direct Trading - US
Account currency: US dollars

MR ERIC NELSON GARNET

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

English:     1-800-465-5463
French:     1-800-361-2684
Cantonese: 1-800-838-3223 option 1
Mandarin:   1-800-838-3223 option 2

## Your account at a glance

| | | This period (Jul 1 - Oct 31, 2022) | Last period (Jun 1 - Jun 30, 2022) | Year to date (Jan 1 - Oct 31, 2022) |
|---|---|---|---|---|
| ⓘ **You need to know** Please see page 2 for important information about your account. | Beginning balance | ▮ | ▮ | ▮ |
| | Change in your account balance | ▮ | ▮ | ▮ |
| | **Ending balance** | ▮ | ▮ | ▮ |

## Holdings in your account

on October 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | ▮ | ▮ | ▮ | ▮ |
| **COMMON SHARES** | | | | | | |
| MULLEN AUTOMOTIVE INC **(MULN)** | 31,219 SEG | 0.476 | 95,227.80 | 14,860.24 | -80,367.56 | ▮ |
| **Total Portfolio** | | | ▮ | ▮ | | |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada

Page 1 of 3



## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| | Beginning cash balance | | | | | ██████ |
| | ████████████████████████████████████████████████████████████ | | | | | |
| Oct 31 | Ending cash balance | | | | | ██████ |

## Details of investment income

| Earnings/Expenses | This period (Jul 1 - Oct 31, 2022) | Year to date (Jan 1 - Oct 31, 2022) |
|-------------------|-----------------------------------|-------------------------------------|
| Interest | ████████ | ████████ |
| Total | ████████ | ████████ |

## ⓘ Important information about your account

In connection with our annual audit, please review your account statement and report any discrepancies to our auditors: Email: td.waterhouse.auditconfirmations@ca.ey.com ; Ernst & Young LLP, 100 Adelaide Street West, PO Box 1, Toronto, ON, Canada, M5H 0B3, Fax: 416-864-1174

*Order-Execution-Only Account.*



Account number:
Account type: Direct Trading - US
Your investment account statement: Oct 31, 2022

# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing

3500 Steeles Ave East, Tower 5, Level 3

Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Client accounts are protected by the Canadian Investor Protection Fund within specified limits. A brochure describing the nature and limits of coverage is available upon request or at cipf.ca. To learn more about CDIC deposit insurance coverage, visit cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

## Corporate Information

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other trade-marks are the property of The Toronto-Dominion Bank.

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your investment account statement

July 1, 2024 to July 31, 2024

Account number: ███████
Account type: Direct Trading - US
Account currency: US dollars

MR ERIC NELSON GARNET
███████████

## Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

**English:** 1-800-465-5463
**French:** 1-800-361-2684
**Cantonese:** 1-800-838-3223 option 1
**Mandarin:** 1-800-838-3223 option 2

## Your account at a glance

> ⓘ **You need to know**
>
> Please see **page 2** for important information about your account.

|  | This period (Jul 1 - Jul 31, 2024) | Last period (May 1 - Jun 30, 2024) | Year to date (Jan 1 - Jul 31, 2024) |
|---|---|---|---|
| Beginning balance | ███ | | |
| Change in your account balance | | | |
| **Ending balance** | ███ | | |

## Holdings in your account
on July 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | | ███ | | |
| **COMMON SHARES** | | | | | | |
| ███████ | | | | | | |
| MULLEN AUTOMOTIVE INC-NEW (**MULN**) | 2 SEG | 1.160 | 95,227.80 | 2.32 | -95,225.48 | ███ |
| **Total Portfolio** | | | ███ | | | |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**Regulated by CIRO**
Canadian Investment
Regulatory Organization



## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## ① Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

*Order-Execution-Only Account.*



# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Clients' accounts at CIRO Dealer Members are protected by the CIPF's Investment Dealer Fund in accordance with its Coverage Policy. A brochure describing the scope and nature of coverage, as well as the limitations and exclusions of coverage, is available upon request or at www.cipf.ca. To learn more about CDIC deposit insurance coverage, visit www.cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

## Corporate Information

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your investment account statement

August 1, 2024 to September 30, 2024

Account number ▉▉▉▉
Account type: Direct Trading - US
Account currency: US dollars

MR ERIC NELSON GARNET

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Your account at a glance

| | This period (Aug 1 - Sep 30, 2024) | Last period (Jul 1 - Jul 31, 2024) | Year to date (Jan 1 - Sep 30, 2024) |
|---|---|---|---|
| ⓘ **You need to know** Please see page 2 for important information about your account. | | | |
| Beginning balance | ▉ | | |
| Change in your account balance | | | |
| Ending balance | ▉ | | |

## Holdings in your account

on September 30, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | ▉ | | | |
| **COMMON SHARES** | ▉ | | | | | |
| **Total Portfolio** | | | ▉ | | | |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**Regulated by CIRO**
Canadian Investment
Regulatory Organization



Account number: ███████
Account type: Direct Trading - US
Your investment account statement: Sep 30, 2024

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| | | Beginning cash balance | | | | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ | ████ |
| Sep 17 | Sell | MULLEN AUTOMOTIVE INC-NEW QC-710413 | -2 | 0.127 | 0.24 | 15.64 |
| Sep 30 | Ending cash balance | | | | | ████ |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

*Order-Execution-Only Account.*



# Disclosures

## Important Information

This statement is an important document and contains a record of all transactions between TD Direct Investing (herein referred to as "we", "us" and "our") and the account holder (herein referred to as "you" and "your"). The information provided in this statement should not be used for the purpose of tax reporting as certain events are dependent on individual circumstances. Book cost shown for your holdings has been calculated to the best of our ability based on the information available to us and may not reflect all required adjustments. It is your obligation as an account holder to review this statement carefully and notify us immediately of any errors, omissions or objections to the statement, including any transactions that you did not authorize. A written notification may be sent to:

TD Direct Investing
3500 Steeles Ave East, Tower 5, Level 3
Markham, Ontario L3R 2Z1

This enables you to contact us directly regarding any comments and concerns. You may also contact an Investment Representative at the number on the front page of this statement.

## Limits on Investment Coverage

Clients' accounts at CIRO Dealer Members are protected by the CIPF's Investment Dealer Fund in accordance with its Coverage Policy. A brochure describing the scope and nature of coverage, as well as the limitations and exclusions of coverage, is available upon request or at www.cipf.ca. To learn more about CDIC deposit insurance coverage, visit www.cdic.ca.

## Your account at a glance – Additional information

Beginning balance - The opening balance of the account as of the start of the first day of the statement period. It is the same as the previous statement ending balance. It does not include accrued income for certain fixed income and equity securities.

Change in your account balance - Includes deposits, withdrawals, income received, fees charged, and the change in the value of your investments for the period referenced.

Ending balance - This is the total market value of the account including cash and security holdings. It does not include accrued income for certain fixed income and equity securities.

Ending Balance at reporting period end - The amount shown in the "Activity in your account this period" section excludes amounts arising from any trades pending settlement which are not due for payment until the dates printed against such trades.

## Holdings and Activity – Additional information

"N/D" means that all or a portion of the book cost or market value, as applicable, of the security position cannot be determined or has not been assigned. The total book cost or total market value, or rate of return, as applicable, provided for your portfolio excludes security positions whose book cost or market value is "N/D".

(a) Market value information has been used to estimate part or all of the book cost of this security position.

(b) There is no active market for this security. The price has been estimated.

(c) The market value of these compound interest investments includes the par value and the accrued interest to date. In the event you choose to redeem your securities prior to maturity, the redemption value may differ from the market value reported.

(d) Market value information as at December 31, 2018 has been used to estimate part or all of the book cost of this security position.

Prices for mutual funds do not necessarily reflect the month end close Net Asset Value Per Share (NAVPS). The NAVPS expressed for mutual funds represents the last value received by TD Direct Investing prior to the production of our statements.

Securities listed under the heading "Pending activity in your account" denote trades which are for settlement subsequent to the date of the statement. The settlement dates of such trades are printed in the date column.

The activity description column may contain abbreviations related to mutual funds, restricted voting shares, segregated investments and investments in safekeeping. Common abbreviations related to mutual funds are NL - No Load, D - Deferred Sales Charge, LL - Low Load and FRAC - Fractional Shares. Abbreviations related to restricted voting privileges are NVS - Non - Voting Shares, RS - Restricted Shares, SVS - Subordinate Voting Shares and RVS - Restricted Voting Shares. SEG is an abbreviation to indicate that the investments are segregated. SFK is an abbreviation to indicate that the investments are in safekeeping. If you have any questions about your statement, please speak with your Investment Representative.

All securities paid in full, and margin securities above the legal minimum cannot be used by us in the conduct of our business and are displayed on the statement as segregated (SEG). If you have a credit balance in your TD Direct Investing accounts, it is payable on demand. We'll record it on our books but we may use it in the conduct of our business.

In any currency conversion conducted by us, we or a related party may earn revenue.

The elected annual payout is calculated based on the Dec 31st market value of the previous year and is effective Jan 1st of the current year. This amount reflects the original annual minimum payment for the current + any additional payment elected by you.

## Corporate Information

TD Direct Investing is a division of TD Waterhouse Canada Inc., a subsidiary of The Toronto-Dominion Bank. TD Direct Investing does not provide investment advice or recommendations regarding the purchase or sale of any securities. Investors are responsible for their own investment decisions.

If you would like a copy of our most recent financial statement and a list of our directors and senior officers, please write to us or call us at the telephone number on the front page of this statement.

An affiliate of TD Waterhouse Canada Inc. owns an equity interest in TMX Group Limited ("TMX") and The Toronto-Dominion Bank (TD) has a nominee director serving on the board thereof. As such, TD may be considered to have an economic interest in the listing and trading of securities on an exchange owned or controlled by TMX, including the Toronto Stock Exchange, the TSX Venture Exchange and Alpha Exchange, and in the clearing, settlement and depository services provided by The Canadian Depository for Securities and its affiliates.

No person or company is required to obtain products or services from TMX or its affiliates as a condition of TD or its affiliates continuing to supply a product or service.

® The TD logo and other TD trademarks are the property of The Toronto-Dominion Bank or its subsidiaries.

*Order-Execution-Only Account.*

