Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Casey Sadler (SBN 274241)
  csadler@glancylaw.com
Garth Spencer (SBN 335424)
  gspencer@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff Mejgan Mirbaz*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR |
| | Honorable Dolly M. Gee |
| | **LEAD PLAINTIFF'S NOTICE OF OBJECTION TO SETTLEMENT FROM BRYAN MCCAULEY** |

Lead Plaintiff Mejgan Mirbaz ("Lead Plaintiff") hereby files with the Court the objection received by Lead Counsel from Bryan McCauley.[1] Copies of Mr. McCauley's objection were also received by the Claims Administrator and by Defendants' Counsel.  Lead Counsel has redacted certain personal information from the publicly-filed version of the objection, including Mr. McCauley's address and telephone number.   The redacted objection is attached hereto as Exhibit 1.

Mr. McCauley's objection states that he "will appear at the scheduled Settlement Hearing on 4 April 2025." Lead Counsel has informed Mr. McCauley by letter that the Settlement Hearing has been postponed to June 20, 2025. *See* Exhibit 2 (Lead Counsel's letter to Mr. McCauley). Lead Counsel also requested that Mr. McCauley provide "documents sufficient to prove membership in the Settlement Class, including the number and type of Mullen Securities that the Person objecting purchased, acquired, wrote, and sold during the Settlement Class Period, as well as the dates and prices of each such purchase/acquisition and sale/writing," in accord with the requirements for objections set forth in the Notice and in the Preliminary Approval Order. To date, Mr. McCauley has not responded to Lead Counsel. Lead Counsel's attempts to reach Mr. McCauley by phone have been unsuccessful.

Lead Counsel will respond to Mr. McCauley's objection when filing Lead Plaintiff's reply memorandum in support of the Settlement on June 6, 2025.

---

[1] Unless otherwise defined, all capitalized terms used but not defined herein have the same meanings as in the Stipulation and Agreement of Settlement dated August 14, 2024 (ECF No. 91-1).

Dated: March 4, 2025

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Garth Spencer*
Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Garth Spencer (SBN 335424)
  *gspencer@glancylaw.com*
Casey Sadler (SBN 274241)
  *csadler@glancylaw.com*
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Lead Counsel for Lead Plaintiff*
*Mejgan Mirbaz*

NOTICE OF OBJECTION TO SETTLEMENT

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On March 4, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 4, 2025.

*s/ Garth Spencer*
Garth Spencer