# Exhibit 1

6 February 2025

IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION

Case No. CV 22-3026-DMG (AGRx)

To All Parties,

I object to the Settlement, the proposed Plan of Allocation, and Lead Counsel's Fee and Expense Application. The Settlement amount is unjust and should be significantly higher. At one time, I held over 100,000 shares of MULN valued at $120,192.51 (see Exhibit A). These shares have continuously been reversed split down to 1 share. Management and Defendant have caused significant financial damage. I will appear at the scheduled Settlement Hearing on 4 April 2025.

Respectfully,

Bryan McCauley

6 February 2025

IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION

Case No. CV 22-3026-DMG (AGRx)

To All Parties,

I object to the Settlement, the proposed Plan of Allocation, and Lead Counsel's Fee and Expense Application and will appear at the scheduled Settlement Hearing on 4 April 2025.

Respectfully,

Bryan McCauley

*Exhibit A*

**11:54**                                    .ıll LTE ▭

< Accounts        Individual ∨        🔄  🔍

| Positions | Gain/Loss | Themes | History |

### Account Value*                          **$293.48**
Day Change*                          -$0.01 (0.00%)
Unrealized Gain/Loss*     -$120,192.26 (-100.00%)

▦ Table ⬍                                    ⚙

| Symbol | % | Cost Basis | Gain $ | |
|--------|---|-----------|--------|---|
| MULN | 5% | $120,192.51 | -$120,192.26 | -10 |

Cash & Cash Investments              $293.23[1]

Bubble Chart                                        >

Disclosures & Footnotes                      >

**INVESTMENT AND INSURANCE PRODUCTS: NOT A DEPOSIT • NOT FDIC INSURED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NO BANK GUARANTEE • MAY LOSE VALUE**

    

| Accounts | Watchlist | Trade | Markets | More |