# Exhibit 2



1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Phone: (310) 201-9150
Fax: (310) 201-9160

February 11, 2025

**VIA FEDEX**

Bryan McCauley



Re:    *In Re Mullen Automotive, Inc. Securities Litigation*

Dear Mr. McCauley:

We have received your objection dated February 6, 2025, in the Mullen Automotive, Inc. Securities Litigation (C.D. Cal. Case No. 2:22-cv-03026).

Your objection states that you intend to appear at the Settlement Hearing on April 4, 2025. Please be advised that the Court has postponed the Settlement Hearing to June 20, 2025 at 10:00 a.m. PT. Any further changes to the date or time of the Settlement Hearing will be posted to the Settlement Website, https://mullensecuritiessettlement.com.

Please also be advised that, as set forth in paragraph 85 of the Settlement Notice (available at https://mullensecuritiessettlement.com/notice) and in paragraph 14b of the Court's Order Preliminarily Approving Settlement And Providing For Notice To The Class (available at https://mullensecuritiessettlement.com/court-documents), an objection must include, among other things "documents sufficient to prove membership in the Settlement Class, including the number and type of Mullen Securities that the Person objecting purchased, acquired, wrote, and sold during the Settlement Class Period, as well as the dates and prices of each such purchase/acquisition and sale/writing."

While your objection states that "[a]t one time, [you] held over 100,000 shares of MULN," and includes a screenshot showing a cost basis and account value for MULN shares, it does not provide the required information about your transactions. Please send a copy of the required information to me at your earliest convenience at gspencer@glancylaw.com.

Please feel free to contact me by email or phone ( █████████ ) if you have any questions.

Sincerely,

*/s/ Garth Spencer*

Garth Spencer