Robert V. Prongay (SBN 270796)
Casey E. Sadler (SBN 274241)
Garth Spencer (SBN 335424)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
Email: csadler@glancylaw.com
Email: gspencer@glancylaw.com

*Counsel for Lead Plaintiff Mejgan Mirbaz
and the Settlement Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR<br><br>Honorable Dolly M. Gee<br><br>**LEAD COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>Hearing Date: June 20, 2025<br>Hearing Time: 10:00 a.m.<br>Location:      350 West 1st Street<br>Courtroom:   8C |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to ECF No. 114, on June 20, 2025 at 10:00 a.m., or as soon thereafter as the Parties[1] may be heard by the Honorable Dolly M. Gee, in courtroom 8C, located at the United States Courthouse, 350 W. 1st Street, Los Angeles, CA 90012, Court-appointed lead counsel, Glancy Prongay & Murray LLP ("Lead Counsel") will, and hereby does, move the Court for entry of an Order awarding attorneys' fees and reimbursement of Litigation Expenses.

Lead Counsel's motion is based on this Notice of Motion; the concurrently filed Memorandum of Law; the Declaration of Garth Spencer in Support of: (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, and all exhibits thereto; all pleadings and records on file in this Action; and other such matters as the Court may consider.

Lead Counsel conferred with Defendants' Counsel with respect to this motion. Defendants' counsel has authorized Lead Counsel to represent that Defendants take no position with respect to this motion.

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated August 14, 2024. *See* ECF No. 91-1.

Dated: April 4, 2025

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Garth Spencer*
Robert V. Prongay (SBN 270796)
Casey E. Sadler (SBN 274241)
Garth Spencer (SBN 335424)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
Email: csadler@glancylaw.com
Email: gspencer@glancylaw.com

*Lead Counsel for Lead Plaintiff*
*Mejgan Mirbaz and the Settlement Class*

## PROOF OF SERVICE

I hereby certify that on this 4th day of April, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*s/ Garth Spencer*
Garth Spencer

MOTION FOR AWARD OF ATTORNEYS' FEES AND LITIGATION EXPENSES