# Exhibit 3

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-Q

☒ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the quarterly period ended December 31, 2024

or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to ___

Commission file number: 001-34887

## MULLEN AUTOMOTIVE INC.
(Exact name of registrant as specified in its charter)

| **Delaware** | **86-3289406** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1405 Pioneer Street**
**Brea, California 92821**
(Address of principal executive offices)

Registrant's telephone number, including area code: (714) 613-1900

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 | MULN | The Nasdaq Stock Market, LLC (Nasdaq Capital Market) |
| Rights to Purchase Series A-1 Junior Participating Preferred Stock | None | The Nasdaq Stock Market, LLC (Nasdaq Capital Market) |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. ☒ YES   ☐ NO

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). ☒ YES ☐ NO

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐                                  Accelerated filer ☐

Non-accelerated filer ☒                                  Smaller reporting company ☒

## PART I. FINANCIAL INFORMATION
### Item 1. Financial Statements

**MULLEN AUTOMOTIVE INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
(unaudited)

| | December 31, 2024 | September 30, 2024 |
|---|---|---|
| **ASSETS** | | |
| **CURRENT ASSETS** | | |
| Cash and cash equivalents | $2,325,190 | $10,321,827 |
| Restricted cash | 418,451 | 426,851 |
| Inventory | 41,770,397 | 37,503,112 |
| Prepaid expenses and other current assets | 15,297,034 | 14,798,553 |
| Accounts receivable | 98,855 | 124,295 |
| **TOTAL CURRENT ASSETS** | **59,909,927** | **63,174,638** |
| | | |
| Property, plant, and equipment, net | 80,796,898 | 82,180,266 |
| Intangible assets, net | 26,172,956 | 27,056,030 |
| Right-of-use assets | 2,955,081 | 3,041,485 |
| Other noncurrent assets | 3,182,235 | 3,178,870 |
| **TOTAL ASSETS** | **$173,017,097** | **$178,631,289** |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT)** | | |
| **CURRENT LIABILITIES** | | |
| Accounts payable | $47,860,411 | $41,335,509 |
| Accrued expenses and other current liabilities | 46,637,723 | 51,612,166 |
| Derivative liabilities | 136,989,818 | 79,742,180 |
| Liability to issue shares | 8,015,361 | 1,771,025 |
| Lease liabilities, current portion | 2,981,613 | 2,893,967 |
| Notes payable, current portion | 3,219,147 | 5,399,777 |
| Refundable deposits | 409,272 | 417,674 |
| **TOTAL CURRENT LIABILITIES** | **246,113,345** | **183,172,298** |
| Notes payable, net of current portion | 10,000,000 | — |
| Liability to issue shares, net of current portion | — | 356,206 |
| Lease liabilities, net of current portion | 11,113,091 | 11,648,662 |
| **TOTAL LIABILITIES** | **$267,226,436** | **$195,177,166** |
| Contingencies and claims (Note 19) | | |
| | | |
| **STOCKHOLDERS' EQUITY (DEFICIT)** | | |
| Preferred stock; $0.001 par value; 126,263,159 preferred shares authorized; | | |
| Preferred Series D; 84,572,538 shares authorized; 363,097 and 363,097 shares issued and outstanding at December 31, 2024 and September 30, 2024, respectively (preference in liquidation of $159,000 and $159,000 at December 31, 2024 and September 30, 2024, respectively) | 363 | 363 |
| Preferred Series C; 24,874,079 shares authorized; 458 and 458 shares issued and outstanding at December 31, 2024 and September 30, 2024, respectively (preference in liquidation of $4,049 and $10,696,895 at December 31, 2024 and September 30, 2024, respectively) | — | — |
| Preferred Series A; 83,859 shares authorized; 648 and 648 shares issued and outstanding at December 31, 2024 and September 30, 2024, respectively (preference in liquidation of $836 and $836 at December 31, 2024 and September 30, 2024, respectively) | 1 | 1 |
| Common stock; $0.001 par value; 5,000,000,000 shares authorized at December 31, 2024 and September 30, 2024; 404,334 and 76,288 shares issued and outstanding at December 31, 2024 and September 30, 2024 respectively (*) | 404 | 76 |
| Additional paid-in capital (*) | 2,331,034,194 | 2,290,664,472 |
| Accumulated deficit | (2,434,109,495) | (2,319,220,938) |
| **TOTAL STOCKHOLDERS' EQUITY (DEFICIT) ATTRIBUTABLE TO THE COMPANY'S STOCKHOLDERS** | **(103,074,533)** | **(28,556,026)** |
| Noncontrolling interest | 8,865,194 | 12,010,149 |
| **TOTAL STOCKHOLDERS' EQUITY (DEFICIT)** | **(94,209,339)** | **(16,545,877)** |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY (DEFICIT)** | **$173,017,097** | **$178,631,289** |

(*) Adjusted retroactively for reverse stock splits, see *Note 1 - Description of Business and Basis of Presentation*

See accompanying notes to these unaudited condensed consolidated financial statements.

3

Table of Contents

**MULLEN AUTOMOTIVE INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(unaudited)

| | Three months ended December 31, | |
|---|---|---|
| | **2024** | **2023** |
| Revenue from sale of vehicles | $2,920,485 | $— |
| Cost of revenues | 6,588,933 | — |
| **Gross loss** | **(3,668,448)** | **—** |
| | | |
| **Operating expenses:** | | |
| General and administrative | $36,484,409 | $43,234,052 |
| Research and development | 11,282,375 | 16,169,967 |
| **Loss from operations** | **(51,435,232)** | **(59,404,019)** |
| | | |
| **Other income (expense):** | | |
| Other financing costs - initial recognition of warrants | (16,078,622) | — |
| Gain/(loss) on warrants and derivative liability revaluation | (34,629,786) | (6,728,981) |
| Gain/(loss) on extinguishment of debt | 1,553,771 | — |
| Interest expense | (18,665,369) | (258,023) |
| Other income, net | 457,993 | 671,406 |
| Total other income (expense) | (67,362,013) | (6,315,598) |
| **Net loss before income tax benefit** | **$(118,797,245)** | **$(65,719,617)** |
| | | |
| Income tax benefit/ (provision) | (600) | 1,726,238 |
| **Net loss** | **(118,797,845)** | **(63,993,379)** |
| | | |
| Net loss attributable to noncontrolling interest | (3,909,288) | (2,598,481) |
| **Net loss attributable to stockholders** | **$(114,888,557)** | **$(61,394,898)** |
| | | |
| Waived/(accrued) accumulated preferred dividends and other capital transactions with preferred stockholders | (24,728) | (21,303) |
| | | |
| **Net loss attributable to common stockholders after preferred dividends and other capital transactions with preferred stockholders** | **$(114,913,285)** | **$(61,416,201)** |
| | | |
| Net Loss per Share (*) | $(661.33) | $(91,940.42) |
| | | |
| Weighted average shares outstanding, basic and diluted (*) | 173,762 | 668 |

(*) Adjusted retroactively for reverse stock splits, see *Note 1 - Description of Business and Basis of Presentation.*

See accompanying notes to these unaudited condensed consolidated financial statements.

4

Table of Contents

**MULLEN AUTOMOTIVE INC.**
NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

**NOTE 2 – LIQUIDITY, CAPITAL RESOURCES, AND GOING CONCERN**

These unaudited interim condensed consolidated financial statements have been prepared on the basis that assumes the Company will continue as a going concern which contemplates the realization of assets and satisfaction of liabilities and commitments in the ordinary course of business.

The Company evaluated whether there are any conditions and events, considered in the aggregate, that raise substantial doubt about its ability to continue as a going concern over the next twelve months from the date of filing this report. The Company's principal source of liquidity consists of existing cash and restricted cash of approximately $2.7 million as of December 31, 2024. During the three months ended December 31, 2024, the Company used approximately $25.6 million of cash for operating activities. The net working capital deficit on December 31, 2024 amounted to approximately $186.2 million, or $41.2 million after excluding derivative and warrant liabilities and liabilities to issue stock that are supposed to be settled by issuing common stock without using cash. For the three months ended December 31, 2024, the Company incurred a net loss of $118.8 million and, and as of December 31, 2024, our accumulated deficit was $2.4 billion.

The Company believes that its available liquidity will not be sufficient to meet its current obligations for a period of at least twelve months from the date of the filing of these unaudited interim condensed consolidated financial statements. Accordingly, the Company has concluded there is substantial doubt about its ability to continue as a going concern. During the quarter ended December 31, 2024, the Company made the decision to temporarily shut down key production facilities due to short-term liquidity constraints. This action directly impacts our ability to produce vehicles. Should this shutdown continue, our cash flows from operating activities are expected to be further negatively impacted, which would further worsen the Company's cash position. Management is pursuing several strategies to address liquidity concerns, including equity or debt financing and cost reduction and operational restructuring. Despite these efforts, there is no assurance that these initiatives will be successful. Without additional funding, the Company may be unable to continue operations and could be required to seek bankruptcy protection within 30 days of the issuance of these financial statements.

These unaudited interim condensed consolidated financial statements do not include any adjustments to the carrying amounts of assets or liabilities that may result from the outcome of these uncertainties.

**NOTE 3 – SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

Significant accounting policies are defined as those that reflect significant judgments and uncertainties, and potentially result in materially different results under different assumptions and conditions. See our 2024 Annual Report for a detailed discussion of our accounting policies.