# Exhibit 7

## Select Ninth Circuit Cases with 33% or Above Fee Awards

| Case | Settlement Amount | Fee Award |
|---|---|---|
| Perez v. Rash Curtis & Assocs., No. 16-cv-03396, 2020 WL 1904533, at *15 (N.D. Cal. Apr. 17, 2020) | $267,000,000 | 33⅓% |
| In re Apollo Grp. Inc. Sec. Litig., No. 04-cv-02147, 2012 WL 1378677, at *7 (D. Ariz. Apr. 20, 2012) | $145,000,000 | 33.33% |
| In re Lidoderm Antitrust Litig., No. 14-md-02521, 2018 WL 4620695, at *4 (N.D. Cal. Sep. 20, 2018) | $104,750,000 | 33⅓% |
| Ferris et al. v. Wynn Resorts Limited et al., No. 18-cv-00479, ECF No. 442 (D. Nev. Jan. 31, 2025) | $70,000,000 | 33.33% |
| Meijer, Inc. v. Abbott Labs., No. 07-cv-05985, 2011 WL 13392313, at *2 (N.D. Cal. Aug. 11, 2011) | $52,000,000 | 33.33% |
| Beaver v. Tarsadia Hotels, No. 11-cv-01842, 2017 WL 4310707, at *12 (S.D. Cal. Sep. 28, 2017) | $51,150,000 | 33⅓% |
| Hageman v. AT&T Mobility LLC, No. 13-cv-00050, 2015 WL 9855925, at *4 (D. Mon. Feb. 11, 2015) | $45,000,000 | 33⅓% |
| Carlin v. DairyAmerica, Inc., 380 F.Supp.3d 998, at *1023 (E.D. Cal. May 8, 2019) | $40,000,000 | 33.30% |
| Thomas & Thomas Rodmakers Inc. v. Newport Adhesives and Composites, Inc., No. 99-cv-07796, ECF No. 802 (C.D. Cal. Oct. 18, 2005) | $36,250,000 | 33.00% |
| In re Public Service Co., No. 91-cv-00536, 1992 U.S. Dist. LEXIS 16326, at *9 (S.D. Cal. Jul. 28, 1992) | $33,000,000 | 33.00% |
| Bickley v. Schneider Nat'l Carriers, Inc., No. 08-cv-05806, 2016 WL 6910261, at *3-4 (N.D. Cal. Oct. 13, 2016) | $28,000,000 | 33⅓% |
| In re Heritage Bond Litig., No. 02-ml-1475, 2005 WL 1594403, at *23 (C.D. Cal. Jun. 10, 2005) | $27,783,000 | 33.33% |
| Wren v. RGIS Inventory Specialists, No. 06-cv-05778, 2011 WL 1230826, at *29 (N.D. Cal. Apr. 1, 2011) | $27,000,000 | 42.00% |
| Dakota Medical, Inc. v. RehabCare Grp., Inc., No. 14-cv-02081, 2017 WL 4180497, at *9-10 (E.D. Cal. Sep. 21, 2017) | $25,000,000 | 33⅓% |
| In re Tezos Sec. Litig., No. 17-cv-06779, 2020 WL 13699946, at *1 (N.D. Cal. Aug. 28, 2020) | $25,000,000 | 33.33% |
| Davis v. Yelp, Inc. et al., No. 18-cv-00400, 2023 WL 3063823, at *2 (N.D. Cal. Jan. 27, 2023) | $22,250,000 | 33.30% |
| NECA-IBEW Pension Trust Fund v. Precision Castparts Corp., No. 16-cv-01756, ECF No. 169 (D. Or. May 7, 2021) | $21,000,000 | 33.30% |

| Case | Settlement Amount | Fee Award |
|---|---|---|
| Abdullah v. U.S. Security Associates, Inc., No. 09-cv-09554, 2017 WL 11630767, at *7-12 (C.D. Cal. Dec 4, 2017) | $20,613,339 | 33⅓% |
| Alvarez v. XPO Logistics Cartage, LLC, No. 18-cv-03736, ECF No. 584 (C.D. Cal. Feb. 17, 2022) | $20,000,000 | 33.33% |
| In re Banc of Cal. Sec. Litig., No. 17-cv-00118, 2020 WL 1283486, at *1 (C.D. Cal. Mar. 16, 2020) | $19,750,000 | 33.00% |
| In re Tahoe Resources, Inc. Sec. Litig., No. 17-cv-01868, ECF No. 276 (D. Nev. Apr. 3, 2024) | $19,500,000 | 33.00% |
| Waldbuesser v. Northrop Grumman Corp., No. 06-cv-06213, 2017 WL 9614818, at *3 (C.D. Cal. Oct. 24, 2017) | $16,750,000 | 33⅓% |
| Karri v. Oclaro, Inc. et al., No. 18-cv-03435, 2024 WL 5374889, at *1 (N.D. Cal. Jul. 26, 2024) | $15,250,000 | 33⅓% |
| In re Zillow Group, Inc. Sec. Litig., No. 17-cv-01387, ECF No. 186 (W.D. Wash. Aug. 8, 2023) | $15,000,000 | 33.33% |
| Bolding v. Banner Bank, No. 17-cv-00601, 2024 WL 755903, at *2 (W.D. Wash. Feb. 23, 2024) | $15,000,000 | 33.00% |
| Morris v. Lifescan, Inc., 54 Fed. App'x 663, 664 (9th Cir. 2003) | $14,800,000 | 33.00% |
| In re Allied Nevada Gold Corp. Sec. Litig., No. 14-cv-00175, ECF No. 215 (D. Nev. Nov. 16, 2020) | $14,000,000 | 33⅓% |
| Good Morning to You Prods. Corp. v. Warner/Chappell Music, Inc., No. 13-cv-04460, ECF No. 349 (C.D. Cal. Jun. 30, 2016) | $14,000,000 | 33.00% |
| Ruiz v. XPO Last Mile, Inc., No. 05-cv-02125, 2017 WL 6513962, at *9 (S.D. Cal. Dec. 20, 2017) | $13,900,000 | 35.00% |
| Tawfilis v. Allergan, Inc., No. 15-cv-00307, 2018 WL 4849716, at *7 (C.D. Cal. Aug. 27, 2018) | $13,450,000 | 33⅓% |
| Kendall v. Odonate Therapeutics, Inc., No. 20-cv-01828, 2022 WL 1997530, at *6-7 (S.D. Cal. Jun. 6, 2022) | $12,750,000 | 33⅓% |
| Marshall v. Northrop Grumman Corp., No. 16-cv-06794, 2020 WL 5668935, at *8 (C.D. Cal. Sep. 18, 2020) | $12,375,000 | 33⅓% |
| In re Pacific Enters. Sec. Litig., 47 F.3d, at 373, 378-79 (9th Cir. 1995) | $12,000,000 | 33.00% |
| Rabin v. PricewaterhouseCoopers LLP, No. 16-cv-02276, 2021 WL 837626, at *7 (N.D. Cal. Feb. 4, 2021) | $11,625,000 | 35.00% |
| Singh v. Roadrunner Intermodal Servs., LLC, No. 15-cv-01497, 2019 WL 316814, at *9 (E.D. Cal. Jan. 24, 2019) | $9,250,000 | 33⅓% |
| Jenson v. First Tr. Corp., No. CV 05-03124, 2008 WL 11338161, at *11, *15 (C.D. Cal. Jun. 9, 2008) | $8,500,000 | 33⅓% |

2

| Case | Settlement Amount | Fee Award |
|---|---|---|
| Fernandez v. Victoria Secret Stores, LLC, No. 06-cv-04149, 2008 WL 8150856, at *16 (C.D. Cal. Jul. 21, 2008) | $8,500,000 | 34.00% |
| Vigueras v. Red Robin Inter'l, Inc., No. 17-cv-01422, ECF No. 182 (C.D. Cal. Dec. 2, 2020) | $8,500,000 | 33.33% |
| McMorrow v. Mondelez International, Inc., No. 17-cv-02327, 2022 WL 1056098, at *8 (S.D. Cal. Apr. 8, 2022) | $8,000,000 | 33.33% |
| Ziegler v. GW Pharmaceuticals, No. 21-cv-01019, 2024 WL 1470532, at *7, 12 (S.D. Cal. Apr. 3, 2024) | $7,750,000 | 33⅓% |
| Linney v. Cellular Alaska P'ship, No. 96-cv-03008, 1997 WL 450064, at *7 (N.D. Cal. Jul. 18, 1997) | $6,000,000 | 33⅓% |
| Jones v. CertifiedSafety, Inc., No. 17-cv-02229, ECF No. 232 (N.D. Cal. Jun. 1, 2020) | $6,000,000 | 33.33% |
| Boyd v. Bank of Am. Corp., No. 13-cv-00561, 2014 WL 6473804, at *9 (C.D. Cal. Nov. 18, 2014) | $5,800,000 | 33⅓% |
| In re First Regional Bancorp Sec. Litig., No. 10-cv-00537, ECF No. 4964 (C.D. Cal. Jul. 21, 2014) | $5,500,000 | 33.30% |
| In re Interlink Elec., Inc. Sec. Litig., No. 05-cv-08133, ECF No. 165 (C.D. Cal. Jun. 1, 2009) | $5,000,000 | 33⅓% |
| Berry v. Urban Outfitters Wholesale, Inc., No. 13-cv-02628, ECF No. 114 (N.D. Cal. Apr. 7, 2016) | $5,000,000 | 33.33% |
| Bennett v. SimplexGrinnell LP, No. 11-cv-01854, 2015 WL 12932332, at *6 (N.D. Cal. Sep. 3, 2015) | $4,900,000 | 38.80% |
| In re Orexigen Therapeutics, Inc. Sec. Litig., No. 15-cv-00540, ECF No. 155 (S.D. Cal. Nov. 30, 2021) | $4,800,000 | 33.00% |
| Hodges v. Akeena Solar, Inc., No. 09-cv-02147, ECF No. 167 (N.D. Cal. Dec. 15, 2011) | $4,770,000 | 33⅓% |
| Zaidi v. Adamas Pharmaceuticals, Inc. et al., No. 19-cv-08051, 2024 WL 4342186, at *1 (N.D. Cal. Sep. 27, 2024) | $4,650,000 | 33⅓% |
| Aguilar v. Wawona Frozen Foods, No. 15-cv-00093, 2017 WL 2214936, at *9 (E.D. Cal. May 19, 2017) | $4,500,000 | 33⅓% |
| West v. Cal. Serv. Bureau, Inc., No. 16-cv-03124, ECF No. 128 (N.D. Cal. Jan. 23, 2019) | $4,100,000 | 33.33% |
| Larson v. Harman-Mgmt. Corp., No. 16-cv-00219, 2020 WL 3402406, at *8 (E.D. Cal. Jun. 19, 2020) | $4,000,000 | 33⅓% |
| In re Paysign, Inc. Sec. Litig., No. 20-cv-00553, ECF No. 69 (D. Nev. Apr. 18, 2024) | $3,750,000 | 33⅓% |
| Mathein v. Pier 1 Imports (U.S.), Inc., No. 16-cv-00087, 2018 WL 1993727, at *9-12 (E.D. Cal. Apr. 27, 2018) | $3,500,000 | 33⅓% |

3

| Case | Settlement Amount | Fee Award |
|---|---|---|
| Wise v. Ultra Salon, Cosmetics & Fragrance, Inc., No. 17-cv-00853, 2020 WL 1492672, at *8-9 (E.D. Cal. Mar. 27, 2020) | $3,500,000 | 33⅓% |
| Cook v. Atossa Genetics, Inc., No. 13-cv-01836, ECF No. 98 (W.D. Wash. Jul. 20, 2018) | $3,500,000 | 33.00% |
| In re K12 Inc. Sec. Litig., No. 16-cv-04069, 2019 WL 3766420, at *1 (N.D. Cal. Jul. 10, 2019) | $3,500,000 | 33.00% |
| Vandervort v. Balboa Cap. Corp., 8 F.Supp.3d 1200, 1210 (C.D. Cal. 2014) | $3,300,000 | 33.00% |
| Gonzalez v. CoreCivic of Tenn., LLC, No. 16-cv-01891, 2020 WL 1475991, at *10 (E.D. Cal. Mar. 26, 2020) | $3,200,000 | 33⅓% |
| Howell v. Advantage RN, LLC, No. 17-cv-00883, 2020 WL 5847565, at *5 (S.D. Cal. Oct. 1, 2020) | $3,200,000 | 33⅓% |
| Byrne v. Westpac Banking Corporation, No. 20-cv-00171, ECF No. 52 (D. Or. May 12, 2021) | $3,100,000 | 33.33% |
| Antonopulos v. N. Am. Thoroughbreds. Inc., No. 87-cv-00979, 1991 WL 427893, at *4, (S.D. Cal. May 6, 1991) | $3,098,000 | 33⅓% |
| Schmitt v. Kaiser Found. Health Plan of Wash., 17-cv-01611, 2024 U.S. Dist. Lexis 71166, at *7 (W.D. Wash. Apr. 18, 2024) | $3,000,000 | 33⅓% |
| In re Mikohn Gaming Corp. Sec. Litig., No. 05-cv-1410, ECF No. 96 (D. Nev. Jun. 6, 2007) | $2,800,000 | 33.33% |
| In re Resonant Inc. Sec. Litig., No. 15-cv-01970, ECF No. 154 (C.D. Cal. Nov. 20, 2017) | $2,750,000 | 33.00% |
| Garnett v. ADT, LLC, No. 14-cv-02851, 2016 WL 3538354, at *6 (E.D. Cal. Jun. 28, 2016) | $2,700,000 | 33.00% |
| In re 2TheMart.com, Inc. Sec. Litig., No. 99-cv-1127, ECF No. 161 (C.D. Cal. Jul. 8, 2002) | $2,700,000 | 33⅓% |
| Plant v. Jaguar Animal Health, Inc., No. 17-cv-04102, ECF No. 97 (N.D. Cal. May 27, 2021) | $2,600,000 | 33.33% |
| Elliot v. China Green Agric. Inc., No. 10-cv-00648, ECF No. 166 (D. Nev. Aug. 12, 2014) | $2,500,000 | 33⅓% |
| In re Merix Corp. Sec. Litig., No. 04-cv-00826, ECF No. 236 (D. Or. Jan. 3, 2011) | $2,500,000 | 33.33% |
| Figueroa v. Allied Building Products Corp., No. 16-cv-02249, 2018 WL 4860034, at *3 (C.D. Cal. Sep. 24, 2018) | $2,500,000 | 33.33% |
| Brulee v. DAL Global Servs., LLC, No. 17-cv-06433, ECF No. 51 (C.D. Cal. Dec. 13, 2018) | $2,500,000 | 33.33% |
| Ali v. Franklin Wireless Corp. et al., No. 21-cv-00687, 2024 WL 5179910, at *12, 18 (S.D. Cal. Dec. 19, 2024) | $2,400,000 | 33.33% |

| Case | Settlement Amount | Fee Award |
|---|---|---|
| Emmons v. Quest Diagnostics Clinical Labs., Inc., No. 13-cv-00474, 2017 WL 749018, at *7-9 (E.D. Cal. Feb. 27, 2017) | $2,350,000 | 33⅓% |
| Cheng Jiangchen v. Rentech, Inc., No. 17-cv-01490, 2019 WL 5173771, at *9 (C.D. Cal. Oct 10, 2019) | $2,050,000 | 33⅓% |
| Clayborne v. Newtron, LLC, et al., No. 19-cv-07624, 2023 WL 5748773, at *6 (N.D. Cal. Sep. 6, 2023) | $1,925,000 | 35.00% |
| Yaron v. Intersect ENT, Inc., No. 19-cv-02647, 2021 WL 5150051, at *1 (N.D. Cal. Nov. 5, 2021) | $1,900,000 | 33⅓% |
| Likas v. ChinaCache Int'l Holdings Ltd., No. 19-cv-06942, ECF No. 95 (C.D. Cal. Mar. 14, 2022) | $1,800,000 | 33.30% |
| In re Mego Fin. Corp. Sec. Litig., 213 F.3d 454, 463 (9th Cir. 2000) | $1,725,000 | 33⅓% |
| In re AudioEye, Inc. Sec. Litig., No. 15-cv-00163, ECF No. 100 (D. Ariz. May 8, 2017) | $1,525,000 | 33.33% |
| In re Ring LLC Privacy Litig., No. 19-cv-10899, 2024 WL 2845978, at *6 (C.D. Cal. May 28, 2024) | $1,425,000 | 33.33% |
| Antoine de Sejournet v. Goldman Kurland Mohidin LLP, No. 13-cv-01682, ECF No. 114 (C.D. Cal. Mar. 18, 2016) | $1,425,000 | 33.33% |
| Morgan v. Childtime Childcare, Inc., No. 17-cv-01641, 2020 WL 218515, at *4 (C.D Cal. Jan. 6, 2020) | $1,250,000 | 33.20% |