**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. CV 22-3026-DMG (AGRx) |
| | Honorable Dolly M. Gee |

**SECOND SUPPLEMENTAL DECLARATION OF ADAM D. WALTER REGARDING: (A) MAILING/EMAILING OF NOTICE; (B) CLAIMS RECEIVED TO DATE; AND (C) REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Adam D. Walter, declare as follows:

1.    I am a Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin.[1]  Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice to the Class dated September 13, 2024 (ECF No. 99, the "Preliminary Approval Order"), A.B. Data was appointed to act as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action").  I am over 21 years of age and am not a party to the Action.  I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, could and would competently testify thereto.

2.    I submit this Declaration to supplement: (i) the First Supplemental Declaration of Adam D. Walter Regarding: (A) Mailing/Emailing of Notice; (B) Claims Received to Date; and (C) Requests for Exclusion and Objections, filed on May 9, 2025 (ECF No. 125-1, the "First Supplemental Declaration"); and (ii) the Declaration of Adam D. Walter Regarding: (A) Mailing and Emailing of Notice; (B) Publication of Summary Notice; and (C) Report on Requests for Exclusion and Objections Received to Date, filed on April 4, 2025 (ECF No. 123-1, the "Initial Mailing Declaration").

### UPDATE ON MAILING AND EMAILING OF THE NOTICE

3.    As stated in the Initial Mailing Declaration and the First Supplemental Declaration, as of April 1, 2025, A.B. Data had mailed a total of 43,844 copies of the Postcard Notice and 27 copies of (a) the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice") and (b) the Proof of Claim and Release Form (the "Claim Form" and, together with the Notice, the "Notice Packet") (upon request) to potential members of the Settlement Class and their nominees.[2]  First Supplemental Declaration, ¶3.

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated August 14, 2024 (ECF No. 91-1, the "Stipulation").

[2] Of these, A.B. Data re-mailed 710 Postcard Notices to persons and entities whose original mailings were returned by the United States Postal Service ("USPS") and for whom updated addresses were

Additionally, Broadridge Financial Solutions confirmed to A.B. Data that as of April 1, 2025, it had emailed a link to the Notice Packet to 74,153 individuals and entities that are potential Settlement Class Members. *Id*., ¶3.

4.      Since the execution of the First Supplemental Declaration on May 6, 2025: (a) A.B. Data has not received any additional requests from potential members of the Settlement Class for the Notice Packet and has not mailed any additional Postcard Notices; and (b) A.B. Data has not received any additional requests to email a link to the Notice Packet. Accordingly, as of the date of this Declaration, a total of 118,024 potential Settlement Class Members and nominees were mailed either a Postcard Notice or Notice Packet or were emailed a link to the Notice Packet.

## UPDATE ON SETTLEMENT WEBSITE

5.      As noted in the First Supplemental Declaration, on October 9, 2024, A.B. Data established the dedicated settlement website, www.MullenSecuritiesSettlement.com (the "Settlement Website"), which is accessible twenty-four hours a day, seven days a week.  A.B. Data posted downloadable copies of the Stipulation, Preliminary Approval Motion, Notice, Summary Notice, Claim Form, Complaint, Fee and Expense Application (ECF Nos. 121-23), and other relevant Court documents to the Settlement Website. A.B. Data also prominently posted to the Settlement Website the extended deadlines for claims, exclusions, and objections, and for the Settlement Hearing, contained in the Court's January 13, 2025, Order (ECF No. 114). First Supplemental Declaration ¶¶6-7.

6.      To date, the Settlement Website has received 33,698 page views from 12,295 unique users.

7.      The Settlement Website will continue to be updated with relevant case information and Court Documents.

## REPORT ON CLAIMS RECEIVED TO DATE

either provided to A.B. Data by the USPS or ascertained through a third-party information provider. First Supplemental Declaration, ¶3 n.2.

Second Supplemental Declaration of Adam D. Walter
Case No. CV 22-3026-DMG (AGRx)

8.    The Notice informed potential Settlement Class Members that, if they wished to participate in the Settlement, they must submit a Claim Form and supporting documentation to A.B. Data, either online or postmarked, by February 6, 2025.  On January 13, 2025, the Court extended the deadlines for submitting claims, requesting exclusion from the Settlement Class, and objecting to the proposed Settlement, the proposed Plan of Allocation, and/or the Fee and Expense Application, until April 25, 2025.  ECF No. 114.  The Court also reset the final Settlement Hearing for June 20, 2025, at 10:00 a.m.  *Id.*  That same day, A.B. Data posted notice of the scheduling changes to the Settlement Website.  The notice appears near the top of each page of the Settlement Website.

9.    Consistent with A.B. Data's experience in other cases, as well as my own, the vast majority of claims in this Action were filed at or near the deadline.  As such, there has not been sufficient time for A.B. Data to process and evaluate all claims submitted to date. However, as of the date of this Declaration, A.B. Data has received approximately 193,206 Claims, of which we have preliminarily determined 37,985 are valid Claims, 98,563 are invalid, and 5,126 are deficient Claims that Claimants will have the opportunity to cure.  Preliminary determinations have not yet been made with respect to the remaining 51,532 Claims.

10.    The Claims received, both before and after the claim filing deadline, will be subject to a comprehensive review under A.B. Data's standard claims-processing procedures, which will identify any deficiencies in the Claims received.  A.B. Data will then communicate with Claimants that have deficient, but correctable, Claims to bring those Claims into compliance.  Thus, A.B. Data is unable to report on the number of valid Claims submitted at this time.

11.    Once claim processing is complete, A.B. Data's recommendations regarding the acceptance and rejection of Claims will be presented to the Court in conjunction with Lead Counsel's Motion for Class Distribution Order.  *See* Stipulation, ¶5.11.  In our experience, approximately 30% to 50% of the Claims received in a federal securities class action will be valid.

**UPDATE ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

12.    The Notice and Summary Notice informed potential Settlement Class Members that requests for exclusion are to be mailed to the Claims Administrator such that they are postmarked no

later than February 6, 2025.  On January 13, 2025, the Court extended the exclusion deadline to April 25, 2025.  The Notice also sets forth the information that must be included in each request for exclusion.  As of the date of this Declaration, A.B. Data has received a total of six (6) requests for exclusion.  A list containing the exclusion identification number, name, city, state, country, and date of each request is attached hereto as Exhibit A, together with a redacted copy of each request.  Two of the exclusion requests are identical and were submitted by individuals with the same last name and address, with respect to a jointly owned account, and as such only one of those two requests is reproduced in Exhibit A.

13.    According to the Notice, Settlement Class Members wishing to object to the Settlement or any of its terms, the proposed Plan of Allocation of the Net Settlement Fund, and/or Lead Counsel's application for an award of Attorneys' Fees and Litigation Expenses were required to submit their objection(s) in writing to the Claims Administrator and mail copies to Lead Counsel and Defendants' Counsel such that the papers were postmarked on or before February 6, 2025.  On January 13, 2025, the Court extended the objection deadline to April 25, 2025.  As of the date of this Declaration, A.B. Data has received two (2) objections.  A list containing the name, city, state, and country of each objector, and the date of the objection, is attached hereto as Exhibit B.

14.    One of the two objections was submitted by Bryan McCauley. A.B. Data has not received a claim from Mr. McCauley. A.B. Data has not received any additional correspondence from Mr. McCauley since receiving his objection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on June 3, 2025.

Adam D. Walter

Second Supplemental Declaration of Adam D. Walter
Case No. CV 22-3026-DMG (AGRx)

5

# EXHIBIT A

**Mullen Automotive Securities Litigation**
**Exclusion Report**

| | Name | Contact Information | Exclusion ID # | Signed | Postmark Date | Number of securities purchased/acquired between June 15, 2020 and April 17, 2022 |
|---|---|---|---|---|---|---|
| 1. | Akush Gupta | Brampton ON, L6T 2P9 Canada | 684281126 | No | 1/6/2025 | N/A |
| 2. | Lauren Lidros | Tampa, FL, 33611 | 684281128 | Yes | 2/6/2025 | N/A |
| 3. | Johan Lidros | Tampa, FL, 33611 | 684281131 | Yes | 2/6/2025 | N/A |
| 4. | Michele A. Webber | V0B2N1, Canada | 684281132 | Yes | 2/19/2025 | Purchase 3/3/22; 200 shares at $1.288 per share<br>Purchase 3/9/22; 200 shares at $1.2955 per share<br>Sell 3/20/22; 200 shares at $1.2365 per share<br>Purchase 3/21/22; 125 shares at $2.438 per share<br>Sell 3/29/22; 125 shares at $2.611 per share<br>Purchase 4/1/22; 100 shares at $3.02 per share<br>Purchase 4/1/22; 100 shares at $3.03 per share<br>Sell 4/1/22; 100 shares at $2.941 per share<br>Purchase 4/27/22; 50 shares at $1.52 per share<br>Purchase 4/27/22; 50 shares at $1.49 per share |
| 5. | Efrat Lichtman | Israel | 684281133 | Yes | 4/20/2025 | Purchase 3/8/022; 79,365 shares at $1.27 per share<br>Purchase 3/8/22; 61,029 shares at $1.35 per share<br>Purchase 3/8/22; 166,038 shares at $1.29 per share<br>Purchase 3/8/22; 74,380 shares at $1.21 per share<br>Purchase 3/16/22; 656 shares at $1.59 per share<br>Purchase 6/15/23; 28,926 shares at $0.2466 per share<br>Purchase 6/15/23; 8,313 shares at $0.2404 per share<br>Purchase 6/16/23; 2,653 shares at $0.2277 per share<br>Purchase 12/5/23; 10,412 shares at $0.1988 per share<br>Purchase 12/28/23; 165 shares at $11.33 per share |
| 6. | Roei Lichtman | Israel | 684281133 | Yes | 4/20/2025 | Purchase 3/8/022; 79,365 shares at $1.27 per share<br>Purchase 3/8/22; 61,029 shares at $1.35 per share<br>Purchase 3/8/22; 166,038 shares at $1.29 per share<br>Purchase 3/8/22; 74,380 shares at $1.21 per share<br>Purchase 3/16/22; 656 shares at $1.59 per share<br>Purchase 6/15/23; 28,926 shares at $0.2466 per share<br>Purchase 6/15/23; 8,313 shares at $0.2404 per share<br>Purchase 6/16/23; 2,653 shares at $0.2277 per share<br>Purchase 12/5/23; 10,412 shares at $0.1988 per share<br>Purchase 12/28/23; 165 shares at $11.33 per share |

**Claims Administrator:**

**In re Mullen Automotive Securities Litigation**

**c/o A.B. Data, Ltd.**

**P.O. Box 173036**

**Milwaukee, WI 53217**

**877-777-9307**

**info@MullenSecuritiesSettlement.com**

**To whom it may concern:**

**I WOULD LIKE TO EXCLUDE MYSELF FROM THE SETTLEMENT CLASS. THANK YOU.**

**Happy Holidays and A Happy New Year.**

**Ankush Gupta**

**Brampton ON, L6T 2P9**

**Canada**

**2024-12-27 Friday 12:30PM**

Brampton ON. L6T 2P9
CANADA.



FROM:                    TO:
Ankush Gupta

In re Mullen Automotive Securities Litigation

c/o A.B. Data, Ltd.

P.O. Box 173036

Milwaukee, WI 53217

53217-804736

Lauren Lidros

Tampa, Fl 33611

February 6, 2025

Mullen Automotive Securities Litigation

c/o A.B. Data, Ltd.

P.O. Box 173036

Milwaukee, WI 53217

Subject: Request for Exclusion from Settlement Class - In Re Mullen Automotive, Inc. Securities Litigation (Case No. 2:22-cv-03026-DMG-AGR)

Dear Claims Administrator,

I, Lauren Lidros, formally request exclusion from the Settlement Class in the case In Re Mullen Automotive, Inc. Securities Litigation, Case No. 2:22-cv-03026-DMG-AGR. I do not wish to participate in the proposed settlement and request to be excluded from any and all benefits or payments arising from this class action settlement.

My details are as follows:

Full Name: Lauren Lidros

Address                                   Tampa, Fl 33611

Telephone Number:

Email

I understand that by requesting exclusion, I will not receive any settlement benefits nor be bound by any judgment or settlement in this case. If I do so, I retain the right to pursue my legal claims against the Defendants.

Please confirm receipt of this request at your earliest convenience.

Sincerely,

*Lauren Lidros* (signature)

Lauren Lidros

Tampa, FL 33611



**CERTIFIED MAIL**





TAMPA, FL 33629
FEB 06, 2025

**$5.58**

S2324A500716-7

53217

**RDC 99**

9589 0710 5270 1676 0214 19

In Re Mullen Auto Securities Letigatia

C/O A.B. Data, LTd

P.O. Box 173 036

Milwaukee, WI 53217

Re: Mullen Auto

53217-804736

Johan Lidros

Tampa, Fl 33611

February 6, 2025

Mullen Automotive Securities Litigation

c/o A.B. Data, Ltd.

P.O. Box 173036

Milwaukee, WI 53217

Subject: Request for Exclusion from Settlement Class - In Re Mullen Automotive, Inc. Securities Litigation (Case No. 2:22-cv-03026-DMG-AGR)

Dear Claims Administrator,

I, Johan Lidros, formally request exclusion from the Settlement Class in the case In Re Mullen Automotive, Inc. Securities Litigation, Case No. 2:22-cv-03026-DMG-AGR. I do not wish to participate in the proposed settlement and request to be excluded from any and all benefits or payments arising from this class action settlement.

My details are as follows:

Full Name:

Address:              Tampa, Fl 33611

Telephone Number:

Email:

I understand that by requesting exclusion, I will not receive any settlement benefits nor be bound by any judgment or settlement in this case. If I do so, I retain the right to pursue my legal claims against the Defendants.

Please confirm receipt of this request at your earliest convenience.

Sincerely,

Johan Lidros



February 03, 2025

In re Mullen Automotive, Inc. Securities Litigation, EXCLUSIONS,
c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217

Michele A. Webber,

Wynndel BC V0b2N1, Canada
phone

I Michele Webber, requests exclusion from the Settlement Class in In re Mullen Automotive, Inc.
Securities Litigation, Lead Case No. CV 22-3026-DMG
(AGRx)
Dates:
RRSP account
March 3, 2022- purchase, Mullen Automotive INC, common stock unsolicited, 200 shares, $1.000
ea.  Exchange rate, 1.28800000, -$266.53 US

March 9, 2022- purchase, purchase Mullen Automotive INC, common stock unsolicited, 200 shares
$1.040ea. Exchange rate, 1.295500000, -$278.47 US

March 9, 2022- sold ,Mullen Automotive INC, common stock unsolicited, -200 shares,$ 0.997ea.
Exchange  rate, 1.265500000, $243.56 US

March 20, 2022- sold, Mullen Automotive INC, common stock unsolicited, -200 shares, $2.645ea.
Exchange Rate, 1.236500000, $645.50 US

April 1, 2022- purchase Mullen Automotive INC, common stock unsolicited, 100 shares, $3.020ea.
-$390.32 US

April 1, 2022- purchase Mullen Automotive INC, common stock unsolicited, 100 shares, $3.030ea.
-$391.61 US

April 1, 2022- sold Mullen Automotive INC, common stock unsolicited, 100 shares, $2.941 ea.
$354.15 US

April 27, 2022- purchase Mullen Automotive INC, common stock unsolicited, 50 shares, $1.520ea.
-$107.09 US

TFSA account

March 21, 2022 - purchase Mullen Automotive INC, common stock unsolicited, 125 shares, $2.438 ea. -$ 398.88

March 29, 2022 - sold Mullen Automotive INC, common stock  unsolicited, -125 shares, $2.611 ea. $394.91

April 27, 2022- purchase Mullen Automotive INC, common stock unsolicited, 50 shares, $1.490 ea. -$105.13 US

At the time in question I own 150 Mullen Automotive INC, common stock unsolicited, shares. Continue to hold these shares until reverse splits down to currently,  holding 1 Mullen Automotive INC, common stock unsolicited, share.

Michele Webber

Michele Webber

M Webber

Wynndel BC
V0B 2N1
Canada

SPOKANE WA  990

19 FEB 2025  PM 3  L



In re Mullen Automotive Inc
Securities Litigation, Exclusions
C/o A.B. Data, Ltd.
PO Box 173001, Milwaukee,
WI 53217

53217-801201

Efrat Lichtman & Roei Lichtman

April 19, 2025

In re Mullen Automotive, Inc. Securities Litigation

EXCLUSIONS

c/o A.B. Data, Ltd.

P.O. Box 173001

Milwaukee, WI 53217

**Subject: Request for Exclusion from Settlement Class - In re Mullen Automotive, Inc. Securities Litigation, Lead Case No. CV 22-3026-DMG (AGRx)**

Dear Settlement Administrator,

This letter serves as my formal request for exclusion from the Settlement Class in the matter of *In re Mullen Automotive, Inc. Securities Litigation, Lead Case No. CV 22-3026-DMG (AGRx)*.

As required by the Notice of Proposed Settlement of Class Action, I hereby state that I request exclusion from the Settlement Class in *In re Mullen Automotive, Inc. Securities Litigation, Lead Case No. CV 22-3026-DMG (AGRx)*.

In accordance with the requirements for exclusion, I provide the following information regarding my transactions in Mullen Securities during the Settlement Class Period:

**Mullen Securities Transactions:**

| Number and Type of Security (e.g., shares of common stock) | Date of Purchase/Acquisition | Price per Share/Security at Purchase/Acquisition **Day/Month/Year** | Date of Sale/Writing (if applicable) | Price per Share/Security at Sale/Writing (if applicable) |
|---|---|---|---|---|
| | | | | |

| 79,365.00 | shares of common stock | Day/Month/Year 08/03/2022 | $1.27 | | |
|---|---|---|---|---|---|
| 61,029.00 | shares of common stock | 08/03/2022 | $1.35 | | |
| 166,038.00 | shares of common stock | 08/03/2022 | $1.29 | | |
| 74,380.00 | shares of common stock | 08/03/2022 | $1.21 | | |
| 656.00 | shares of common stock | 16/03/2022 | $1.59 | | |
| 28,926.00 | shares of common stock | 15/06/2023 | $0.2466 | | |
| 8,313.00 | shares of common stock | 15/06/2023 | $0.2404 | | |
| 2,653.00 | shares of common stock | 16/06/2023 | $0.2277 | | |
| 10,412.00 | shares of common stock | 05/12/2023 | $0.1988 | | |
| 165.00 | shares of common stock | 28/12/2023 | $11.33 | | |
| 400.00 | shares of common stock | 17/06/2024 | $2.59 | | |
| 400.00 | shares of common stock | | | 18/06/2024 | $2.67 |

I understand that by requesting exclusion, I will not be eligible to receive any payment out of the Net Settlement Fund, as described in the Notice. I also understand that I must follow these instructions for exclusion even if I have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Plaintiff's Claim against any of the Released Defendants' Parties.

Sincerely,

Efrat Lichtman                    Roei Lichtman

**IBI** INVESTMENT HOUSE
BROKERAGE

08/04/2025

## Ownership Approval

**TASE Member    ISRAEL BROKERAGE & INVESTMENTS - I.B.I LTD**

**Owner Details**

**Security Details**

**Name:**                MULN US

**ISIN Number:**          US62526P6043

**Date of ownership:**    June 18th, 2024

**Quantity:**             330.40

**Security type:**        Stock



BUY 08/03/2022 – 79,365, Total – 79,365.00

BUY 08/03/2022 – 61,029, Total – 140,394.00

BUY 08/03/2022– 166,038, Total – 306,432.00

BUY 08/03/2022– 74,380, Total – 380,812.00

BUY 16/03/2022 – 656, Total – 381,468.00

REVERSE SPLIT 04/05/2023 1: 25 Total – 15,258.72

SELL 15/05/2023 – 0.72, Total – 15,278.00

BUY 15/06/2023 – 28926, Total – 44,184.00

BUY 15/06/2023 – 8313, Total – 52,497.00

BUY 16/06/2023 – 2653, Total – 55,150.00

REVERSE SPLIT 11/08/2023 1: 9 Total – 6127.78

BUY 05/12/2023 – 10412, Total – 16,539.78

REVERSE SPLIT 21/12/2023 1: 100 Total – 165.40

BUY 28/12/2023 – 165, Total – 330.40

BUY 17/06/2024 – 400, Total – 730.40

SELL 18/06/2024 – 400, Total – 330.40

Total shares as of June 18th, 2024 – 330.40

ISRAEL BROKERAGE & INVESTMENTS - IBI LTD

2

From: Efrat and Roei Lichtman

ISRAEL

TO: In re Mullen Automotive, inc Securities Litigation
Exclusions
c/o A.B. Data, LTD.
P.O. Box 173001
Milwaukee, WI 53217
USA



# EXHIBIT B

### *Mullen Automotive Securities Litigation*
### Objection Report

| Name | Contact Information | Signed | Postmark Date |
|---|---|---|---|
| 1. Eric Nelson Garnet | Waterloo, ON, Canada N2K 0B9 | Yes | 1/15/2025 |
| 2. Bryan McCauley | New Braunfels, Texas 78132 | Yes | 2/6/2025 |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

IN RE MULLEN AUTOMOTIVE, INC.SECURITIES LITIGATION

Case No. cv 22-3026-DMG (AGRx)

Honorable Dolly M. Gee

## NOTICE OF OBJECTION

## DETAILS ABOUT THE SETTLEMENT CLASS MEMBER

Name: Eric Nelson Garnet

Claim Number: 684292272

Address:

Phone number:

## OBJECTIONS

I, Eric Nelson Garnet, object to the proposed Settlement payment of $7,250,000.00 and the Proposed Plan of Allocation. Specifically, paragraphs 1 and 2 provided below.

1) If all the Settlement Class Members elect to participate in the Settlement, Lead Plaintiff estimates that the average cash recovery per eligible share of Mullen Common Stock will be approximately $0.03, before the deduction of any Court-approved fees, expenses, and costs.
2) The Recognized Loss is not intended to estimate the amount a Settlement Class member might have been able to recover at a trial, nor to estimate the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants.

1

**REASON FOR OBJECTION**

- Mullen Automotive Inc. and David Michery misled their investors during the settlement period and the 90-day look back period. During that time, I held Mullen Common stock that experienced unprecedented losses due to misleading statements and omissions made by David Michery. These misleading statements included Solid State battery technology, purchase orders, American built vehicles and Fortune 500 companies that never came to fruition. These false statements caused the share price to plummet.

- During the settlement period, I purchased 137,329 Mullen Common Stock and sold 106,110 Mullen common stock ranging $2.509USD to $3.359USD. Losses were a result of Mullen Automotive Inc's misstatements and omissions. Please see attached **EXHIBIT A.**

- I purchased/held 31,669 Common Mullen Stock April 4, 2022, at $3.05 per share, for a total of $96,600.44USD. Please see attached **EXHIBIT A.**

- April 22, 2022, I sold 450 Common Mullen stock for $1.53USD per share. I held 31,219 Common Mullen Stock until I was forced to sell, September 17, 2024. Please see attached **EXHIBIT A.**

- As of July 17, 2022, the share price was approximately $1.05. This represents approximately a 65% loss per Common Mullen Stock or a loss of approximately $61,898.07USD. Please see attached **EXHIBIT A.**

- In three months of ownership, I lost approximately $61,898.07USD, while holding 31,219 Common Mullen Stocks. Please see attached **EXHIBIT A.**

- 05/4/2023: Mullen Automotive initiates 1 for 25 Reverse splits

- 8/11/2023: Mullen Automotive initiates 1 for 9 Reverse splits

- 12/21/2023: Mullen Automotive initiates 1 for 100 Reverse splits. 31,219 Mullen Common Stock purchased April 4, 2022, was now equivalent to 2 Common Mullen Stock.

- 9/16, 2024, my investment was worth $0.24USD. In total, I lost $95,227.56USD investing in Mullen Automotive Inc. Please see attached **EXHIBIT A.**

2

- 9/16,2024, the share price lost 100% of its value during ownership, showing no signs of recovering.

- 9/17/2024: I sold the remaining 2 shares, for a total of $0.24. This was prior to the 1 for 100 reverse splits, that occurred same day. This represents a total loss of $95,227.56USD. My remaining two shares would have been sold or converted to fractional shares. My fractional share would be worth $0.0048USD. Please see attached **EXHIBIT A.**

- 9/17/2024: Mullen Automotive initiates 1 for 100 Reverse splits at 12:01 a.m. Eastern Time.

**Misleading information by Mullen Automotive, that caused the share price to fall.**

- February 28, 2022, Mullen Automotive announced battery results, yielding "343 Ah at 4.3 volts, and the results surpassed all expectations."
- David Michery said in a February press release. "We can say with almost certainty that this technology, once implemented on the Mullen FIVE, will deliver over 600 miles of range on a charge."
- The announcement sent the stocks soaring 145%
- Claims were made by David Michery in a February press release, that a joint venture with Ukrainian fire NextMetals Ltd. was made.
- Next Metals confirmed that a joint venture "didn't exist"

- March 30, 2022, David Michery said in a Benzinga interview "No, no, we're actually building for them. So, we're, we're excited. We're going to deliver the pilot vehicles to them in the second quarter, as we stated, and we're excited about it. This is a major major Fortune 500 company, I'll put it that way."
- The announcement caused the shares to spike around 35% intraday.

- June 3, 2022, in another Benzinga interview, David Michery was asked about the mysterious fortune 500 client. He said that "everything has been going exactly as planned.
  "It's a pilot program and I can say that we initiated that program – meaning we made the delivery – on May 12 and the customer put the van in its pilot program and reported to us that they were pleased with the performance to date"
  "We made a statement that we would announce this by the end...within the completion of the second quarter and we fully intend to do that," he added.

3

- Mullen Automotive, claims they have a $60M purchase order for 1,200 commercial EV fleet vans by a Colorado cannabis retailer. Heights Dispensary is in a strip mall and has a preference for mail product delivery according to its website.

- May 23, 2022, David Michery sold 750,000 shares at $1.0145USD, right before the BIC battery test results were released.

## New Proposed Settlement

It is fair and reasonable that the court orders full compensation, for my losses suffered as a direct result of Mullen Automotive Inc's misstatements and omissions.

**Request that the Court orders the following:** Mullen Automotive Inc. provide a minimum payment in the amount of $95,227.56USD to Eric Nelson Garnet for the 31,219 common Mullen Stock purchased April 4, 2022, at $3.05 per share. These shares were purchased April 4, 2022, and sold September 17, 2024, prior to a 1 for 100 reverse stock splits. $95,227.56USD represents the losses suffered, during ownership.

In addition, Mullen Automotive Inc. will compensate the losses suffered on 106,110 Common Mullen Stock purchased and sold, during the Settlement Class Period. 106,110 shares were purchased prior to acquiring the 31,219 Common Mullen stock mentioned above.

The payment shall be in addition to the final proposed settlement and allocated to Eric Nelson Garnet.

January 12/2025

_____

Date of Signature

Claimant Signature

4

# EXHIBIT A

**Common Mullen Stock transaction history, for Eric Nelson Garnet.**

| Date | BUY | SELL | Price ($) | AMOUNT ($) | Reverse Split |
|---|---|---|---|---|---|
| 3/22/2022 | 24,600 | | 2.509 | | |
| 3/22/2022 | 2,200 | | 2.925 | -61,753.53 | |
| 3/22/2022 | 23,600 | | 2.93 | -75,592.99 | |
| 3/22/2022 | | -24,600 | 2.98 | 73,300.09 | |
| 3/22/2022 | 160 | | 2.885 | -471.61 | |
| 3/23/2022 | 21,800 | | 3.359 | -73,253.63 | |
| 3/28/2022 | | -10 | 3.17 | | |
| 3/28/2022 | | -4,390 | 3.17 | | |
| 3/28/2022 | | -9,600 | 3.175 | 44,417.78 | |
| 4/4/2022 | | -100 | 2.93 | | |
| 4/4/2022 | | -33,200 | 2.93 | 97,561.83 | |
| 4/4/2022 | 33,300 | | 2.98 | -99,243.99 | |
| 4/4/2022 | | -200 | 3.16 | | |
| 4/4/2022 | | -29,090 | 3.17 | | |
| 4/4/2022 | | -4,470 | 3.175 | 107,029.03 | |
| 4/4/2022 | 31,669 | | 3.05 | -96,600.44 | |
| 4/22/2022 | | -450 | 1.53 | 645.54 | |
| 5/4/2023 | | | | | 1 for 25 |
| 8/11/2023 | | | | | 1 for 9 |
| 12/21/2023 | | | | | 1 for 100 |
| 9/17/2024 | | 2 | 0.127 | 0.24 | |
| 9/17/2024 | | | | | 1 for 100 |



**TD Direct Investing**

# Your investment account statement

January 1, 2022 to March 31, 2022

MR ERIC NELSON GARNET

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| MULLEN AUTOMOTIVE INC (**MULN**) | 33,729 SEG | 2.980 | 105,451.31 | 100,512.42 | -4,938.89 | 75.07% |
| MULLEN AUTOMOTIVE INC (**MULN**) | 31 | 2.980 | 96.92 | 92.38 | -4.54 | 0.07% |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**IIROC** | **Regulated by** Investment Industry Regulatory Organization of Canada



## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Mar 22 | Buy | MULLEN AUTOMOTIVE INC NV-505299 | 24,600 | 2.509 | -61,753.53 | 2,955.50 |

(continued on next page)

*Order-Execution-Only Account.*



## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Mar 22 | Buy | MULLEN AUTOMOTIVE INC | 2,200 | 2.925 | 0.00 | 2,955.50 |
| Mar 22 | Buy | MULLEN AUTOMOTIVE INC CM-506787 | 23,600 | 2.930 | -75,592.99 | -72,637.49 |
| Mar 22 | Sell | MULLEN AUTOMOTIVE INC FQ-504798 | -24,600 | 2.980 | 73,300.09 | 662.60 |
| Mar 22 | Buy | MULLEN AUTOMOTIVE INC RN-506329 | 160 | 2.885 | -471.61 | 190.99 |
| Mar 23 | Buy | MULLEN AUTOMOTIVE INC SW-504796 | 21,800 | 3.359 | -73,253.63 | -1,076.00 |
| Mar 28 | Sell | MULLEN AUTOMOTIVE INC | -10 | 3.170 | 0.00 | -41,255.99 |
| Mar 28 | Sell | MULLEN AUTOMOTIVE INC | -4,390 | 3.170 | 0.00 | -41,255.99 |
| Mar 28 | Sell | MULLEN AUTOMOTIVE INC UD-507026 | -9,600 | 3.175 | 44,417.78 | 3,161.79 |

*Order-Execution-Only Account.*



# Pending activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) |
|------|----------|-------------|----------|-----------|------------|
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -100 | 2.930 | 0.00 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC LN-509339 | -33,200 | 2.930 | 97,561.83 |
| Apr 4 | Buy | MULLEN AUTOMOTIVE INC HT-513749 | 33,300 | 2.980 | -99,243.99 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -200 | 3.160 | 0.00 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -29,090 | 3.170 | 0.00 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC YK-509514 | -4,470 | 3.175 | 107,029.03 |
| Apr 4 | Buy | MULLEN AUTOMOTIVE INC VG-509950 | 31,669 | 3.050 | -96,600.44 |

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your investment account statement

April 1, 2022 to April 30, 2022

MR ERIC NELSON GARNET

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Holdings in your account

on April 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| MULLEN AUTOMOTIVE INC (**MULN**) | 31,219 SEG | 1.320 | 95,227.80 | 41,209.08 | -54,018.72 | 67.22% |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund



**Regulated by**
Investment Industry Regulatory
Organization of Canada



## Activity in your account this period (continued)

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|---|---|---|---|---|---|---|
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -100 | 2.930 | 0.00 | -9,370.43 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -33,200 | 2.930 | 97,561.83 | 88,191.40 |
| Apr 4 | Buy | MULLEN AUTOMOTIVE INC | 33,300 | 2.980 | -99,243.99 | -11,052.59 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -200 | 3.160 | 0.00 | -11,052.59 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -29,090 | 3.170 | 0.00 | -11,052.59 |
| Apr 4 | Sell | MULLEN AUTOMOTIVE INC | -4,470 | 3.175 | 107,029.03 | 95,976.44 |
| Apr 4 | Buy | MULLEN AUTOMOTIVE INC | 31,669 | 3.050 | -96,600.44 | -624.00 |
| Apr 22 | Sell | MULLEN AUTOMOTIVE INC CREDIT SELLOUT - WK | -450 | 1.530 | 645.54 | -2.77 |

## ⓘ Important information about your account

If you hold mutual funds with TD Direct Investing, there are regulatory changes being implemented that will impact funds you can buy, sell, and hold. For more information, go to **td.com/mutualfundsdiy**

*Order-Execution-Only Account.*



**TD Direct Investing**

# Your investment account statement

June 1, 2022 to June 30, 2022

MR ERIC NELSON GARNET

**Do you have a question?**

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

# Holdings in your account
on June 30, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | 2.66 | 2.66 | 0.00 | 0.01% |
| **COMMON SHARES** | | | | | | |
| MULLEN AUTOMOTIVE INC (**MULN**) | 31,219 SEG | 1.020 | 95,227.80 | 31,843.38 | -63,384.42 | 79.37% |
| **Total Portfolio** | | | **$135,911.79** | **$40,121.57** | | **100.00%** |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**∴ IIROC** | **Regulated by** Investment Industry Regulatory Organization of Canada



**TD Direct Investing**

# Your investment account statement

July 1, 2022 to October 31, 2022

MR ERIC NELSON GARNET

### Do you have a question?

For questions about your statement or further information, we provide support 24 hours a day, 7 days a week in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

# Holdings in your account

on October 31, 2022

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | 2.66 | 2.66 | 0.00 | 0.01% |
| **COMMON SHARES** | | | | | | |
| MULLEN AUTOMOTIVE INC (**MULN**) | 31,219 SEG | 0.476 | 95,227.80 | 14,860.24 | -80,367.56 | 65.16% |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

✦ **IIROC** | **Regulated by** Investment Industry Regulatory Organization of Canada

Page 1 of 3



**TD Direct Investing**

# Your investment account statement

July 1, 2024 to July 31, 2024

MR ERIC NELSON GARNET

### Do you have a question?

For questions about your statement or further information, we provide support Monday through Friday, in 4 languages:

| | |
|---|---|
| **English:** | **1-800-465-5463** |
| **French:** | **1-800-361-2684** |
| **Cantonese:** | **1-800-838-3223 option 1** |
| **Mandarin:** | **1-800-838-3223 option 2** |

## Holdings in your account
on July 31, 2024

| Description | Quantity or par value ($) | Price ($) | Book cost ($) | Market value ($) | Unrealized gain or loss ($) | % of your holdings |
|---|---|---|---|---|---|---|
| Cash | | | 0.90 | 0.90 | 0.00 | 0.02% |
| **COMMON SHARES** | | | | | | |
| MULLEN AUTOMOTIVE INC-NEW **(MULN)** | 2 SEG | 1.160 | 95,227.80 | 2.32 | -95,225.48 | 0.05% |

*Order-Execution-Only Account.*

TD Waterhouse Canada Inc.
Member - Canadian Investor Protection Fund

**Regulated by CIRO**
Canadian Investment
Regulatory Organization

Page 1 of 3

Your investment account statement: Sep 30, 2024

## Definitions

### An explanation of terms shown in the tables above

**Book cost for long positions** is the total amount paid to purchase a security including any transaction charges related to the purchase, adjusted for reinvested distributions, return of capital and corporate actions.

**Book cost for short positions** is the total amount received for the security, net of any transaction charges related to the sale, adjusted for any distribution (other than dividends), returns of capital and corporate actions.

**Market value** is the price of the security or fund multiplied by the quantity held.

**Unrealized Gain or Loss** is the gain or loss that would be incurred, if your holdings were liquidated as at the end of the statement period. It is calculated by subtracting book cost from market value.

## Activity in your account this period

| Date | Activity | Description | Quantity | Price ($) | Amount ($) | Cash balance ($) |
|------|----------|-------------|----------|-----------|------------|------------------|
| Sep 17 | Sell | MULLEN AUTOMOTIVE INC-NEW QC-710413 | -2 | 0.127 | 0.24 | 15.64 |

## ⓘ Important information about your account

Discover our top digital tools for investing, managing your account, and other self-serve options. Visit the TD Direct Investing Help Centre at www.td.com/TDDirectInvestingHelp to get the answers you need quickly and easily.

*Order-Execution-Only Account.*



Claims Administrator
In re Mullen Automotive, Inc.
Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217

6 February 2025

IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION

Case No. CV 22-3026-DMG (AGRx)

To All Parties,

I object to the Settlement, the proposed Plan of Allocation, and Lead Counsel's Fee and Expense Application. The Settlement amount is unjust and should be significantly higher. At one time, I held over 100,000 shares of MULN valued at $120,192.51 (see Exhibit A). These shares have continuously been reversed split down to 1 share. Management and Defendant have caused significant financial damage. I will appear at the scheduled Settlement Hearing on 4 April 2025.

Respectfully,

Bryan McCauley

New Braunfels, TX 78132

6 February 2025

IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION

Case No. CV 22-3026-DMG (AGRx)

To All Parties,

  I object to the Settlement, the proposed Plan of Allocation, and Lead Counsel's Fee and Expense Application and will appear at the scheduled Settlement Hearing on 4 April 2025.

Respectfully,

Bryan McCauley

New Braunfels, TX 78132

*Exhibit A*

11:54                                          ..ıll LTE ⬛

< Accounts        **Individual** ⌄              ◈  🔍

**Positions**      Gain/Loss      Themes      History

Account Value*                          **$293.48**
Day Change*                      -$0.01 (0.00%)
Unrealized Gain/Loss*      -$120,192.26 (-100.00%)

▦ Table ⇅                                          ⚙

| Symbol | % | Cost Basis | Gain $ | |
|---|---|---|---|---|
| MULN | 5% | $120,192.51 | -$120,192.26 | -10 |

Cash & Cash Investments                     $293.23[1]

Bubble Chart                                          >

Disclosures & Footnotes                          >

**INVESTMENT AND INSURANCE PRODUCTS: NOT A DEPOSIT • NOT FDIC INSURED • NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY • NO BANK GUARANTEE • MAY LOSE VALUE**


Accounts


Watchlist

Trade


Markets

More

From: Bryan McCauley

New Braunfels, TX 78132

Retail


UNITED STATES
POSTAL SERVICE®



53217

RDC 99

U.S. POSTAGE PAID
FCM LETTER
AUSTIN, TX 78757
FEB 06, 2025

**$8.20**

S2324D500280-10

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7022 1670 0003 1717 0213

**Ready Post®**

Document Mailer

5321788012 B090

To: In Re Mullen Atomotive, Inc.
Securities Litigation
C/o A.B. Data, Ltd.
P.O. Box 173001
Milwaukee, WI 53217