UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 22-03026-DMG(AGRx)** | Date | June 20, 2025 |
| Title | ***In re Mullen Automotive Inc. Securities Litigation*** | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| Derek Davis | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Casey Sadler | Jenny Pelaez |
| Garth Spencer | Brian Miller |

**Proceedings:  Final Fairness Hearing**

**Motion for Attorney Fees and Reimbursement of Litigation Expenses filed by Lead Plaintiff Mejgan Mirbaz [121]**

**Motion for Settlement Approval of Final Approval of Class Action Settlement and Plan of Allocation filed by Lead Plaintiff Mejgan Mirbaz [124]**

The cause is called and counsel state their appearance.  The Court and counsel confer.  The motions are granted consistent with the written orders, which will issue.

0:21

CV-90                         **CIVIL MINUTES - GENERAL**            Initials of Deputy Clerk DD