Robert V. Prongay (SBN 270796)
Casey E. Sadler (SBN 274241)
Garth Spencer (SBN 335424)
**GLANCY PRONGAY WOLKE & ROTTER LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
Email: csadler@glancylaw.com
Email: gspencer@glancylaw.com

*Lead Counsel for Lead Plaintiff Mejgan Mirbaz*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE MULLEN AUTOMOTIVE, INC. SECURITIES LITIGATION | Case No. 2:22-cv-03026-DMG-AGR<br><br>Honorable Dolly M. Gee<br><br>**NOTICE OF NON-OPPOSITION TO MOTION FOR CLASS ACTION DISTRIBUTION ORDER AND WAIVER OF ORAL ARGUMENT**<br><br>Hearing Date: April 10, 2026<br>Hearing Time: 9:30 a.m.<br>Location:      350 West 1st Street<br>Courtroom:   8C |

Court-appointed lead plaintiff Mejgan Mirbaz ("Lead Plaintiff"), submits this notice that Lead Plaintiff's Unopposed Motion for Class Distribution Order ("Motion") (Dkt. No. 133) remains unopposed after the opposition filing deadline.[1]

Lead Plaintiff filed the Motion on March 12, 2026, with a motion date of April 10, 2026. Pursuant to Local Civil Rule 7-9, the deadline to oppose the Motion was March 20, 2026. No opposition has been filed. Accordingly, subject to the consent of the Court, Lead Plaintiff hereby waives oral argument on her unopposed Motion pursuant to Local Civil Rule 7-15. *See also* Fed. R. Civ. P. 78(b) ("the court may provide for submitting and determining motions on briefs, without oral hearings").

The Court should grant the unopposed Motion to allow the Claims Administrator to distribute the Net Settlement Fund to Settlement Class Members who have submitted valid Claims. Granting the unopposed Motion on the papers will expedite the distribution of Settlement proceeds to investors and represents the final procedural step in concluding this Action.

Courts in this District routinely grant similar unopposed motions for the distribution of class action settlement funds expeditiously and without a hearing. *See, e.g.*, *Wang v. Dada Nexus Ltd.*, No. 2:24-cv-239-SVW (C.D. Cal. July 7, 2025) (Dkt. No. 82) (vacating hearing on motion for class distribution order); *In re Stable Road Acquisition Corp. Sec. Litig.*, No. 2:21-cv-5744-JFW (C.D. Cal. Mar. 24, 2025) (Dkt. No. 220) ("Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument . . . Lead Plaintiff's Unopposed Motion for Class Distribution Order is GRANTED"); *In re GTT Commc'ns, Inc. Sec. Litig.*, No. 2:21-cv-270-DOC (C.D. Cal. Jan. 10, 2023) (Dkt. No. 68) ("Before the Court is Lead Plaintiff Arthur Capital Inc.'s unopposed Motion for Disbursement of Funds from Class Action Settlement.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated August 14, 2024 (Dkt. No. 91-1).

NOTICE OF NON-OPPOSITION TO MOTION FOR CLASS DISTRIBUTION ORDER

(Dkt. 67). The Court finds this matter appropriate for resolution without oral argument and VACATES the hearing set for February 6, 2023. Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.").

Accordingly, Lead Plaintiff respectfully requests that the Court sign and enter the [Proposed] Class Distribution Order (Dkt. No. 133-4).

Dated: March 23, 2026

**GLANCY PRONGAY WOLKE & ROTTER LLP**

By: *s/ Garth Spencer*
Robert V. Prongay
Casey E. Sadler
Garth Spencer
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
Email: csadler@glancylaw.com
Email: gspencer@glancylaw.com

*Counsel for Lead Plaintiff Mejgan Mirbaz and the Settlement Class*

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Lead Plaintiff Mejgan Mirbaz, certifies that this brief contains 388 words, which complies with the word limit of L.R. 11-6.1.

DATED: March 23, 2026              *s/ Garth Spencer*
                                   Garth Spencer


**PROOF OF SERVICE**

I hereby certify that on this 23rd day of March, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                   *s/ Garth Spencer*
                                   Garth Spencer

NOTICE OF NON-OPPOSITION TO MOTION FOR CLASS DISTRIBUTION ORDER